**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

<u>Official Form 201</u>

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | The Levenson Group, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7  5 – 1  7  6  6  7  5  3 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2100 Ross Avenue #500**<br>Number    Street | **509 Katie Court**<br>Number    Street |
| | P.O. Box |
| **Dallas**     **TX**   **75201**<br>City    State    ZIP Code | **Seagoville**    **TX**   **75159**<br>City    State    ZIP Code |
| **Dallas**<br>County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City       State    ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **The Levenson Group, Inc.**                                                    Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

*B. Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check all that apply:*

  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

Debtor  **The Levenson Group, Inc.**                              Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____

MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

███ **Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☑ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/06/2018__
MM / DD / YYYY

X __/s/ Faithe Nicholson_____     __Faithe Nicholson_____
Signature of authorized representative of debtor     Printed name

Title __Executive Vice President and CFO_____

| 18. | Signature of attorney | X __/s/ Areya Holder Aurzada_____ Date __12/06/2018__ |
|---|---|---|

Signature of attorney for debtor     MM / DD / YYYY

__Areya Holder Aurzada_____
Printed name

__Law Office of Areya Holder, P.C._____
Firm name

__901 Main Street, Suite 5320_____
Number        Street

_____

__Dallas_____     __TX_____  __75202_____
City                            State           ZIP Code

__(972) 438-8800_____     __areya@holderlawpc.com_____
Contact phone                           Email address

__24002303_____     __TX_____
Bar number                        State

**Fill in this information to identify the case**

Debtor name    **The Levenson Group, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**       Current value of
                                                                 debtor's interest

2. **Cash on hand**                           **$335.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | **BBVA Compass Checking account** | **Checking account** | __ __ __ __ | **$579,740.03** |
| 3.2. | **BBVA Compass Checking account** | **Checking account** | __ __ __ __ | **$0.00** |
| 3.3. | **BBVA Compass Checking account (account is negative $** | **Checking account** | __ __ __ __ | **$0.00** |

4. **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$580,075.03**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

Debtor  **The Levenson Group, Inc.**          Case number (if known) _____
Name

**Current value of
debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.  Dallas 2100 Ross, LP                                                          $25,020.00

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                         $25,020.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11. Accounts receivable**

11a.  90 days old or less:    **$1,154,477.84**  –  **$0.00**  = .............. ➜  $1,154,477.84
                              face amount         doubtful or uncollectible accounts

11b.  Over 90 days old:       **$0.00**  –  **$0.00**  = .............. ➜  $0.00
                              face amount         doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $1,154,477.84

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                     % of ownership: | | |
| 15.1.  **Levenson & Hill, LLC (no longer operating)**   **100%** | | $1.00 |
| 15.2.  **Levenson and Brinker Public Relations (no longer operating)**   **66.66%** | | $1.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                        $2.00

Debtor __The Levenson Group, Inc._____  Case number (if known) _____
        Name

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | MM/DD/YYYY | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method_____  Current value_____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method_____  Current value_____

Debtor   **The Levenson Group, Inc.**        Case number (if known) _____
           Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
- ☒ No
- ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **Artwork:** Jane Don "Marie Marny" $175.00 Porto & Sherry Sandeman - G Massiot $340.00 Bally - Villemot $489.99 | _____ | _____ | $1,004.99 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office funiture and equipment (See Attachment #1) | _____ | _____ | $39,594.46 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.        $40,599.45

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☒ No
- ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☒ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **The Levenson Group, Inc.**               Case number (if known) _____
        Name

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats
     trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

**51.** **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                      **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒ No
     ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

     ☒ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.** **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☒ No
     ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

Debtor **The Levenson Group, Inc.**      Case number (if known) _____
<br>Name

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

Customer List                              **$1.00**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
<br>Add lines 60 through 65. Copy the total to line 89.        **$1.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
<br>☑ No
<br>☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
<br>☑ No
<br>☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
<br>☑ No
<br>☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
<br>Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
<br>☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
<br>Add lines 71 through 77. Copy the total to line 90.        **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
<br>☑ No
<br>☐ Yes

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____
       Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$580,075.03** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$25,020.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,154,477.84** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$2.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$40,599.45** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*............................... ➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$1,800,175.32** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................... **$1,800,175.32**

ATTACHMENT #1

| Asset # | Description | $ | Qty | Total |
|---|---|---|---|---|
| 394C | Dell Dimension 5100 (HK24M81) | $88.00 | 1 | $88.00 |
| 409C | Dell Dimension E520 | $31.00 | 3 | $93.00 |
| 414C | Dell PowerEdge t620 | $649.00 | 1 | $649.00 |
| 418C | Dell XPS 8100 | $225.00 | 1 | $225.00 |
| 419C | Latitude e6510 | $79.00 | 1 | $79.00 |
| 421C | Latitude e6510 | $79.00 | 1 | $79.00 |
| 422C | Latitude e6320 | $60.00 | 1 | $60.00 |
| 426C | Latitude e6420 | $104.99 | 4 | $419.96 |
| 423C | Custom Build PC | $269.00 | 1 | $269.00 |
| 427C | Latitude e6320 | $60.00 | 1 | $60.00 |
| 428C | Two 8TB Buffalo TeraStation NAS Devices | $365.45 | 2 | $730.90 |
| 429C | Five 27" iMac Computers | $370.00 | 1 | $370.00 |
| 432C | Two Dell E5420 laptops | $135.00 | 2 | $270.00 |
| 432C | Five Dell E6420 laptops | $104.99 | 5 | $524.95 |
| 432C | 16 Dell Optiplex 390 Desktops | $69.00 | 16 | $1,104.00 |
| 433C | 7 Dell E6420 laptops | $104.99 | 7 | $734.93 |
| 441C | Dell PowerEdge T420 Server | $989.98 | 1 | $989.98 |
| 437C | Dell Latitude 6430U Laptop | $199.99 | 1 | $199.99 |
| 436C | MacBook Air (2012) | $255.00 | 1 | $255.00 |
| 440C | Latitude E6430 | $99.99 | 2 | $199.98 |
| 440C | Optiplex 3010 S Desktop | $89.99 | 2 | $179.98 |
| 440C | MacBook Air (mid-2013) | $289.97 | 2 | $579.94 |
| 440C | iMac Core i7 (late-2012) | $370.00 | 1 | $370.00 |
| 442C | Latitude E6430 | $99.99 | 2 | $199.98 |
| 443C | iMac Core i7 (late-2013) 24GB Ram | $989.00 | 1 | $989.00 |
| 446C | MacBook Air (mid-2013) | $147.50 | 1 | $147.50 |
| 453C | Dell Latitude e6440 | $85.00 | 2 | $170.00 |
| 454C | Dell Latitude e6440 | $85.00 | 1 | $85.00 |

ATTACHMENT #1

| | | | | |
|---|---|---|---|---|
| 455C | Dell Optiplex 9020 | $149.00 | 1 | $149.00 |
| 456C | Dell Latitude e6440 | $85.00 | 1 | $85.00 |
| 458C | MacBook Air (early-2014) | $569.00 | 1 | $569.00 |
| 459C | iMac Core i7 (late-2013) 16GB Ram | $370.00 | 1 | $370.00 |
| 461C | Optiplex 3020 Core i5-4570 3.2G | $139.99 | 1 | $139.99 |
| 462C | Dell PowerEdge T630 Server | $1,699.00 | 1 | $1,699.00 |
| 45.46 3C | Dell VLA win server (2) processors | $598.99 | 1 | $598.99 |
| 464C | MacBook Pro "Core i7" 2.2 15" Mid-2015 (IG) | $895.00 | 1 | $895.00 |
| 467C | Latitude E5570 Core i7-6600U Dual Core 2.6 GHz | $449.00 | 3 | $1,347.00 |
| 465 | Human Scale Freedom Chair | $364.00 | 1 | $364.00 |
| 288F | Pedestal and glass table top | | | $0.00 |
| 337F | Movie Poster Frame | $245.00 | 1 | $245.00 |
| 337F | Chrome Posts and rope | $84.99 | 1 | $84.99 |
| 392F | Ikea Furniture for Creative | $316.33 | 15 | $4,745.00 |
| 392F | Turnkey File Cabinets | $140.00 | 5 | $700.00 |
| 392F | Used Steelcase 5 drawer lateral file cabinets | $249.00 | 7 | $1,743.00 |
| 411F | Ikea Furniture for Chris Kelly & Paul McEnany | $316.33 | 2 | $632.67 |
| 438F | Paul McEnany Desk | $284.59 | 1 | $284.59 |
| 447F | Haworth Promise workstations | $363.64 | 8 | $2,909.12 |
| 448F | Glass desk for Andy's office | $389.00 | 1 | $389.00 |
| 4457F | Office desks for owners | $250.00 | 4 | $1,000.00 |
| 452T | Polycom Phone System | $37.99 | 93 | $3,533.07 |
| 452T | Polycom Phone System | $124.97 | 3 | $374.91 |
| 452T | Polycom Phone System | $34.98 | 2 | $69.96 |
| | 2 Eames Style Armchairs | $69.82 | 2 | $139.64 |
| | 28 Mobile File Drawer Cabinets 18" | $50.00 | 28 | $1,400.00 |
| | 3 retro Mid Century Modern Side Tables | $29.75 | 3 | $89.25 |
| | 1 Mid Centruy Modern Coffe Table | $173.99 | 1 | $173.99 |

ATTACHMENT #1

| | | | | |
|---|---|---|---|---|
| | 1 Belham Living Carter Coffee Table | $125.00 | 1 | $125.00 |
| | Dining Chair Assembly - 2 chairs | $84.57 | 2 | $169.14 |
| | Belham Living Side Table | $28.57 | 1 | $28.57 |
| | 6 Apontus Bar Stools | $19.99 | 6 | $119.94 |
| | 3 Boraam Zebra Series Side Tables | $149.99 | 3 | $449.97 |
| | Acoustix screen divider | $43.15 | 1 | $43.15 |
| | 14 Faux White Leather Desk Chairs | $35.99 | 14 | $503.86 |
| | Shelving for creative utility room | $159.99 | 1 | $159.99 |
| | Shelving for mail room | $80.00 | 1 | $80.00 |
| | 4 Modern Wave Office Chairs | $72.00 | 4 | $288.00 |
| | Sacramento Sectional Sofa, James Linen Arm Chair, Mid-Century Loveseat | $400.00 | 1 | $400.00 |
| | Sacramento Sectional Sofa, James Linen Arm Chair, Mid-Century Loveseat | $95.99 | 1 | $95.99 |
| | Sacramento Sectional Sofa, James Linen Arm Chair, Mid-Century Loveseat | $349.39 | 1 | $349.39 |
| | Laptops for video conferencing system | $245.00 | 2 | $490.00 |
| | Chandelier for lobby | $104.25 | 1 | $104.25 |
| | Commercial Ice Machine | $1,000.00 | 1 | $1,000.00 |
| | Optoma TS551 Projector | $90.00 | 1 | $90.00 |
| | 2 Draw File Cabinet | $25.00 | 1 | $25.00 |
| | Antique Dining Table Distressed | $217.95 | 1 | $217.95 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>The Levenson Group, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes.  Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| **Creditor's mailing address** | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**            **$0.00**

---

**Fill in this information to identify the case:**

Debtor    **The Levenson Group, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

---

Debtor      **The Levenson Group, Inc.**                                    Case number (if known) _____

## Part 2:      List All Creditors with NONPRIORITY Unsecured Claims

3.      List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
        claims, fill out and attach the Additional Page of Part 2.

|  |  |
|---|---|
| | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,173.00** |
|---|---|---|---|

**21st Century Fox America, Inc.**

**KTTV-TV**

☐ Contingent
☐ Unliquidated
☐ Disputed

**16440 Collection Center Drive**

**Basis for the claim:** _____

**Chicago**            **IL      60693**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**5280 Publishing, Inc.**

**1515 Wazee Street, Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Denver**            **CO      80202**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**A&G Advertising, LLC.**

**P.O. Box 2533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Douglas**            **AZ      85608**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,460.80** |
|---|---|---|---|

**ABC Inc.**

**WPVI-TV**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 732384  Attn: WPVI-606**

**Basis for the claim:** _____

**Dallas**            **TX      75373-2384**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

Debtor    **The Levenson Group, Inc.**                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$606.20**

**ABM Janitorial Services - South Central**

**ABM**                                      ☐ Contingent
                                             ☐ Unliquidated
**PO Box 419860**                            ☐ Disputed

_____     **Basis for the claim:**

**Boston                        MA        02241-9860**      _____

Date or dates debt was incurred   _____     **Is the claim subject to offset?**

Last 4 digits of account number   3   4   7   8    ☒ No
                                                   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$14,216.25**

**AGM - Nevada LLC**

**KKSS-FM**                                  ☐ Contingent
                                             ☐ Unliquidated
**8009 Marble Avenue NE**                    ☐ Disputed

_____     **Basis for the claim:**

**Albuquerque                    NM        87110**      _____

Date or dates debt was incurred   _____     **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __     ☒ No
                                                  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$3,111.00**

**AGM - Nevada, LLC**

**KLVO-FM**                                  ☐ Contingent
                                             ☐ Unliquidated
**8009 Marble Avenue NE**                    ☐ Disputed

_____     **Basis for the claim:**

**Albuquerque                    NM        87110**      _____

Date or dates debt was incurred   _____     **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __     ☒ No
                                                  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$1,040.10**

**Alabama Media Group**

**2201 4th Ave**                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

_____     **Basis for the claim:**

**Birmingham                     AL        35203**      _____

Date or dates debt was incurred   _____     **Is the claim subject to offset?**

Last 4 digits of account number   0   3   7   7    ☒ No
                                                   ☐ Yes

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

**Alabama Telecaster Inc.**

**WAKA-TV**

**100 Interstate Park Drive, Ste 120**

_____

**Montgomery**      **AL**     **36109**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,065.55**

---

**3.10**   Nonpriority creditor's name and mailing address

**Alpha Media LLC**

**KBTE-FM**

**#33 Briercroft Office Park**

_____

**Lubbock**      **TX**     **79412-3020**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,821.55**

---

**3.11**   Nonpriority creditor's name and mailing address

**Alpha Media LLC**

**KSAH-FM**

**4050 Eisenhauer Rd**

_____

**San Antonio**      **TX**     **78218**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,426.00**

---

**3.12**   Nonpriority creditor's name and mailing address

**Alpha Media LLC**

**WIIL-FM**

**8500 Green Bay Road**

_____

**Pleasant Praire**      **WI**     **53158**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,645.25**

---

Debtor __The Levenson Group, Inc._____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |

Alpha Media, LLC

KLLL-FM

#33 Briercroft Office Park

Lubbock                    TX      79412-3020

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,300.50

| 3.14 | Nonpriority creditor's name and mailing address |

American Spirit Media LLC

WDBD-TV

715 South Jefferson Street

Jackson                    MS      39201

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,992.85

| 3.15 | Nonpriority creditor's name and mailing address |

Apple Valley Broadcasting

KAPP-TV

PO Box 749907

Los Angeles                CA      90074-9907

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,282.70

| 3.16 | Nonpriority creditor's name and mailing address |

Arkansas Hearst Television Inc

KHBS-TV

2809 Ajax Ave, Suite 200

Rogers                     AR      72758

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$5,087.25

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address

Arkansas Televison Company

KTHV-TV

Dep P.O. Box 637386

Cincinnati     OH    45263-7386

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,085.50**

---

**3.18** Nonpriority creditor's name and mailing address

Beasley FM Acquisition

Beasley FM Acquisition

9721 Executive Center Drive #200

St. Petersburg     FL    33702

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$20,991.60**

---

**3.19** Nonpriority creditor's name and mailing address

Belo TV Inc.

WUPL-TV    Dept 730041

P.O. Box 660919

Dallas     TX    75266-0919

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$2,874.70**

---

**3.20** Nonpriority creditor's name and mailing address

Big Ten Network, LLC

BTN

14743 Collection Center Dr

Chicago     IL    60693

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$31,347.15**

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Bonneville International Corporation**

**KSL-TV**

**PO Box 26245**

_____

**Salt Lake City**      **UT**    **84126-0245**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,303.30**

---

**3.22**   Nonpriority creditor's name and mailing address

**Brazos Valley Communications Ltd**

**KBXT-FM**

**P.O. Box 3069**

_____

**Bryan**      **TX**    **77805**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$867.00**

---

**3.23**   Nonpriority creditor's name and mailing address

**Brazos Valley Communications Ltd**

**KORA-FM**

**P O Box 3069**

_____

**Bryan**      **TX**    **77805**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$510.00**

---

**3.24**   Nonpriority creditor's name and mailing address

**Bryan Broadcasting Corporation**

**KNDE-FM**

**P.O. Box 3248**

_____

**Bryan**      **TX**    **77805**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,585.70**

---

Debtor __The Levenson Group, Inc.__      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                            Amount of claim

**3.25** Nonpriority creditor's name and mailing address

**Cable One Inc**

**Greenwood MS**

**1635 Popps Ferry Rd**

**Biloxi**           **MS**      **39532**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$928.62**

---

**3.26** Nonpriority creditor's name and mailing address

**Cable One-Biloxi MS**

**1635 Popps Ferry Rd**

**Biloxi**           **MS**      **39532**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,384.25**

---

**3.27** Nonpriority creditor's name and mailing address

**Cablemas Telecomunicaciones, S.A. De C.V**

**511 E. San Ysidro Blvd  #1732**

**San Ysidro**        **CA**     **92173**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$28,262.50**

---

**3.28** Nonpriority creditor's name and mailing address

**Cajun Operating Company dba**

**Church's Chicken**

**c/o Caiola & Rose, LLC**

**150 E. Ponce de Leon Ave., Suite 410**

**Decatur**        **GA**     **30030**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

Debtor  __The Levenson Group, Inc._____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.29** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$3,180.70**
*Check all that apply.*

__CALA Broadcast_____
☐ Contingent
__WNBD-TV_____
☐ Unliquidated
__837 Washington Avenue_____
☐ Disputed

**Basis for the claim:**

__Greenville_____MS____38701____  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No
                                                ☐ Yes

| **3.30** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$3,267.40**
*Check all that apply.*

__Capstar Operating Company_____
☐ Contingent
__WHLH-FM_____
☐ Unliquidated
__P.O. Box 847572_____
☐ Disputed

**Basis for the claim:**

__Dallas_____TX____75284-7572__  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No
                                                ☐ Yes

| **3.31** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$3,170.50**
*Check all that apply.*

__Capstar Radio Operating Co_____
☐ Contingent
__KTEX-FM_____
☐ Unliquidated
__P.O. Box 847572_____
☐ Disputed

**Basis for the claim:**

__Dallas_____TX____75284-7572__  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No
                                                ☐ Yes

| **3.32** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$1,195.10**
*Check all that apply.*

__Capstar Radio Operating Co._____
☐ Contingent
__KKMY-FM_____
☐ Unliquidated
__PO Box 847489_____
☐ Disputed

**Basis for the claim:**

__Dallas_____TX____75284-7489__  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No
                                                ☐ Yes

Debtor __The Levenson Group, Inc.__       Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                         **Amount of claim**

**3.33**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,244.00**

Check all that apply.

__Capstar Radio Operating Co.__
☐ Contingent
__WCJM-FM__
☐ Unliquidated
__PO Box 406372__
☐ Disputed

**Basis for the claim:**

__Atlanta__      __GA__     __30384-6372__     _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
                                                            ☐ Yes

**3.34**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,712.50**

Check all that apply.

__Capstar Radio Operating Company__
☐ Contingent
__KBFM-FM__
☐ Unliquidated
__P.O. Box 847572__
☐ Disputed

**Basis for the claim:**

__Dallas__      __TX__     __75284-7572__     _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
                                                            ☐ Yes

**3.35**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,712.50**

Check all that apply.

__Capstar Radio Operating Company__
☐ Contingent
__KQBT-FM__
☐ Unliquidated
__PO Box 847572__
☐ Disputed

**Basis for the claim:**

__Dallas__      __TX__     __75284-7572__     _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
                                                            ☐ Yes

**3.36**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,840.00**

Check all that apply.

__Caribbean Media Group, Inc.__
☐ Contingent
__WVIP-FM__
☐ Unliquidated
__1 Cross Island Plaza, Ste 224__
☐ Disputed

**Basis for the claim:**

__Rosedale__      __NY__     __11422__     _____

Date or dates debt was incurred     _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
                                                            ☐ Yes

Debtor **The Levenson Group, Inc.**     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     **Amount of claim**

**3.37** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$19,273.75**
Check all that apply.

**Carter Broadcast Group Inc**
- ☐ Contingent
**KPRS-FM**
- ☐ Unliquidated
**11131 Colorado Ave**
- ☐ Disputed

Basis for the claim:

**Kansas City**     **MO**     **64137**     _____

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$22,950.00**
Check all that apply.

**CBS Broadcasting Inc.**
- ☐ Contingent
**KCBS-TV**
- ☐ Unliquidated
**PO Box 100729**
- ☐ Disputed

Basis for the claim:

**Pasadena**     **CA**     **91189-0729**     _____

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$5,142.50**
Check all that apply.

**CBS Broadcasting, Inc.**
- ☐ Contingent
**KPIX-TV**
- ☐ Unliquidated
**PO Box 33091**
- ☐ Disputed

Basis for the claim:

**Newark**     **NJ**     **07188-0091**     _____

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$7,678.05**
Check all that apply.

**CBS Corporation**
- ☐ Contingent
**WJZ-TV**
- ☐ Unliquidated
**PO Box 33091**
- ☐ Disputed

Basis for the claim:

**Newark**     **NJ**     **07188-0091**     _____

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No    ☐ Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**    

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

**CBS Inc**

**KCNC-TV**

**21249 Network Place**

**Chicago**      **IL**      **60673-1249**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,779.50**

---

**3.42** Nonpriority creditor's name and mailing address

**CBS Inc**

**KTVT-TV**

**P.O. Box 730457**

**Dallas**      **TX**      **75373-0457**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$93,225.03**

---

**3.43** Nonpriority creditor's name and mailing address

**CBS Inc**

**KTXA-TV**

**P.O. Box 730206**

**Dallas**      **TX**      **75373-0206**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,627.43**

---

**3.44** Nonpriority creditor's name and mailing address

**CBS Radio Media Corp**

**WCCO-AM**

**625 Second Avenue South, Suite 200**

**Minneapolis**      **MN**      **55402**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,400.90**

---

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**   Nonpriority creditor's name and mailing address

**CBS Radio Stations Inc.**

**KLOL-FM**

**P.O. Box 730844**

**Dallas**      **TX**    **75373-0844**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$22,865.85

---

**3.46**   Nonpriority creditor's name and mailing address

**CBS Radio Texas Inc**

**KMVK-FM**

**P.O. Box 730224**

**Dallas**      **TX**    **75373-0224**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,364.85

---

**3.47**   Nonpriority creditor's name and mailing address

**CBS Television Stations Group**

**WCCO-TV**

**21253 Network Place**

**Chicago**      **IL**    **60673-1253**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,662.00

---

**3.48**   Nonpriority creditor's name and mailing address

**Cebridge Acquisition LP**

**Suddenlink Media**

**P.O. Box 951391**

**Dallas**      **TX**    **75395**

Date or dates debt was incurred

Last 4 digits of account number   **3** **7** **7** **7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,346.11

---

Debtor **The Levenson Group, Inc.**                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.49** Nonpriority creditor's name and mailing address

**Centex Television Ltd Partnership**

**KXXV-TV**

**Dept# 2664**

**P.O. Box 11407**

**Birmingham                    AL        35246-2664**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$7,683.58

---

**3.50** Nonpriority creditor's name and mailing address

**Charter Communications Holdings, LLC**

**Spectrum Reach-Buffalo**

**PO Box 27908**

**New York                      NY       10087**

Date or dates debt was incurred  _____

Last 4 digits of account number   0   9   5   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,241.37

---

**3.51** Nonpriority creditor's name and mailing address

**Charter Communications Holdings, LLC**

**Spectrum Reach - St Louis**

**PO Box 957926**

**St. Louis                     MO       63195-7926**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,274.60

---

**3.52** Nonpriority creditor's name and mailing address

**Charter Communications Holdings, LLC**

**Spectrum Reach**

**PO Box 101366**

**Pasadena                      CA       91189-0005**

Date or dates debt was incurred  _____

Last 4 digits of account number   0   5   5   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$69,088.28

---

Debtor  __The Levenson Group, Inc._____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$3,877.70

**Charter Communications-St. Louis**

**P.O. Box 957926**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**St. Louis**          **MO**     **63195**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    _5_  _5_  _1_  _8_

☑ No
☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$3,927.00

**Chesapeake Media I, LLC**

**WPBN-TV**

**10706 Beaver Dam Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cockeysville**          **MD**     **21030**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$12,037.78

**Circle Graphics Inc**

**P.O. Box 561047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Denver**          **CO**     **80256-1047**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    _2_  _6_  _3_  _4_

☑ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$11,768.25

**Citadel Broadcasting Co**

**KQXL-FM**

**631 Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Baton Rouge**          **LA**     **70801**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

__Citadel Broadcasting Co_____

__WEMX-FM_____

__631 Main Street_____

__Baton Rouge_____ LA___ 70801____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$25,623.25

---

**3.58** Nonpriority creditor's name and mailing address

__Citadel Broadcasting Company_____

__KIPR-FM_____

__3643 Momentum Place_____

__Chicago_____ IL___ 60689-5336____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,072.70

---

**3.59** Nonpriority creditor's name and mailing address

__Citadel Broadcasting Company_____

__KKND-FM_____

__3648 Momentum Place_____

__Chicago_____ IL___ 60689-5336____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,201.50

---

**3.60** Nonpriority creditor's name and mailing address

__Citadel Broadcasting Company_____

__KLAL-FM_____

__P.O. Box 645133_____

__Cincinnati_____ OH___ 45264-5133____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$795.60

---

Debtor  __The Levenson Group, Inc._____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$1,439.90

**Citadel Broadcasting Company**

**KMEZ-FM**

**3648 Momentum Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Chicago_____ IL___ __60689-5336___

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.62 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$3,052.35

**Citadel Communications LLC**

**KLKN-TV**

**3240 South 10th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Lincoln_____ NE___ __68502_____

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.63 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$48,651.25

**Citicasters Co**

**WBZY-FM**

**20880 Stone Oak Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__San Antonio_____ TX___ __78258_____

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.64 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$2,303.50

**Citicasters Co.**

**KATZ-FM**

**3964 Collection Center Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Chicago_____ IL___ __60693-0039___

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor    **The Levenson Group, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,611.00 |
|---|---|---|---|

Check all that apply.

Citicasters Co.

KTBZ-FM

P. O. Box 847572

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Dallas                TX     75284-7572

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,505.05 |
|---|---|---|---|

Check all that apply.

Citicasters Co.

WRUB-FM

PO Box 406372

Atlanta, GA 3384-6372

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,200.00 |
|---|---|---|---|

Check all that apply.

Clear Channel

Seattle

P.O. Box 742025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Los Angeles           CA     90074-2025

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,162.50 |
|---|---|---|---|

Check all that apply.

Clear Channel Broadcasting

KPEZ-FM

P.O. Box 847117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Dallas                TX     75284

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$1,703.40**

**Clear Channel Broadcasting Inc**

**KJMS-FM**

**P.O. Box 406372**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Atlanta** **GA** **30384-6372**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$9,430.75**

**Clear Channel Broadcasting Inc**

**WHRK-FM**

**P.O. Box 406372**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Atlanta** **GA** **30384-6372**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$13,264.25**

**Clear Channel Broadcasting Inc**

**WOWI-FM**

**P.O. Box 402650**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Atlanta** **GA** **30384-2650**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$50,000.00**

**Clear Channel Outdoor**

**3700 E Randoll Mill Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Arlington** **TX** **76011**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __1__ __4__ __3__ __6__

- ☑ No
- ☐ Yes

---

Debtor    **The Levenson Group, Inc.**            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.73** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

     **$71,550.00**

**Clear Channel Outdoor**

**P.O. Box 402379**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Atlanta**      **GA**    **30384-2379**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   4   3   6**

---

**3.74** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

     **$18,700.00**

**Clear Channel Outdoor**

**P.O. Box 847247**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75284-7247**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   4   3   6**

---

**3.75** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

     **$382,601.00**

**Clear Channel Outdoor Inc**

**P.O. Box 847247**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75284-7247**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   4   3   6**

---

**3.76** | Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*

     **$16,898.00**

**CMP KC Corp**

**KMJK-FM**

**3671 Momentum Place**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Chicago**      **IL**    **60689-5336**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,478.25 |

**Comcast Holdings Corporation**

**Comcast Spotlight-Baltimore**

**P.O. Box 415949**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Boston                    MA      02241-5949**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | $5,204.91 |

**Comcast Holdings Corporation**

**Comcast Spotlight-San Francisco**

**P.O. Box 742637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles                CA      90074**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | $87,383.36 |

**Comcast Spotlight**

**Colorado**

**P.O. Box 742637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles                CA      90074-2637**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | $7,718.85 |

**Comcast Spotlight**

**P.O. Box 100447**

**Laurel/Hattiesburg**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta                    GA      30384-0447**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**$2,524.50**

**Comcast Spotlight**

**Panama City**

**1720 Windward Concourse Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Alpharetta**    **GA**    **30005**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**$24,990.00**

**Comcast Spotlight**

**Washington**

**P.O. Box 415949**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Boston**    **MA**    **02241-5949**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**$8,207.87**

**Comcast Spotlight-Indianapolis**

**12964 Collection Center Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Chicago**    **IL**    **60693**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number **9 9 8 7**

☑ No
☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**$1,326.00**

**Comcorp of Louisiana Inc**

**KADN-TV**

**1500 Eraste Landry Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Lafayette**    **LA**    **70506**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor   **The Levenson Group, Inc.**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.85** **Nonpriority creditor's name and mailing address**

**Comcorp of Louisiana, Inc.**

**KLAF-TV**

**PO Box 60205**

_____

**Lafayette**                   **LA**     **70596-0205**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$255.00**

---

**3.86** **Nonpriority creditor's name and mailing address**

**Commonwealth Broadcasting Group Inc.**

**EABG-TV**

**P.O. Box 1243**

_____

**Greenville**                **MS**     **38702**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$6,552.65**

---

**3.87** **Nonpriority creditor's name and mailing address**

**Commonwealth Broadcasting Group Inc.**

**WABG-TV**

**P.O. Box 1243**

_____

**Greenville**                **MS**     **38702**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$25,662.99**

---

**3.88** **Nonpriority creditor's name and mailing address**

**Community Television of Colorado LLC**

**KDVR-TV**

**PO Box 59743**

_____

**Los Angeles**               **CA**     **90074**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$17,573.75**

Debtor  __The Levenson Group, Inc.__                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:  $11,427.51
*Check all that apply.*

__Competitive Media Report__

__Kantar Media Intelligence__

__P.O. Box 7247-9301__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Philadelphia__          __PA__    __19170-9301__    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __8__  __7__  __0__  __9__

☑ No
☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:  $13,683.52
*Check all that apply.*

__Corridor Television LLP__

__KCWX-TV__

__4414 Centerview Dr #264__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__San Antonio__          __TX__    __78228__    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __ __ __ __ __

☑ No
☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:  $306.00
*Check all that apply.*

__Cowles Montana Media Company__

__KTMF-TV__

__PO Box 600__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Spokane__          __WA__    __99210__    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __ __ __ __ __

☑ No
☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:  $2,273.75
*Check all that apply.*

__Cowles Montana Media Company__

__KULR-TV__

__PO Box 600__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Spokane__          __WA__    __99210__    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __ __ __ __ __

☑ No
☐ Yes

Debtor   **The Levenson Group, Inc.**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93**   **Nonpriority creditor's name and mailing address**

**Cox Media Group Northeast, LLC**

**WHBQ-TV**

**PO Box 83293**

_____

**Chicago**                IL      **60691-0293**

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$7,254.75**

---

**3.94**   **Nonpriority creditor's name and mailing address**

**Cox Radio, Inc.**

**WCFB-FM**

**PO Box 83197**

_____

**Chicago**                IL      **60691-0197**

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$7,298.10**

---

**3.95**   **Nonpriority creditor's name and mailing address**

**Cox Radio, Inc.**

**WEDR-FM**

**PO Box 83196**

_____

**Chicago**                IL      **60691-0196**

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$13,778.50**

---

**3.96**   **Nonpriority creditor's name and mailing address**

**Cox Radio, Inc.**

**WHQT-FM**

**PO Box 83196**

_____

**Chicago**                IL      **60691-0196**

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$7,497.00**

---

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.97**   Nonpriority creditor's name and mailing address

Cox Radio, Inc.

WPUP-FM

PO Box 83190

Chicago      IL    60691-0190

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,621.80**

---

**3.98**   Nonpriority creditor's name and mailing address

Cumulus Broadcasting

WMXU-FM

Cumulus Columbus-Starkville

3596 Momentum Place

Chicago      IL    60689-5336

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,519.80**

---

**3.99**   Nonpriority creditor's name and mailing address

Cumulus Broadcasting LLC

WNBM-FM

2 Pennsylvania Plaza - 17th Floor

New York      NY    10121

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$250.00**

---

**3.100**   Nonpriority creditor's name and mailing address

Cumulus Media Inc.

KQXY-FM

3591 Momentum Place

Chicago      IL    60689-5335

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,134.75**

---

Debtor   **The Levenson Group, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.101**   Nonpriority creditor's name and mailing address

**Cumulus Media Inc. & Subsidaries**

**KTCX-FM**

**3591 Momentum Place**

_____

**Chicago**                    **IL**      **60689-5335**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,584.00**

---

**3.102**   Nonpriority creditor's name and mailing address

**Cumulus Radio Corp**

**KYKZ-FM**

**3609 Momentum Place**

_____

**Chicago**                    **IL**      **60689-5336**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,727.30**

---

**3.103**   Nonpriority creditor's name and mailing address

**Cumulus Radio Corp**

**WCTO-FM**

**3630 Momentum Place**

_____

**Chicago**                    **IL**      **60689-5336**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,271.45**

---

**3.104**   Nonpriority creditor's name and mailing address

**Cumulus Radio Corporation**

**KDRF-FM**

**3629 Momentum Place**

_____

**Chicago**                    **IL**      **60689-5336**

Date or dates debt was incurred        _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,839.00**

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.105 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cumulus Radio Corporation**

**KKOB-FM**

**3629 Momentum Place**

**Chicago** IL **60689-5336**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,048.20

| 3.106 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cumulus Radio Corporation**

**KRST-FM**

**3629 Momentum Place**

**Chicago** IL **60689-5336**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,031.50

| 3.107 | **Nonpriority creditor's name and mailing address** |
|---|---|

**D&B Signs LLC**

**P.O. BOX 909**

**Tri State Outdoor Adv.**

**Dewey** AZ **86327**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,219.00

| 3.108 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Davis & Gilbert Inc***

**1740 Broadway**

**3rd Fl.**

**New York** NY **10019**

Date or dates debt was incurred _____

Last 4 digits of account number _1_ _6_ _0_ _6_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,140.77

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.109** Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$7,706.95**
*Check all that apply.*

**Davis Broadcasting Inc.**
☐ Contingent
**WFXE-FM**
☐ Unliquidated
**P.O. Box 1998**
☐ Disputed

**Basis for the claim:**

**Columbus**      **GA**     **31902** _____

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

**3.110** Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$1,872.00**
*Check all that apply.*

**Delta Democrat Times**
☐ Contingent
**P.O. Box 1618**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Greenville**      **MS**     **38701** _____

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    **0 5 5 1**    ☑ No
☐ Yes

**3.111** Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$6,385.00**
*Check all that apply.*

**Denver Hotel Magazine LLC**
☐ Contingent
**104 Broadway, Ste 200**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Denver**      **CO**     **80203** _____

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

**3.112** Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$3,459.00**
*Check all that apply.*

**Denver Metro Convention &Visitors Bureau**
☐ Contingent
**Visit Denver**
☐ Unliquidated
**1555 California Street, Suite 300**
☐ Disputed

**Basis for the claim:**

**Denver**      **CO**     **80202** _____

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.113** Nonpriority creditor's name and mailing address

__Dowdy & Dowdy Partnership__

__WZKX-FM__

__PO Box 2639__

_____

__Gulfport__ __MS__ __39505__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,445.00

**3.114** Nonpriority creditor's name and mailing address

__Durden Outdoor Displays, Inc.__

__Dept #5245 PO Box 2153__

_____

__Birmingham__ __AL__ __35287-5245__

Date or dates debt was incurred _____

Last 4 digits of account number __V__ __E__ __N__ __S__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,975.00

**3.115** Nonpriority creditor's name and mailing address

__El Rey Publishing__

__Zavala County Sentinel__

__202E Nueces St.__

__Crystal City__ __TX__ __78839__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$525.00

**3.116** Nonpriority creditor's name and mailing address

__Elite Media Group LLC__

__Lindmark Outdoor Media__

__2700 Technology Place__

__Norman__ __OK__ __73071__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$481.99

Debtor **The Levenson Group, Inc.** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117** Nonpriority creditor's name and mailing address

**Elite Media Group LLC**

**Lindmark Outdoor Media**

**2700 Technology Place**

**Norman**      **OK**     **73071**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$541.56

---

**3.118** Nonpriority creditor's name and mailing address

**Emmis Austin Radio**

**KBPA-FM**

**P.O. Box 731488**

**Dallas**      **TX**     **75373-1488**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,936.75

---

**3.119** Nonpriority creditor's name and mailing address

**Emmis Austin Radio**

**KLBJ-FM**

**P.O. Box 731488**

**Dallas**      **TX**     **75373-1488**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$5,397.50

---

**3.120** Nonpriority creditor's name and mailing address

**Emmis Austin Radio Broadcasting**

**KGSR-FM**

**P.O. Box 731488**

**Dallas**      **TX**     **75373-1488**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,741.25

---

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.121** Nonpriority creditor's name and mailing address

**Emmis Austin Radio Broadcasting Co, LP**

**KLZT-FM**

**P.O. Box 731488**

**Dallas**      **TX**    **75373-1488**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,760.50**

---

**3.122** Nonpriority creditor's name and mailing address

**Emmis Austin Radio Broadcasting Co, LP**

**KROX-FM**

**8309 North IH 35**

**Austin**      **TX**    **78753**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,669.45**

---

**3.123** Nonpriority creditor's name and mailing address

**EMX Digital, LLC**

**229 W 43rd St.**

**New York**      **NY**    **10036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$147,707.32**

---

**3.124** Nonpriority creditor's name and mailing address

**Entercom Communications Corp**

**KAMX-FM**

**4301 Westbank Dr B-300**

**Austin**      **TX**    **78746**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,434.00**

---

Debtor  __The Levenson Group, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.125** Nonpriority creditor's name and mailing address

__Entercom Communications Corp_____

__KKMJ-FM_____

__4301 Westbank Dr B-300_____

__Austin_____TX____78746____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$7,004.00**

---

**3.126** Nonpriority creditor's name and mailing address

__Entercom Communications Corp_____

__WQMG-FM_____

__7819 National Service Road Suite 401_____

__Greensboro_____NC____27409____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$13,626.30**

---

**3.127** Nonpriority creditor's name and mailing address

__Entercom Norfolk LLC_____

__WVKL-FM_____

__236 Clearfield Ave. Ste. 206_____

__Virginia Beach_____VA____23462____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$8,028.25**

---

**3.128** Nonpriority creditor's name and mailing address

__Entravision Communications Corp_____

__KBNT-TV_____

__P.O. Box 51868_____

__Los Angeles_____CA____90051-6168____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$7,990.00**

---

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.129 | Nonpriority creditor's name and mailing address |
|---|---|

**Entravision Communications Corp Texas LP**

**KORO-TV**

**P.O. Box 2667**

**Corpus Christi                    TX      78403**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$15,517.60

---

| 3.130 | Nonpriority creditor's name and mailing address |
|---|---|

**Entravision Communications Corporation**

**DBA / Entravision Solutions**

**5700 Wilshire Blvd., Ste 250**

**Los Angeles                    CA      90036**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$164,074.85

---

| 3.131 | Nonpriority creditor's name and mailing address |
|---|---|

**Entravision Communications Corporation**

**KCBA-TV**

**PO Box 39000 - Dept 34872**

**San Francisco                CA      94139**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$972.40

---

| 3.132 | Nonpriority creditor's name and mailing address |
|---|---|

**Entravision Communications Corporation**

**KDTF-TV**

**5770 Ruffin Road**

**San Diego                      CA      92123**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$6,409.00

---

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address |

**Entravision Communications Corporation**

**KJMN-FM**

**PO Box 911919**

**Denver, CO 95-4783236**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$16,077.75**

| 3.134 | Nonpriority creditor's name and mailing address |

**Entravision Communications Corporation**

**KMIR-TV**

**PO Box 843564**

**Los Angeles**     **CA**     **90084-3564**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,733.25**

| 3.135 | Nonpriority creditor's name and mailing address |

**Entravision Communications Corporation**

**KXPK-FM**

**PO Box 911919**

**Denver**     **CO**     **80291-1919**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$17,823.75**

| 3.136 | Nonpriority creditor's name and mailing address |

**Entravision Communications Corporation**

**WNUE-FM**

**PO Box 864765**

**Orlando**     **FL**     **32886**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,656.55**

Debtor  **The Levenson Group, Inc.**                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.137**  Nonpriority creditor's name and mailing address

**Entravision Communications Corporation**

**XHAS-TV**

**5770 Ruffin Road**

_____

**San Diego**              **CA**      **92123**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☒ No
☐ Yes

$10,297.75

---

**3.138**  Nonpriority creditor's name and mailing address

**Entravision Communications Inc**

**KLUZ-TV**

**P.O. Box 53058**

_____

**Phoenix**              **AZ**      **85072-3058**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☒ No
☐ Yes

$20,764.65

---

**3.139**  Nonpriority creditor's name and mailing address

**Entravision Communications Inc.**

**KTFQ-TV**

**P.O. Box 53058**

_____

**Phoenix**              **AZ**      **85072-3058**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☒ No
☐ Yes

$7,760.50

---

**3.140**  Nonpriority creditor's name and mailing address

**Entravision Texas**

**KINT-FM**

**P.O. Box 201976**

_____

**Dallas**              **TX**      **75320-1976**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☒ No
☐ Yes

$13,230.25

---

Debtor    The Levenson Group, Inc.           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                  Amount of claim

**3.141**   Nonpriority creditor's name and mailing address                      As of the petition filing date, the claim is:        **$14,356.50**
*Check all that apply.*

**Entravision Texas**

**KYSE-FM**                                              ☐ Contingent
                                                      ☐ Unliquidated

**El Paso**                                              ☐ Disputed

**P.O. Box 201976**

                                            Basis for the claim:

**Dallas**                      **TX**      **75320-1976**

Date or dates debt was incurred                       Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                   ☐ Yes

---

**3.142**   Nonpriority creditor's name and mailing address           As of the petition filing date, the claim is:        **$6,895.20**
*Check all that apply.*

**Entravision Texas Limited Partnership**

**KLDO-TV**                                     ☐ Contingent

**P.O. Box 203535**                            ☐ Unliquidated
                                                  ☐ Disputed

                                            Basis for the claim:

**Dallas**                      **TX**      **75320-3535**

Date or dates debt was incurred                       Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                   ☐ Yes

---

**3.143**   Nonpriority creditor's name and mailing address           As of the petition filing date, the claim is:        **$3,135.65**
*Check all that apply.*

**Entravision Texas Ltd**

**KFRQ-FM**                                    ☐ Contingent

**P.O. Box 203541**                            ☐ Unliquidated
                                                  ☐ Disputed

                                            Basis for the claim:

**Dallas**                      **TX**      **75320**

Date or dates debt was incurred                       Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                   ☐ Yes

---

**3.144**   Nonpriority creditor's name and mailing address           As of the petition filing date, the claim is:        **$3,639.70**
*Check all that apply.*

**Entravision Texas Ltd**

**KFXV-TV**                                    ☐ Contingent

**P.O. Box 203541**                            ☐ Unliquidated
                                                  ☐ Disputed

                                            Basis for the claim:

**Dallas**                      **TX**      **75320**

Date or dates debt was incurred                       Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                   ☐ Yes

---

Debtor    **The Levenson Group, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.145** Nonpriority creditor's name and mailing address

**Entravision Texas Ltd**

**KKPS-FM**

**P.O. Box 203541**

_____

**Dallas**                    **TX**     **75320**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$863.60

---

**3.146** Nonpriority creditor's name and mailing address

**Entravision Texas Ltd**

**KNVO-TV**

**P.O. Box 203541**

_____

**Dallas**                    **TX**     **75320**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,474.40

---

**3.147** Nonpriority creditor's name and mailing address

**Entravision Texas Ltd**

**KVLY-FM**

**P.O. Box 203541**

_____

**Dallas**                    **TX**     **75320**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,193.00

---

**3.148** Nonpriority creditor's name and mailing address

**Entravison Texas**

**KINT-TV**

**P.O. Box 201976**

_____

**Dallas**                    **TX**     **75320-1976**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,668.70

Debtor     **The Levenson Group, Inc.**                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.149**   Nonpriority creditor's name and mailing address

**Entravsion Texas Limited Partnership**

**KXOF-TV**

**P.O. Box 203535**

**Dallas**                    **TX**      **75320-3535**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,031.12

---

**3.150**   Nonpriority creditor's name and mailing address

**Environics Analytics Inc.**

**Dept 3761**

**PO Box 123761**

**Dallas**                    **TX**      **75312-3761**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,306.64

---

**3.151**   Nonpriority creditor's name and mailing address

**eTargetMedia.com, LLC**

**6810 Lyons Technology Circle**

**Ste 160**

**Coconut Creek**            **FL**      **33073**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,960.82

---

**3.152**   Nonpriority creditor's name and mailing address

**Extreme Reach, Inc.**

**28540 Network Place**

**Chicago**                  **IL**      **60673-1285**

Date or dates debt was incurred     _____

Last 4 digits of account number     **0   2   1   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$152.60

---

Debtor  __The Levenson Group, Inc.__                                Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.153 | Nonpriority creditor's name and mailing address |

__Facebook Inc.__

__15161 Collection Center Dr__

__ATTN: Accounts Receivable__

_____

__Chicago__                    __IL__    __60693__

Date or dates debt was incurred    _____

Last 4 digits of account number    __1__  __1__  __9__  __9__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$493,814.32

| 3.154 | Nonpriority creditor's name and mailing address |

__Fairway Outdoor Funding LLC__

__Fairway Outdoor Funding__

__P.O. Box 60125__

_____

__Charlotte__                    __NC__    __28260__

Date or dates debt was incurred    _____

Last 4 digits of account number    __6__  __4__  __9__  __5__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,907.50

| 3.155 | Nonpriority creditor's name and mailing address |

__Federal Express Corporation__

__P.O. Box 660481__

_____

__Dallas__                    __TX__    __75266-0481__

Date or dates debt was incurred    _____

Last 4 digits of account number    __9__  __2__  __6__  __3__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,545.58

| 3.156 | Nonpriority creditor's name and mailing address |

__Fox Television Stations Inc__

__KRIV-TV__

__3733 Collection Center Dr__

_____

__Chicago__                    __IL__    __60693__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$25,869.50

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157** Nonpriority creditor's name and mailing address

Fredricksburg Publishing Co Inc

Fredricksburg Standard

P.O. Box 1639

_____

Fredricksburg        TX     78624

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   0  6  1  8

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$16.93**

---

**3.158** Nonpriority creditor's name and mailing address

Freedom Newspapers Southwesterrn AZ Inc

Yuma Shopper (Freedom)

P.O. Box 271

_____

Yuma        AZ    85366-0271

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   8  2  9  5

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$2,140.24**

---

**3.159** Nonpriority creditor's name and mailing address

Gallup Independent

P.O. Box 1210

Acct #248 Churchs

_____

Gallup        NM    87305

**Date or dates debt was incurred** _____

**Last 4 digits of account number**     7  2  0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$1,635.64**

---

**3.160** Nonpriority creditor's name and mailing address

Gannett Company, Inc

KCEN-TV

P.O. Box 660919

Dept 730056

Dallas        TX    75266-0919

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$17,071.40**

---

Debtor    **The Levenson Group, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.161** Nonpriority creditor's name and mailing address

**Gannett MHC Media, Inc.**

**Pensacola News Journal**

**P.O.Box 677590**

_____

**Dallas**                    **TX**    **75267-7590**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$148.44

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.162** Nonpriority creditor's name and mailing address

**Gannett Pacific LLC**

**WBIR-TV**

**PO BOX 637386**

_____

**Cincinnati**                **OH**    **45263-7386**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$2,451.40

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

**Gas Buddy**

**77 N Washington Street**

**4th Floor**

**Boston, MA 2114**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$10,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

**Georgia Television Inc**

**WSB-TV**

**P O Box 809036**

_____

**Chicago**                    **IL**    **60680-9036**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

$46,622.50

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.165**   Nonpriority creditor's name and mailing address

Google Inc.

Dept. 33654

PO Box 39000

San Francisco      CA     94139

Date or dates debt was incurred

Last 4 digits of account number    0   1   2   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$39,121.13**

---

**3.166**   Nonpriority creditor's name and mailing address

Graham Media Group Michigan, Inc.

WDIV-TV

PO Box 788355

Philadelphia      PA     19178-8355

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$36,656.25**

---

**3.167**   Nonpriority creditor's name and mailing address

Graham Media Group, Orlando, Inc.

WKMG-TV

PO Box 864255

Orlando      FL     32886-4255

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$935.00**

---

**3.168**   Nonpriority creditor's name and mailing address

Grandesign Advertising Firm, Inc.

Grandesign Media Servies

PO Box 840331

Dallas      TX     75284-0331

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$100.00**

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$7,739.25

**Gray Television Group Inc**

**KKTV-TV**

**4370 Peachtree Rd, NE, Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta                    GA      30319**

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$3,954.20

**Gray Television Group Inc**

**KOLN-TV**

**4370 Peachtree Rd., NE, Ste. 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta                    GA      30319**

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.171 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$2,643.50

**Gray Television Group Inc**

**KSPR-TV**

**4370 Peachtree Rd., NE, Ste 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta                    GA      30319**

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.172 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$10,800.10

**Gray Television Group Inc**

**KWTX-TV**

**4370 Peachtree Rd, NE, Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta                    GA      30319**

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor __The Levenson Group, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.173 | **Nonpriority creditor's name and mailing address** |

**Gray Television Group, Inc.**

**KEVN-TV**

**4370 Peachtree Rd, NE, Suite 400**

Atlanta                              GA     30319

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$187.00

---

| 3.174 | **Nonpriority creditor's name and mailing address** |

**Gray Television Group, Inc.**

**KFYR-TV**

**4370 Peachtree Rd. NE, Suite 400**

Atlanta                              GA     30319

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,967.00

---

| 3.175 | **Nonpriority creditor's name and mailing address** |

**Gray Television Group, Inc.**

**KGNS-TV**

**4370 Peachtree Rd, NE, Suite 400**

Atlanta                              GA     30319

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,308.03

---

| 3.176 | **Nonpriority creditor's name and mailing address** |

**Gray Television Group, Inc.**

**KGWN-TV**

**4370 Peachtree Rd, NE, Suite 400**

Atlanta                              GA     30319

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,699.25

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,721.70 |
|---|---|---|---|

**Gray Television Group, Inc.**

**KOLO-TV**

**4370 Peachtree Rd, NE, Suite 400**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Atlanta**      **GA**    **30319**    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,431.50 |
|---|---|---|---|

**Gray Television Group, Inc.**

**KOSA-TV**

**4370 Peachtree Rd, NE, Ste. 400**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Atlanta**      **GA**    **30319**    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,014.50 |
|---|---|---|---|

**Gray Television Group, Inc.**

**KOTA-TV**

**4370 Peachtree Rd, NE, Suite 400**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Atlanta**      **GA**    **30319**    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416.50 |
|---|---|---|---|

**Gray Television Group, Inc.**

**KSCW-TV**

**P.O. Box 14200**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Tallahassee**      **FL**    **32317-4200**    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.181**   Nonpriority creditor's name and mailing address

**Gray Television Group, Inc.**

**KWCH-TV**

**4370 Peachtree Rd, NE, Suite 400**

**Atlanta**      **GA**    **30319**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,900.25**

**3.182**   Nonpriority creditor's name and mailing address

**Gray Television Group, Inc.**

**KYLX-TV**

**4370 Peachtree Rd, NE, Suite 400**

**Atlanta**      **GA**    **30319**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,062.31**

**3.183**   Nonpriority creditor's name and mailing address

**Gray Television Group, Inc.**

**KYTV-TV**

**4370 Peachtree Rd., NE, Suite 400**

**Atlanta**      **GA**    **30319**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,400.00**

**3.184**   Nonpriority creditor's name and mailing address

**Gray Television Group, Inc.**

**NGNS-TV**

**4370 Peachtree Rd, NE, Suite 400**

**Atlanta**      **GA**    **30319**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,924.89**

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.185** **Nonpriority creditor's name and mailing address**

__Gray Television Group, Inc._____

__OGNS-TV_____

__4370 Peachtree Rd, NE, Suite 400_____

__Atlanta_____ GA___ 30319_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,487.20**

---

**3.186** **Nonpriority creditor's name and mailing address**

__Gray Television Group, Inc._____

__WCAX-TV_____

__4370 Peachtree Rd, NE, Suite 400_____

__Atlanta_____ GA___ 30319_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,036.25**

---

**3.187** **Nonpriority creditor's name and mailing address**

__Gray Television Group, Inc._____

__WDTV-TV_____

__4370 Peachtree Rd., NE, Suite 400_____

__Atlanta_____ GA___ 30319_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,506.20**

---

**3.188** **Nonpriority creditor's name and mailing address**

__Gray Television Group, Inc._____

__WECP-TV_____

__4370 Peachtree Rd, NE, Suite 400_____

__Atlanta_____ GA___ 30319_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$238.00**

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.189 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$408.00** |
|---|---|---|---|

**Gray Television Group, Inc.**

**WIFR-TV**

**PO Box 14200**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tallahassee** FL 32317-4200

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.190 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$2,711.50** |
|---|---|---|---|

**Gray Television Group, Inc.**

**WJHG-TV**

**4370 Peachtree Rd, NE, Suite 400**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta** GA 30319

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.191 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$5,217.30** |
|---|---|---|---|

**Gray Television Group, Inc.**

**WKYT-TV**

**4370 Peachtree Rd, NE, Suite 400**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta** GA 30319

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.192 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$8,835.75** |
|---|---|---|---|

**Gray Television Group, Inc.**

**WMTV-TV**

**4370 Peachtree Rd, NE, Suite 400**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta** GA 30319

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **The Levenson Group, Inc.** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,432.80 |

**Gray Television Group, Inc.**

**WTOK-TV**

**4370 Peachtree Rd, NE, Suite 400**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta**                          **GA    30319**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | | $1,530.00 |

**Gray Television Group, Inc.**

**WVLT-TV**

**4370 Peachtree Rd, NE, Suite 400**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Atlanta**                          **GA    30319**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | | $20,898.95 |

**Griffin Television OKC LLC**

**KWTV-TV**

**P.O. Box 960042**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Oklahoma City**                    **OK    73196-0042**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | | $7,536.95 |

**Griffin Television Tulsa II LLC**

**KQCW-TV**

**303 North Boston**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Tulsa**                            **OK    74103**

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor  __The Levenson Group, Inc._____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,754.31** |
|---|---|---|---|

__Griffin Television Tulsa LLC_____

__KOTV-TV_____

__303 North Boston_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Tulsa_____ OK____ 74103_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,406.94** |
|---|---|---|---|

__H Code Media, Inc._____

__PO Box 203823_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas_____ TX____ 75320-3823__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.66** |
|---|---|---|---|

__HBC Solutions Inc div of Gores Broadcast_____

__Imagine Communications_____

__P.O. Box 732107_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas_____ TX____ 75373-2107__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.200** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

__Headrick Outdoor Media Inc_____

__One Freedom Square_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Laurel_____ MS____ 39440-3367__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _1_ _2_ _5_ _1_

☑ No
☐ Yes

---

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.201** Nonpriority creditor's name and mailing address

Hearst Properties Inc

KETV-TV

1001 So. 10th Street

Omaha     NE     68108

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$12,119.30**

**3.202** Nonpriority creditor's name and mailing address

Hearst Stations, Inc.

KSBW-TV

PO Box 90022

Prescott     AZ     86304-9022

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$6,247.50**

**3.203** Nonpriority creditor's name and mailing address

Hearst Stations, Inc.

WISN-TV

PO Box 90031

Prescott     AZ     86304-9031

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,463.75**

**3.204** Nonpriority creditor's name and mailing address

Hearst Stations, Inc.

WPTZ-TV

5 Televison Drive

Plattsburgh     NY     12901

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,355.80**

Debtor   __The Levenson Group, Inc._____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.205** Nonpriority creditor's name and mailing address

$30,982.50

__Hearst Television__

__KCRA-TV__

__3 Television Circle__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Sacramento__         __CA__    __95814__

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.206** Nonpriority creditor's name and mailing address

$21,874.75

__Hearst Television Inc__

__KOAT-TV__

__P.O. Box 90020__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Prescott__          __AZ__    __86304-9020__

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.207** Nonpriority creditor's name and mailing address

$10,440.55

__Hearst Television Inc.__

__WAPT-TV__

__P.O. Box 90023__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Prescott__          __AZ__    __86304-9023__

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

$745.00

__Hill Country Savings Magazine__

__Lynda Oatman__

__226 Outland Drive__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Harper__           __TX__    __78631__

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    __The Levenson Group, Inc.__             Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| 3.209   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.209   **Nonpriority creditor's name and mailing address**

**Hispanic Indoor Media, Inc.**

**5547 Main Street**

**Williamsville**      **NY**    **14221**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$142,845.00**

---

3.210   **Nonpriority creditor's name and mailing address**

**Holladay Broadcasting**

**KRVV-FM**

**P.O. Box 4808**

**Monroe**      **LA**    **71211-4808**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,987.75**

---

3.211   **Nonpriority creditor's name and mailing address**

**Houston Chronicle-Church's**

**801 Texas Ave**

**Houston**      **TX**    **77002**

Date or dates debt was incurred

Last 4 digits of account number   **1 0 0 6**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$916.51**

---

3.212   **Nonpriority creditor's name and mailing address**

**Hubbard Broadcasting, Inc.**

**KOB-TV**

**P.O. Box 840422**

**Dallas**      **TX**    **75284-0422**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26,498.75**

Debtor   **The Levenson Group, Inc.**                             Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.213**   Nonpriority creditor's name and mailing address

**Hubbard Broadcasting, Inc.**

**KSTP-TV**

**3415 University Ave.**

_____

**Saint Paul**              **MN    55114**

Date or dates debt was incurred           _____

Last 4 digits of account number           __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$13,430.00**

---

**3.214**   Nonpriority creditor's name and mailing address

**Hubbard Broadcasting, Inc.**

**KUPD-FM**

**PO Box 511553**

_____

**Los Angeles**            **CA    90051-8108**

Date or dates debt was incurred           _____

Last 4 digits of account number           __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$2,550.00**

---

**3.215**   Nonpriority creditor's name and mailing address

**Hulu, LLC**

**15059 Collections Center Drive**

_____

_____

**Chicago**                **IL    60693**

Date or dates debt was incurred           _____

Last 4 digits of account number           __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$36,035.19**

---

**3.216**   Nonpriority creditor's name and mailing address

**ICA Radio LTD**

**KCRS-FM**

**1330 E. 8th Street Suite 207**

_____

**Odessa**                 **TX    79761**

Date or dates debt was incurred           _____

Last 4 digits of account number           __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$2,740.40**

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.217** Nonpriority creditor's name and mailing address

**ICA Radio, LTD**

**KMRK-FM**

**PO Box 610062**

**Dallas**        **TX**    **75261-0062**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,837.70

---

**3.218** Nonpriority creditor's name and mailing address

**iHeart Media**

**KSAB-FM**

**P.O, Box 847572**

**Dallas**        **TX**    **75284-7572**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,109.30

---

**3.219** Nonpriority creditor's name and mailing address

**iHeart Media**

**WSRZ-FM**

**PO Box 406372**

**Atlanta**        **GA**    **30384-6372**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,733.60

---

**3.220** Nonpriority creditor's name and mailing address

**iHeartMeadia, Inc.**

**WACO-FM**

**P.O. Box 847572**

**Dallas**        **TX**    **75284-7572**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,537.70

---

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                    **Amount of claim**

**3.221**    Nonpriority creditor's name and mailing address

**iHeartMedia**

**KBRQ-FM**

**P.O. Box 847572**

_____

**Dallas**             **TX**     **75284-7572**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,870.45**

**3.222**    Nonpriority creditor's name and mailing address

**iHeartMedia**

**KNFX-FM**

**P.O. Box 847572**

_____

**Dallas**             **TX**     **75284-7572**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,259.70**

**3.223**    Nonpriority creditor's name and mailing address

**iHeartMedia**

**KWTX-FM**

**P.O. Box 847572**

_____

**Dallas**             **TX**     **75284-7572**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,045.15**

**3.224**    Nonpriority creditor's name and mailing address

**iHeartMedia**

**WFMF-FM**

**PO Box 847572**

_____

**Dallas**             **TX**     **75284-7572**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,796.25**

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.225**   **Nonpriority creditor's name and mailing address**

**iHeartMedia**

**WHBT-FM**

**PO Box 419499**

_____

**Boston**      **MA**      **02241-9499**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,592.50

---

**3.226**   **Nonpriority creditor's name and mailing address**

**IHeartMedia**

**WIBB-FM**

**7080 Industial Hwy**

_____

**Macon**      **GA**      **31216**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,419.50

---

**3.227**   **Nonpriority creditor's name and mailing address**

**IHeartMedia**

**WRBV-FM**

**7080 Industrial Hwy**

_____

**Macon**      **GA**      **31216**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,568.25

---

**3.228**   **Nonpriority creditor's name and mailing address**

**iHeartMedia**

**WRUM-FM**

**PO Box 406372**

_____

**Atlanta**      **GA**      **30384-6372**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$48,291.05

---

Debtor  **The Levenson Group, Inc.**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.229** Nonpriority creditor's name and mailing address

iHeartMedia + Entertainment Inc

KBQI-FM

20880 Stone Oak Parkway

_____

San Antonio                    TX      78258

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,125.45**

---

**3.230** Nonpriority creditor's name and mailing address

IHeartMedia + Entertainment Inc

KXTC-FM

20880 Stone Oak Parkway

_____

San Antonio                    TX      78258

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$703.80**

---

**3.231** Nonpriority creditor's name and mailing address

iHeartMedia + Entertainment Inc

KZRR-FM

20880 Stone Oak Parkway

_____

San Antonio                    TX      78258

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,270.80**

---

**3.232** Nonpriority creditor's name and mailing address

IHeartMedia + Entertainment Inc

WMIB-FM

POB 402535

_____

Atlanta                    GA      30384-6404

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,031.25**

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.233** Nonpriority creditor's name and mailing address

iHeartMedia + Entertainment, Inc.

WAGH-FM

P.O. Box 406253

Atlanta                    GA        30384-6253

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,955.50**

---

**3.234** Nonpriority creditor's name and mailing address

iHeartMedia, Inc.

KAGG-FM

P.O. Box 847572

Dallas                    TX        75284-7572

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$737.80**

---

**3.235** Nonpriority creditor's name and mailing address

iHeartMedia, Inc.

KBGO-FM

PO Box 847450

Dallas                    TX        75284-7450

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,149.20**

---

**3.236** Nonpriority creditor's name and mailing address

iHeartMedia, Inc.

KKYS-FM

PO Box 847572

Dallas                    TX        75284-7572

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,009.80**

---

Debtor __The Levenson Group, Inc._____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.237** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$29,631.00

**Imagen Group Inc.**

**XLTN-FM**

**2403 Hoover Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**National City**          **CA**    **91950**

_____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.238** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$16,250.00

**IMG College, LLC**

**PO Box 16533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Palatine**          **IL**    **60055**

_____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number    _9_ _6_ _8_ _4_

☑ No
☐ Yes

---

| **3.239** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$784.00

**JRT Delivery Systems**

**Zip Delivery**

**10610 Newkirk Suite 206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          **TX**    **75220**

_____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.240** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

$107,503.75

**KABC**

**KABC-TV**

**PO Box 732384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          **TX**    **75373-2384**

_____

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    <u>The Levenson Group, Inc.</u>        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.241**   Nonpriority creditor's name and mailing address

KASA-TV

Ramar Communications

P.O. Box 3757

_____

Lubbock        TX     79452

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

$6,210.10

**3.242**   Nonpriority creditor's name and mailing address

KATC Communications Inc

KATC-TV

1103 Eraste Landry Rd.

_____

Lafayette        LA     70506

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

$9,942.88

**3.243**   Nonpriority creditor's name and mailing address

KATC Communications LLC

NATC-TV

1103 Eraste Landry Road

_____

Lafayette        LA     70506

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

$127.50

**3.244**   Nonpriority creditor's name and mailing address

KBFB-FM

Radio One of TX LP

PO Box 603441

_____

Charlotte        NC     28260-3441

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

$2,125.00

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.245** Nonpriority creditor's name and mailing address

__KBNA-FM*_____

__P.O. Box 460627_____

__Univision Receivables Co_____

__Houston_____TX____77056__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$13,720.10

---

**3.246** Nonpriority creditor's name and mailing address

__KBPC Broadcasting LLC_____

__KBPC-FM_____

__1000 N Church St_____

__Palestine_____TX____75801__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,873.00

---

**3.247** Nonpriority creditor's name and mailing address

__KBXX-FM_____

__Radio One of Texas II LLC_____

__P.O. Box 847339_____

__Dallas_____TX____75284__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$8,177.00

---

**3.248** Nonpriority creditor's name and mailing address

__KCWE-TV*_____

__P.O. Box 26867_____

__Lehigh Valley_____PA____18002-6867__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,762.50

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.249** Nonpriority creditor's name and mailing address

KDCG-TV

Delta Media

PO Box 159

Carencro                          LA      70520

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$246.50

**3.250** Nonpriority creditor's name and mailing address

Keleher Outdoor Advertising, Inc.

523 S Virginia Ave

Bartlesville                      OK      74003

Date or dates debt was incurred _____

Last 4 digits of account number __ 3 8 9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$918.00

**3.251** Nonpriority creditor's name and mailing address

KENS-TV Inc

Dept 730042

P.O. Box 660919

Dallas                            TX      75266-0919

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$44,614.81

**3.252** Nonpriority creditor's name and mailing address

Kerrville Daily Times

429 Jefferson

Kerrville                         TX      78028

Date or dates debt was incurred _____

Last 4 digits of account number 9 1 7 9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6.03

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.253** Nonpriority creditor's name and mailing address

KESN Operating Ltd.

KESN-FM

400 E. Las Colinas Blvd Ste 1033

Irving          TX    75039

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,635.03

**3.254** Nonpriority creditor's name and mailing address

KETK-TV

Nexstar Broadcasting, Inc.

PO Box 840185

Dallas          TX    75284-0185

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,197.35

**3.255** Nonpriority creditor's name and mailing address

KFMB TV- LLC

KFMB-TV

7677 Engineer Rd

San Diego          CA    92111

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,857.10

**3.256** Nonpriority creditor's name and mailing address

KFSN-TV, LLC

KFSN-TV

PO Box 732384

Dallas          TX    75373-2384

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16,541.85

Debtor   **The Levenson Group, Inc.**                   Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                             Amount of claim

**3.257** Nonpriority creditor's name and mailing address

**KFTA-TV**

**4624 Kelley Hwy**

Fort Smith         AR    72904

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$272.00**

---

**3.258** Nonpriority creditor's name and mailing address

**KFXK-TV**

**Nexstar Broadcasting, Inc.**

**PO Box 840185**

Dallas         TX    75284-8401

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$4,502.87**

---

**3.259** Nonpriority creditor's name and mailing address

**KGO Television, Inc.**

**KGO-TV 202**

**PO Box 732384**

Dallas         TX    75373-2384

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$7,995.10**

---

**3.260** Nonpriority creditor's name and mailing address

**KGRB-FM**

**Lazer Broadcasting Corporation**

**PO BOX 6940**

Oxnard         CA    93031

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$18,393.00**

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.261** Nonpriority creditor's name and mailing address

KGUN-TV

312 Walnut Street, Ste 2800

Cincinnati      OH    45202

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,069.00**

**3.262** Nonpriority creditor's name and mailing address

KHOU-TV*

Dept 730044

P.O. Box 660919

Dallas      TX    75266-0919

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$60,569.94**

**3.263** Nonpriority creditor's name and mailing address

KHQ, Incorporated

KHQ-TV

PO Box 600

Spokane      WA    99210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$23,426.00**

**3.264** Nonpriority creditor's name and mailing address

KHQ, Incorporated

KNDO-TV

PO Box 600

Spokane      WA    99210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,067.30**

Debtor    __The Levenson Group, Inc.__      Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.265** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$3,199.83** |

__KIAH Inc.__

__KIAH-TV__

__P.O. Box 843744__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__    **TX**    **75284-3744**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.266** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$9,820.90**

__KIII Operating Company LLC__

__KIII-TV__

__Dept. 730054__

__P.O. Box 660919__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__    **TX**    **75266-0919**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.267** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$17,671.50**

__KING Broadcasting Company__

__KING-TV  - Dept. 710017__

__PO Box 514670__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Los Angeles__    **CA**    **90051-4670**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

---

**3.268** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    **$8,300.25**

__King Broadcasting Company__

__KTVB-TV - Dept 710015__

__PO Box 514670__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Los Angeles__    **CA**    **90051-4670**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

Debtor  **The Levenson Group, Inc.** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.269**  Nonpriority creditor's name and mailing address

KIRO-TV, Inc.

KIRO-TV

P.O. Box 809148

Chicago                    IL        60680-9148

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$25,148.10

---

**3.270**  Nonpriority creditor's name and mailing address

KJMG-FM / Mapleton of Monroe, LLC

Lagniappe Broadcasting of Monroe

1200 N 18th Street, Ste. D

Monroe                    LA        71201

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$71.40

---

**3.271**  Nonpriority creditor's name and mailing address

KLAX-FM

Spanish Broadcasting System, Inc.

7007 NW 77th Avenue

Miami                    FL        33166

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$83,557.28

---

**3.272**  Nonpriority creditor's name and mailing address

KLNV-FM /Univision Radio San Diego, Inc.

Univision Receivables CO LLC

P.O. Box 452538

Los Angeles                    CA        90045

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$38,853.50

---

Debtor   **The Levenson Group, Inc.**                           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.273**   Nonpriority creditor's name and mailing address

**KLQV-FM /Univision Radio San Diego, Inc.**

**Univision Receivables CO LLC**

**P.O. Box 452538**

**Los Angeles           CA      90045**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,624.30**

---

**3.274**   Nonpriority creditor's name and mailing address

**KLWB TV**

**Delta Media Corporation**

**3501 NW Evangeline Thruway**

**Carencro           LA      70520**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,853.00**

---

**3.275**   Nonpriority creditor's name and mailing address

**KMBC-TV***

**P.O. Box 90018**

**Prescott           AZ      86304-9018**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$23,185.45**

---

**3.276**   Nonpriority creditor's name and mailing address

**KMJE-FM**

**1442 Ethan Way, Ste 101**

**Sacramento           CA      95825**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,424.00**

---

Debtor   **The Levenson Group, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.277**  **Nonpriority creditor's name and mailing address**

**KMNV-FM**

**3003 27th Avenue South #400**

**Minneapolis**                **MN**    **55406**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$11,157.97

---

**3.278**  **Nonpriority creditor's name and mailing address**

**KMSP-TV**

**Fox/UTV Holdings, LLC**

**11358 Viking Drive**

**Eden Prairie**              **MN**    **55344-7258**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,757.50

---

**3.279**  **Nonpriority creditor's name and mailing address**

**KMVX-FM**

**Holladay Broadcasting**

**1109 Hudson Lane**

**Monroe**                    **LA**    **71201**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$391.00

---

**3.280**  **Nonpriority creditor's name and mailing address**

**Knight Broadcasting of Baton Rouge Inc.**

**WVLA-TV**

**10000 Perkins Rd.**

**Baton Rouge**               **LA**    **70810**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,604.80

---

Debtor **The Levenson Group, Inc.**     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.281**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$164.90

**KNNW-FM / Mapleton of Monroe, LLC**

**Lagniappe Broadcasting of Monroe**

**1200 N 18th Street, Ste. D**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Monroe**     **LA**    **71201**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.282**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$918.00

**Knoxville TV LLC**

**KAKE-TV**

**3914 Winstar Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Richmond**     **VA**    **23228**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.283**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,606.50

**KNZA, Inc.**

**KLZA-FM**

**PO Box 104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Hiawatha**     **KS**    **66434**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.284**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$14,149.10

**KOCO-TV**

**P.O. Box 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Prescott**     **AZ**    **86304-9021**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.285 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: $18,529.79
*Check all that apply.*

KOKI-TV

Cox Media Group, Inc.

P.O. Box 809171

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Chicago                IL        60680-9171

_____

Date or dates debt was incurred        _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☒ No
☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: $1,047.20
*Check all that apply.*

KOLL-FM

La Zeta 957 Inc

9500 Interstate 30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Little Rock            AR        72209

_____

Date or dates debt was incurred        _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☒ No
☐ Yes

| 3.287 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: $2,753.15
*Check all that apply.*

KPAX Communications, LLC.

KPAX-TV

P.O. Box 4827

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Missoula               MT        59806

_____

Date or dates debt was incurred        _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☒ No
☐ Yes

| 3.288 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: $688.50
*Check all that apply.*

KPSP-TV

% KESQ TV

PO Box 873808

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Kansas City            MO        64187-3808

_____

Date or dates debt was incurred        _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☒ No
☐ Yes

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                  **Amount of claim**

**3.289**   Nonpriority creditor's name and mailing address             As of the petition filing date, the claim is:        **$3,065.10**
_Check all that apply._

**KPTV-TV**
☐ Contingent
**PO Box 100143**
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Pasadena**           **CA**    **91189-0143**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No    ☐ Yes

---

**3.290**   Nonpriority creditor's name and mailing address             As of the petition filing date, the claim is:        **$9,758.00**
_Check all that apply._

**KRBE-FM**
☐ Contingent
**Cumulus - Houston**
☐ Unliquidated
**3665 Momentum Place**
☐ Disputed

**Basis for the claim:** _____

**Chicago**           **IL**    **60689-5336**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No    ☐ Yes

---

**3.291**   Nonpriority creditor's name and mailing address             As of the petition filing date, the claim is:        **$30,996.10**
_Check all that apply._

**KRCD-FM**
☐ Contingent
**P.O. Box 452148**
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Los Angeles**           **CA**    **90045-9716**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No    ☐ Yes

---

**3.292**   Nonpriority creditor's name and mailing address             As of the petition filing date, the claim is:        **$21,568.75**
_Check all that apply._

**KRCX-FM**
☐ Contingent
**1436 Auburn Blvd**
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Sacramento**           **CA**    **95815**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No    ☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.293** Nonpriority creditor's name and mailing address

**KRQE-TV**

**Nexstar Broadcasting, Inc**

**P.O. Box 844304**

**Dallas**      **TX**    **75284-4304**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$40,441.30**

---

**3.294** Nonpriority creditor's name and mailing address

**KSNB-TV**

**4370 Peachtree Rd., NE, Ste. 400**

**Atlanta**      **GA**    **30319**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,654.61**

---

**3.295** Nonpriority creditor's name and mailing address

**KSWO Television Inc.**

**KSWO-TV**

**P.O. Box 11407**

**Dept# 2677**

**Birmingham**      **AL**    **35246-2677**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,101.60**

---

**3.296** Nonpriority creditor's name and mailing address

**KTBS LLC**

**KPXJ-TV**

**P.O.  Box 44227**

**Shreveport**      **LA**    **71134-4227**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,496.55**

---

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.297** Nonpriority creditor's name and mailing address

KTBS LLC

KTBS-TV

P.O. Box 44227

Shreveport                LA        71104

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$21,038.35

**3.298** Nonpriority creditor's name and mailing address

KTDO- TV

10033 Carnegie Ave

El Paso                    TX        79925

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$14,994.00

**3.299** Nonpriority creditor's name and mailing address

KTNN-AM

P.O. Box 2569

Window Rock                AZ        86515

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$695.30

**3.300** Nonpriority creditor's name and mailing address

KTRA-FM

P.O. Box 847383

Dallas                     TX        75284-7383

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$836.74

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.301 | Nonpriority creditor's name and mailing address |
| --- | --- |

**KTRK-TV**

**KTRK-TV**

**P.O. Box 732384**

_____

**Dallas**      **TX**    **75373-2384**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$103,731.45**

---

| 3.302 | Nonpriority creditor's name and mailing address |
| --- | --- |

**KTSM-TV***

**Nexstar Broadcasting, Inc.**

**3801 D Constitution Dr**

_____

**El Paso**      **TX**    **79922**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$8,062.25**

---

| 3.303 | Nonpriority creditor's name and mailing address |
| --- | --- |

**KTSR-FM**

**Townsquare Media, LLC**

**P.O. Box 730984**

_____

**Dallas**      **TX**    **75373-0984**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$1,502.80**

---

| 3.304 | Nonpriority creditor's name and mailing address |
| --- | --- |

**KTTR - KZNN Inc.**

**KDAA-FM**

**PO Box 727**

_____

**Rolla**      **MO**    **65402**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$4,080.00**

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.305**   Nonpriority creditor's name and mailing address

KTUV-AM

KTUV-AM

8211 Gayer Springs Rd. Ste # P6

Little Rock      AR    72209

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,081.65**

**3.306**   Nonpriority creditor's name and mailing address

KTVQ Communications, LLC

KTVQ-TV

PO Box 2557

Billings      MT    59103

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,602.75**

**3.307**   Nonpriority creditor's name and mailing address

KTVU Inc.

KMYT-TV

P.O. Box 809171

Chicago      IL    60680-9171

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$986.85**

**3.308**   Nonpriority creditor's name and mailing address

KTXH-TV**

3733 Collection Center Dr

Chicago      IL    60693

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,242.64**

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.309** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,287.75**

**KVEO-TV**

**c/o Nexstar Broadcasting Group, Inc**

**PO Box 840185**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75284-8401**    _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.310** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$8,389.50**

**KVMX-AM**

**1442 Ethan Way, Ste 101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sacramento**      **CA**    **95825**    _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.311** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$17,541.45**

**KVOA Communications**

**KRIS-TV**

**301 Artesian St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Corpus Christi**      **TX**    **78401**    _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

**3.312** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$6,784.70**

**KVOA Communications**

**KZTV-TV**

**P.O. Box 840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Corpus Christi**      **TX**    **78403**    _____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor **The Levenson Group, Inc.** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.313** Nonpriority creditor's name and mailing address

**KVOA Communications, LLC**

**KVOA-TV**

**PO Box 5188**

_____

**Tucson** **AZ** **85703**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,108.50**

**3.314** Nonpriority creditor's name and mailing address

**KVUE Televison Inc**

**KVUE-TV - Dept 730043**

**P.O. Box 660919**

_____

**Dallas** **TX** **75266-0919**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,193.00**

**3.315** Nonpriority creditor's name and mailing address

**KVVU Broadcasting Corporation**

**KVVU-TV**

**PO Box 100084**

_____

**Pasadena** **CA** **91189-0084**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,313.75**

**3.316** Nonpriority creditor's name and mailing address

**KWBT-FM**

**Edwards Media LLC**

**PO Box 20521**

_____

**Waco** **TX** **76710**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,254.60**

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.317** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     **$19,210.00**
Check all that apply.

**KWGN-TV**

**PO Box 59743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Los Angeles**    **CA**    **90074** _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.318** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     **$1,254.60**
Check all that apply.

**KWQC-TV**

**Gray Television Group Inc.**

**4370 Peachtree Rd, NE, Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Atlanta**    **GA**    **30319** _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.319** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     **$6,557.75**
Check all that apply.

**KXHT-FM**

**6080 Mt. Moriah**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Memphis**    **TN**    **38115** _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.320** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:     **$583.95**
Check all that apply.

**KXRR-FM / Mapleton of Monroe, LLC**

**Lagniappe Broadcasting of Monroe**

**1200 N. 18TH Street, Ste. D**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Monroe**    **LA**    **71201** _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor  __The Levenson Group, Inc._____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.321**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$21,539.00

__KXSE-FM__

__1436 Auburn Blvd__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Sacramento__          __CA__    __95815__          _____

Date or dates debt was incurred   _____        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
☐ Yes

---

**3.322**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$5,606.60

__KXTV-TV__

__400 Broadway__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Sacramento__          __CA__    __95818__          _____

Date or dates debt was incurred   _____        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
☐ Yes

---

**3.323**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$12,512.85

__KZEP-FM__

__P.O. Box 847327__

__Clear Channel Radio__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Dallas__          __TX__    __75284-7327__          _____

Date or dates debt was incurred   _____        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
☐ Yes

---

**3.324**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$493.85

__KZRZ-FM / Mapleton of Monroe, LLC__

__Lagniappe Broadcasting of Monroe__

__1200 N 18th Street, Ste. D__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Monroe__          __LA__    __71201__          _____

Date or dates debt was incurred   _____        Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __        ☑ No
☐ Yes

Debtor **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.325** Nonpriority creditor's name and mailing address

**KZZA-FM**

**Liberman Broadcasting of Dallas LLC**

**2410 Gateway Drive**

**Irving**      **TX**    **75063**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,652.50**

---

**3.326** Nonpriority creditor's name and mailing address

**Lamar Texas Limited Partnership**

**Lamar Companies**

**P.O. Box 96030**

**Baton Rouge**      **LA**    **70896**

Date or dates debt was incurred _____

Last 4 digits of account number **6** **9** **6** **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$261,545.57**

---

**3.327** Nonpriority creditor's name and mailing address

**Landmark Media Enterprises LLC**

**WTVF-TV**

**PO Box 204444**

**Dallas**      **TX**    **75320-4444**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21,276.35**

---

**3.328** Nonpriority creditor's name and mailing address

**Last Bastion Station Trust, LLC**

**KOKY-FM**

**700 Wellington Hills Rd**

**Little Rock**      **AR**    **72211**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$618.80**

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.329 | **Nonpriority creditor's name and mailing address** |

**Liberman Broadcasting Inc**

**KZJL-TV**

**3000 Bering**

**Houston**                           **TX      77057**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$6,500.37**

---

| 3.330 | **Nonpriority creditor's name and mailing address** |

**Liberman Broadcasting of Dallas LLC**

**KMPX-TV**

**2410 Gateway Drive**

**Irving**                             **TX      75063**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$3,578.50**

---

| 3.331 | **Nonpriority creditor's name and mailing address** |

**Liberman Broadcasting of Dallas LLC**

**KNOR-FM**

**2410 Gateway Drive**

**Irving**                             **TX      76063**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$26,299.00**

---

| 3.332 | **Nonpriority creditor's name and mailing address** |

**Liberman Broadcasting-CA, LLC**

**KBUE-FM**

**1845 Empire Ave.**

**Burbank**                            **CA      91501**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**$30,868.60**

---

Debtor    **The Levenson Group, Inc.**       Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                Amount of claim

**3.333**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:         **$14,407.49**
*Check all that apply.*

**Lieberman Broadcasting, Inc.**

**KQQK-FM**

**3000 Bering Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**        **TX**    **77057**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

**3.334**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:         **$17,852.53**
*Check all that apply.*

**Lieberman Broadcasting, Inc.**

**KTJM-FM**

**3000 Bering Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**        **TX**    **77057**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

**3.335**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:         **$280.50**
*Check all that apply.*

**Lin Television Corporation**

**KNVA-TV**

**P.O. Box 844304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**        **TX**    **75284-4304**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

**3.336**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:         **$4,904.50**
*Check all that apply.*

**Lin Television Corporation**

**KXAN-TV**

**P.O. Box 844304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**        **TX**    **75284-4304**

Date or dates debt was incurred     _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

Debtor **The Levenson Group, Inc.**        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.337** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

     **$5,565.80**

**Lin Television Corporation: WIAT-TV**

**P.O. Box 403911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**Atlanta**      **GA**    **30384-3911**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.338** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

     **$3,198.00**

**Linkedin Corporation**

**62228 Collections Center Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**Chicago**      **IL**    **60693-0622**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __3__ __7__ __1__ __3__

☑ No
☐ Yes

**3.339** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

     **$9,772.87**

**London Broadcasting Company Inc**

**KBMT-TV**

**PO Box 660919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**Dallas**      **TX**    **75266-0919**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**3.340** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

     **$3,401.92**

**London Broadcasting Company Inc**

**KJAC-TV**

**PO Box 660919**

**Dept 730055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**Dallas**      **TX**    **75266-0919**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.341** Nonpriority creditor's name and mailing address

__Louisiana Media Company LLC__

__WVUE-TV__

__Dept. 2310__

__P.O. Box 11407__

__Birmingham__ AL __35246-2310__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$19,569.55

---

**3.342** Nonpriority creditor's name and mailing address

__Louisiana Television Broadcasting LLC__

__WBRZ-TV__

__P.O. Box 2906__

__Baton Rouge__ LA __70821__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$7,365.25

---

**3.343** Nonpriority creditor's name and mailing address

__LSB Broadcasting, Inc.__

__KYTX-TV - Dept 730057__

__PO Box 660919__

__Dallas__ TX __75266-0919__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,732.21

---

**3.344** Nonpriority creditor's name and mailing address

__Majestic Communications, LLC__

__KBCQ-FM__

__P.O. Box 670__

__Roswell__ NM __88202__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$777.30

---

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                      **Amount of claim**

**3.345**   Nonpriority creditor's name and mailing address

**Malkan Interactive Communications**

**KZFM-FM**

**P.O. Box 9757**

_____

**Corpus Christi**      **TX**    **78469**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,348.65**

---

**3.346**   Nonpriority creditor's name and mailing address

**Maranatha Broadcasting Co Inc**

**WFMZ-TV**

**300 East Rock Road**

_____

**Allentown**      **PA**    **18103**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,808.00**

---

**3.347**   Nonpriority creditor's name and mailing address

**Marketing Informatics, LLC**

**5629 Professional Circle**

_____

**Indianapolis**      **IN**    **46241**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,926.43**

---

**3.348**   Nonpriority creditor's name and mailing address

**McKinnon Broadcasting Company, Inc.**

**KUSI-TV**

**PO Box 719051**

_____

**San Diego**      **CA**    **92171**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,380.00**

Debtor __The Levenson Group, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.349**  Nonpriority creditor's name and mailing address

**Media General**

**KLFY-TV**

**P.O. Box 743299**

_____

**Atlanta**                    **GA**     **30384**

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$18,731.02

---

**3.350**  Nonpriority creditor's name and mailing address

**Media General Operations Inc**

**WJTV-TV**

**33096 Collection Center Drive**

_____

**Chicago**                    **IL**     **60693**

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$20,034.50

---

**3.351**  Nonpriority creditor's name and mailing address

**Media General Operations Inc.**

**WSAV-TV**

**P.O.  Box 743299**

_____

**Atlanta**                    **GA**     **30384**

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,626.10

---

**3.352**  Nonpriority creditor's name and mailing address

**Meredith Corporation**

**KCTV-TV\*\***

**21241 Network Place**

_____

**Chicago**                    **IL**     **60673-1212**

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$22,043.05

---

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.353**   Nonpriority creditor's name and mailing address

**Meredith Corporation**

**KPHO-TV**

**Box 100067**

**Pasadena**      **CA**     **91189-0067**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,847.54

---

**3.354**   Nonpriority creditor's name and mailing address

**Meredith Corporation**

**WALA**

**29763 Network Place**

**Chicago**      **IL**     **60673-1297**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,122.70

---

**3.355**   Nonpriority creditor's name and mailing address

**Meredith Corporation**

**WHNS-TV**

**29903 Network Place**

**Chicago**      **IL**     **60673-1299**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,020.00

---

**3.356**   Nonpriority creditor's name and mailing address

**Meredith Corporation**

**WSMV-TV**

**29824 Network Place**

**Chicago**      **IL**     **60673-1298**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,552.70

---

Debtor __The Levenson Group, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.357**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,805.85

**Meridian Media, LLC**

☐ Contingent

**WMDN-TV**

☐ Unliquidated

**1151 Crestview Circle**

☐ Disputed

**Basis for the claim:**

**Meridian**          **MS**     **39301-8669**

Date or dates debt was incurred                    _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

**3.358**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$223.69

**Microsoft/Bing**

☐ Contingent

**555 110th Ave NE**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bellevue**          **WA**     **98004**

Date or dates debt was incurred                    _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

**3.359**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,082.50

**Mid Missouri Media, Inc.**

☐ Contingent

**KLPW-FM**

☐ Unliquidated

**1051 Kingshighway, Suite #6**

☐ Disputed

**Basis for the claim:**

**Rolla**            **MO**     **65401**

Date or dates debt was incurred                    _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

**3.360**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$4,352.00

**Midessa Broadcasting LP**

☐ Contingent

**KTXC-FM**

☐ Unliquidated

**Dept# 2658**

☐ Disputed

**P.O. Box 11407**

**Basis for the claim:**

**Birmingham**        **AL**     **35246-2658**

Date or dates debt was incurred                    _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.361 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$21,674.58**

__Midessa Television LP_____

__KWES-TV_____

__P.O. Box 11407 - Dept #2647_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Birmingham_____ AL ___35246-2647__ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.362 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$1,542.75**

__Mission Broadcasting Inc_____

__KRBC-TV_____

__PO Box 840185_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas_____ TX ___75284-0185__ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.363 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$3,038.75**

__Mission Broadcasting, Inc._____

__KOLR-TV_____

__PO Box 744201_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Atlanta_____ GA ___30374-4201__ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.364 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$14,255.35**

__Mobile Video Tapes Inc_____

__KRGV-TV_____

__P.O. Box 5_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Weslaco_____ TX ___78599-0005__ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| Debtor | **The Levenson Group, Inc.** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.365** Nonpriority creditor's name and mailing address

Morris Network Inc

WMGT-TV

P.O. Box 4328

Macon GA 31208-4328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$2,171.28

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.366** Nonpriority creditor's name and mailing address

Moshe Mike Isreal Hasson

About Faces Entertainment

5092 Dorsey Hall Dr.

Ste 202

Ellicorr City MD 21042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$580.00

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.367** Nonpriority creditor's name and mailing address

Mountain Broadcasting LLC

KCYU-TV

4600 S Regal Street

Spokane WA 99223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$71.40

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.368** Nonpriority creditor's name and mailing address

MSpark

Mspark Dallas Lockbox

P.O. Box 848469

Dallas TX 75284-8469

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$420,478.99

Date or dates debt was incurred

Last 4 digits of account number __7_ __9_ __3_ __5_

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **The Levenson Group, Inc.**         Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.369** Nonpriority creditor's name and mailing address

**Multimedia Holdings Corp**

**KPNX-TV**

**P.O. Box 637375**

_____

**Cincinnati**      **OH**    **45263-7375**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$10,221.95**

---

**3.370** Nonpriority creditor's name and mailing address

**Multimedia Holdings Corp**

**KTVD-TV**

**P.O. Box 637367**

**Dab Gannett Co Brdcst Inc**

**Cincinnati**      **OH**    **45263-7367**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,866.25**

---

**3.371** Nonpriority creditor's name and mailing address

**Multimedia Holdings Corp**

**KUSA-TV**

**P.O. Box 637367**

_____

**Cincinnati**      **OH**    **45263-7367**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,832.50**

---

**3.372** Nonpriority creditor's name and mailing address

**Multimedia Holdings Corporation**

**KARE-TV**

**PO Box 637386**

_____

**Cincinnati**      **OH**    **45263-7386**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,716.25**

Debtor　__The Levenson Group, Inc.__　　　　　　　　　　Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.373** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**National Media Delivery**

**6345 Garth Road**

**110-104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $60,823.52**

Basis for the claim:

__Baytown__　　　　　　__TX__　　__77521__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number　__V__ __0__ __2__ __6__

☑ No
☐ Yes

---

| | |
|---|---|
| **3.374** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Navajo Times Publishing Co Inc**

**P.O. Box 310**

**Attn:Jonathan Harrison**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $1,424.25**

Basis for the claim:

__Window Rock__　　　　__AZ__　　__86515__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number　__ __ __ __ __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.375** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**NBC Universal, LLC**

**KNBC-TV**

**PO Box 402971 - CFS Lockbox**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $59,585.00**

Basis for the claim:

__Atlanta__　　　　　　__GA__　　__30384-2971__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number　__ __ __ __ __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.376** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**NBC Universal, LLC**

**KNTV-TV**

**PO BOX 402971 - CFS Lockbox**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $6,502.50**

Basis for the claim:

__Atlanta__　　　　　　__GA__　　__30384-2971__

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number　__ __ __ __ __ __ __ __

☑ No
☐ Yes

---

Debtor  **The Levenson Group, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.377 | Nonpriority creditor's name and mailing address | | $33,295.14 |

**NBC Universal, LLC**

**KTMD-TV**

**PO BOX 419306**

_____

**Boston**                    **MA**      **02241-9306**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | | $18,904.21 |

**NBC Universal, LLC**

**KVDA-TV**

**PO BOX 419306**

_____

**Boston**                    **MA**      **02241-9306**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | | $93,505.10 |

**NBC Universal, LLC**

**KXAS-TV**

**CFS Lockbox - PO BOX 402971**

_____

**Atlanta**                    **GA**      **30384-2971**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | | $8,784.75 |

**NBC Universal, LLC**

**KXTX**

**PO BOX 419306**

_____

**Boston**                    **MA**      **02241-9306**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    __The Levenson Group, Inc._____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.381** Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$8,375.05**
                                                                *Check all that apply.*

__NBC Universal, LLC_____         ☐ Contingent

__WMAQ-TV_____         ☐ Unliquidated

__PO Box 402971 - CFS Lockbox_____         ☐ Disputed

_____         **Basis for the claim:**

__Atlanta_____GA____30384-2971__         _____

Date or dates debt was incurred    _____         **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __            ☑ No
                                                          ☐ Yes

**3.382** Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$13,387.50**
                                                                *Check all that apply.*

__NBC Universal, LLC_____         ☐ Contingent

__WRC-TV_____         ☐ Unliquidated

__PO Box 402971 - CFS Lockbox_____         ☐ Disputed

_____         **Basis for the claim:**

__Atlanta_____GA____30384-2971__         _____

Date or dates debt was incurred    _____         **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __            ☑ No
                                                          ☐ Yes

**3.383** Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$23,471.90**
                                                                *Check all that apply.*

__NBCUniversal, LLC_____         ☐ Contingent

__KTLM-TV_____         ☐ Unliquidated

__PO BOX 419306_____         ☐ Disputed

_____         **Basis for the claim:**

__Boston_____MA____02241-9306__         _____

Date or dates debt was incurred    _____         **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __            ☑ No
                                                          ☐ Yes

**3.384** Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:                    **$482.80**
                                                                *Check all that apply.*

__Nebraska Rural Radio Association_____         ☐ Contingent

__KTMX-FM_____         ☐ Unliquidated

__1309 Road 11_____         ☐ Disputed

_____         **Basis for the claim:**

__York_____NE____68467_____         _____

Date or dates debt was incurred    _____         **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __            ☑ No
                                                          ☐ Yes

Debtor   __The Levenson Group, Inc.__                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.385**  Nonpriority creditor's name and mailing address

__Nestar Broadcasting Inc__

__KTAB-TV__

__PO Box 840185__

_____

__Dallas__                    __TX__    __75284-0185__

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$1,071.00

---

**3.386**  Nonpriority creditor's name and mailing address

__New Orleans Hearst TV Inc__

__WDSU-TV__

__P.O. Box 90027__

_____

__Prescott__                  __AZ__    __86304-9027__

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$8,408.63

---

**3.387**  Nonpriority creditor's name and mailing address

__New South Radio, Inc.__

__WJKK-FM__

__265 Highpoint Drive__

_____

__Ridgeland__                 __MS__    __39157__

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$3,587.00

---

**3.388**  Nonpriority creditor's name and mailing address

__New South Radio, Inc.__

__WUSJ-FM__

__265 Highpoint Drive__

_____

__Ridgeland__                 __MS__    __39157__

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$4,994.60

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.389** Nonpriority creditor's name and mailing address

__New World Communications of Atlanta Inc.__

__WAGA-TV__

__PO Box 100610__

_____

__Atlanta_____ __GA__ __30384-0610__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$8,925.00**

---

**3.390** Nonpriority creditor's name and mailing address

__New World Communications of Detroit, Inc__

__WJBK-TV__

__PO Box 100624__

_____

__Atlanta_____ __GA__ __30384-0624__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$36,932.50**

---

**3.391** Nonpriority creditor's name and mailing address

__Nexstar Broadcasting__

__WISH-TV__

__90359 Collections Center Drive__

_____

__Chicago_____ __IL__ __60693__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$3,034.50**

---

**3.392** Nonpriority creditor's name and mailing address

__Nexstar Broadcasting Group__

__KXMC-TV__

__2650 E. Division__

_____

__Springfield_____ __MO__ __65803__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

**$2,397.85**

Debtor   **The Levenson Group, Inc.**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.393**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting Group, Inc.**

**KGPE-TV**

**PO Box 748604**

**Los Angeles**            **CA**    **90074-8604**

Date or dates debt was incurred         _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☒ No
☐ Yes

$5,673.75

---

**3.394**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting Group, Inc.**

**KSEE-TV**

**PO Box 748604**

**Los Angeles**            **CA**    **90074-8604**

Date or dates debt was incurred         _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☒ No
☐ Yes

$6,746.45

---

**3.395**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting Inc**

**KFDX-TV**

**PO Box 840185**

**Dallas**            **TX**    **75284-0185**

Date or dates debt was incurred         _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☒ No
☐ Yes

$1,659.20

---

**3.396**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting Inc**

**KLST-TV**

**PO Box 840185**

**Dallas**            **TX**    **75284-0185**

Date or dates debt was incurred         _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☒ No
☐ Yes

$1,172.15

---

Debtor  **The Levenson Group, Inc.**  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.397**  Nonpriority creditor's name and mailing address

**Nexstar Broadcasting Inc**

**KMID-TV**

**7403 University Ave.**

_____

**Lubbock**　　　　　　**TX**　　**79423**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,885.09**

---

**3.398**  Nonpriority creditor's name and mailing address

**Nexstar Broadcasting Inc**

**KNWA-TV**

**1401 W. Capitol Ave #104**

_____

**Little Rock**　　　　　**AR**　　**72201**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,110.13**

---

**3.399**  Nonpriority creditor's name and mailing address

**Nexstar Broadcasting Inc**

**KSAN-TV**

**PO Box 840185**

_____

**Dallas**　　　　　　**TX**　　**75284-0185**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,515.55**

---

**3.400**  Nonpriority creditor's name and mailing address

**Nexstar Broadcasting Inc.**

**KGET-TV**

**PO Box 748604**

_____

**Los Angeles**　　　　　**CA**　　**90074-8604**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,080.50**

---

Debtor **The Levenson Group, Inc.**       Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.401**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:     **$6,863.75**
*Check all that apply.*

**Nexstar Broadcasting Inc.**

**KLAS-TV**

**PO Box 748604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Los Angeles**      **CA**    **90074-8604**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

**3.402**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:     **$89.25**
*Check all that apply.*

**Nexstar Broadcasting Inc.**

**KSVI-TV**

**PO Box 748604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Los Angeles**      **CA**    **90074-8604**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

**3.403**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:     **$1,094.80**
*Check all that apply.*

**Nexstar Broadcasting Inc.**

**WATN-TV**

**PO Box 840148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Dallas**      **TX**    **75284-8401**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

**3.404**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:     **$3,196.00**
*Check all that apply.*

**Nexstar Broadcasting Inc.**

**WBOY-TV**

**P.O. Box 419779**

**Boston, MA 2241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

Debtor __The Levenson Group, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,939.70 |

**Nexstar Broadcasting Inc.**_____  *Check all that apply.*

**WBRE-TV**_____  ☐ Contingent

**PO Box 419779**_____  ☐ Unliquidated

**Boston, MA 2241**_____  ☐ Disputed

_____  Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,884.45 |

**Nexstar Broadcasting Inc.**_____  *Check all that apply.*

**WVNS-TV**_____  ☐ Contingent

**PO Box 419779**_____  ☐ Unliquidated

**Boston, MA 2241**_____  ☐ Disputed

_____  Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,396.25 |

**Nexstar Broadcasting Inc.**_____  *Check all that apply.*

**WYOU-TV**_____  ☐ Contingent

**PO Box 419779**_____  ☐ Unliquidated

**Boston, MA 2241**_____  ☐ Disputed

_____  Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $98.60 |

**Nexstar Broadcasting, Inc.**_____  *Check all that apply.*

**KAMR-TV**_____  ☐ Contingent

**PO Box 840185**_____  ☐ Unliquidated

_____  ☐ Disputed

**Dallas**                    **TX**    **75284**  Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.409**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting, Inc.**

**KARK-TV**

**PO Box 840148**

**Dallas**        **TX**    **75284-8401**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$3,002.20**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting, Inc.**

**KCLO-TV**

**P.O. Box 743299**

**Atlanta**        **GA**    **30384**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$618.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting, Inc.**

**KLRT-TV**

**PO Box 840148**

**Dallas**        **TX**    **75284-8401**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$765.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.412**   **Nonpriority creditor's name and mailing address**

**Nexstar Broadcasting, Inc.**

**KOIN-TV**

**PO Box 844304**

**Dallas**        **TX**    **75284**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    **$3,383.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.413** Nonpriority creditor's name and mailing address

Nexstar Broadcasting, Inc.

KSNW-TV

P.O. Box 844304

Dallas                          TX      75284

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,330.75

**3.414** Nonpriority creditor's name and mailing address

Nexstar Broadcasting, Inc.

KTAL-TV

PO Box 840148

Dallas                          TX      75284-0148

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,108.10

**3.415** Nonpriority creditor's name and mailing address

Nexstar Broadcasting, Inc.

KTVX-TV

PO Box 748604

Los Angeles                     CA      90074-8604

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$719.10

**3.416** Nonpriority creditor's name and mailing address

Nexstar Broadcasting, Inc.

KXRM-TV

33096 Collection Center Drive

Chicago                         IL      60693

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$5,733.25

Debtor    __The Levenson Group, Inc.__        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.417**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

$5,304.85

__Nexstar Broadcasting, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__WATE-TV__

__545 E. John Carpenter Freeway, Suite 700__

**Basis for the claim:**

__Irving__      __TX__    __75062__

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

**3.418**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

$6,089.40

__Nexstar Broadcasting, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__WBTW-TV__

__PO Box 743299__

**Basis for the claim:**

__Atlanta__      __GA__    __30384__

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

**3.419**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

$7,605.38

__Nexstar Broadcasting, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__WCMH-TV__

__545 East John Carpenter Freeway,Ste 700__

**Basis for the claim:**

__Irving__      __TX__    __75062__

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

**3.420**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

$1,005.55

__Nexstar Broadcasting, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__WDHN-TV__

__PO Box 744201__

**Basis for the claim:**

__Atlanta__      __GA__    __30374-4201__

_____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

---

Debtor **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.421** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WGMB-TV FOX 45**

**PO Box 840148**

_____

**Dallas**      **TX**   **75284-8401**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$850.00**

---

**3.422** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WHTM-TV**

**PO Box 743299**

_____

**Atlanta**      **GA**   **30384**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$10,429.50**

---

**3.423** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WKRN-TV**

**PO Box 743299**

_____

**Atlanta**      **GA**   **30384**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$510.00**

---

**3.424** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WMBB-TV**

**PO Box 744201**

_____

**Atlanta**      **GA**   **30374-4201**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,099.50**

---

Debtor    **The Levenson Group, Inc.**                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.425** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WNCN-TV**

**33096 Collections Center Drive**

_____

Chicago                    IL      60693

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,998.40**

---

**3.426** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WOOD-TV**

**90359 Collection Center Dr**

_____

Chicago                    IL      60693

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,305.25**

---

**3.427** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WSPA-TV**

**33096 Collection Center Drive**

_____

Chicago                    IL      60693

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,765.50**

---

**3.428** Nonpriority creditor's name and mailing address

**Nexstar Broadcasting, Inc.**

**WTVO-TV**

**PO Box 74008722**

_____

Chicago                    IL      60674-8722

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$809.20**

---

Debtor   __The Levenson Group, Inc._____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.429 | Nonpriority creditor's name and mailing address |

__Nexstar Broadcasting, Inc.__

__WYCW-TV__

__545 E. John Carpenter Freeway, Suite 700__

__Irving__                    __TX     75062__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$76.50

| 3.430 | Nonpriority creditor's name and mailing address |

__Noalmark Broadcasting Corp.__

__KIXN-FM__

__619 N. Turner__

__Hobbs__                    __NM     88240__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,254.60

| 3.431 | Nonpriority creditor's name and mailing address |

__Noalmark Broadcasting Corp.__

__KZOR-FM__

__P.O. Box 5629__

__Hobbs__                    __NM     88241__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,494.75

| 3.432 | Nonpriority creditor's name and mailing address |

__NPG Broadcast / Gulf Cal. Broadcast Co.__

__KESQ-TV__

__PO Box 873808__

__Kansas City__                    __MO     64187-3808__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$14,280.00

Debtor __The Levenson Group, Inc._____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.433 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,761.20

__NPG of Monterey-Salinas CA, LLC_____

☐ Contingent

__KION-TV_____

☐ Unliquidated

__PO Box 873808_____

☐ Disputed

_____

**Basis for the claim:**

__Kansas City_____ __MO__ __64187-3808__

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.434 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$12,755.95

__NPG Of Texas L.P. KVIA-TV_____

☐ Contingent

__KVIA-TV_____

☐ Unliquidated

__PO Box 873808_____

☐ Disputed

_____

**Basis for the claim:**

__Kansas City_____ __MO__ __64187-3808__

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.435 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$394.40

__NRG Radio LLC_____

☐ Contingent

__KBBK-FM_____

☐ Unliquidated

__4343 ""O"" Street_____

☐ Disputed

_____

**Basis for the claim:**

__Lincoln_____ __NE__ __68510__

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.436 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$13,593.63

__NRQE-TV_____

☐ Contingent

__Nexstar Broadcasting, Inc._____

☐ Unliquidated

__PO Box 844304_____

☐ Disputed

_____

**Basis for the claim:**

__Dallas_____ __TX__ __75284-4304__

_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor   **The Levenson Group, Inc.**       Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                **Amount of claim**

**3.437**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                             **$11,268.88**

**NW Commuications of Texas Inc**

☐ Contingent

**KDFI-TV***

☐ Unliquidated

**P.O. Box 844824**

☐ Disputed

Basis for the claim:

**Dallas**         **TX**   **75284-4824**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  __ __ __ __

☐ Yes

**3.438**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                           **$36,975.00**

**NW Communcations Of Texas Inc**

☐ Contingent

**KDFW-TV**

☐ Unliquidated

**P.O. Box 844824**

☐ Disputed

Basis for the claim:

**Dallas**         **TX**   **75284-4824**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  __ __ __ __

☐ Yes

**3.439**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                           **$2,140.30**

**NW Communications of Austin Inc**

☐ Contingent

**KTBC-TV**

☐ Unliquidated

**P.O. Box 844832**

☐ Disputed

Basis for the claim:

**Dallas**         **TX**   **75284-4832**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  __ __ __ __

☐ Yes

**3.440**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                           **$18,576.95**

**NW Communications of Phoenix, Inc. dba**

☐ Contingent

**511 West Adams street**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Phoenix**        **AZ**   **85003**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number  __ __ __ __

☐ Yes

Debtor **The Levenson Group, Inc.** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.441** Nonpriority creditor's name and mailing address

**Ohio/Oklahoma Hearst Television, Inc.**

**WLWT-TV**

**PO Box 90033**

_____

**Prescott**      **AZ**    **86304-9033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$7,245.40**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.442** Nonpriority creditor's name and mailing address

**Outfront Media Inc.**

**Outfront Media LLC**

**P.O. Box 33074**

_____

**Newark**      **NJ**    **07188-0074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$56,790.00**

Date or dates debt was incurred _____

Last 4 digits of account number **3** **1** **1** **8**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.443** Nonpriority creditor's name and mailing address

**Pac-12 Enterprises, LLC**

**Pac-Conference**

**360 3rd Street, 3rd Floor**

**San Francisco, CA 9417**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$44,994.75**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.444** Nonpriority creditor's name and mailing address

**Pacific & Southern Co Inc**

**WMAZ-TV**

**Gannett Co. Inc.**

**P.O. Box 637386**

**Cincinnati**      **OH**    **45263-7386**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

**$12,257.00**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  __The Levenson Group, Inc.__                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.445** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$5,652.50**
*Check all that apply.*

Pacific and Southern, LLC

WTSP-TV

PO Box 637386

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Cincinnati            OH     45263-7386    _____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

**3.446** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$253,082.38**
*Check all that apply.*

Pandora Media Inc

25601 Network Place

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Chicago              IL     60673-1256    _____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

**3.447** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$257.85**
*Check all that apply.*

Pelco Prints

Digital Media Services

c/o Accord Financial, Inc PO Box 6704

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Greenville           SC     29606         _____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

**3.448** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: **$3,961.00**
*Check all that apply.*

Permian Basin Radio, LLC

KQLM-FM

1537 S Crane Ave

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Odessa               TX     79763         _____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

- ☑ No
- ☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.449 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,579.60

__Phoenix Newspapers Inc__

☐ Contingent

__Arizona Republic__

☐ Unliquidated

__P.O. Box 677595__

☐ Disputed

**Basis for the claim:**

__Dallas__                __TX__    __75267-7595__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

| 3.450 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,635.50

__Pikes Peak Television Inc__

☐ Contingent

__KRDO-TV__

☐ Unliquidated

__P.O. Box 873808__

☐ Disputed

**Basis for the claim:**

__Kansas City__          __MO__    __64187__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

| 3.451 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$9,800.00

__Post Asylum__

☐ Contingent

__5642 Dyer St__

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

__Dallas__                __TX__    __75206__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

| 3.452 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

$52,667.28

__Post Newsweek Stataions-San Antonio Inc__

☐ Contingent

__KSAT-TV__

☐ Unliquidated

__P.O. Box 951519__

☐ Disputed

**Basis for the claim:**

__Dallas__                __TX__    __75395-1519__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.453**   Nonpriority creditor's name and mailing address

**Post-Newsweek Stations Houston GP Inc.**

**KPRC-TV**

**P.O. Box 934721**

**Atlanta**      **GA**    **31193-4721**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$110,584.58**

---

**3.454**   Nonpriority creditor's name and mailing address

**Preferred Office Products, Inc**

**Preferred Business Solutions**

**1701 W. Walnut Hill**

**Irving**      **TX**    **75038**

Date or dates debt was incurred _____

Last 4 digits of account number   **9**   **3**   **2**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$603.98**

---

**3.455**   Nonpriority creditor's name and mailing address

**Premier Printing of Dallas**

**8607 Ambassador Ste.#190**

**Dallas**      **TX**    **75247**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ **4**   **9**   **0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$27.06**

---

**3.456**   Nonpriority creditor's name and mailing address

**Q-Broadcasting Corporation**

**WAMA-AM**

**1355 East Altamonte Drive**

**Altamonte Springs**      **FL**    **32701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,422.30**

---

Debtor  __The Levenson Group, Inc._____  Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,488.50** |
|---|---|---|---|

Radio One Inc.

WFUN-FM

P.O. Box 603441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Charlotte                    NC      28260-3441    _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,226.26** |
|---|---|---|---|

Radio One Inc.

WHHL-FM

P.O. Box 603441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Charlotte                    NC      28260-3441    _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.00** |
|---|---|---|---|

Radio One of Texas II, LLC

KZMJ-FM

13760 Noel Road, Suite 1100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas                       TX      75240         _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,704.75** |
|---|---|---|---|

Radio One, Inc.

WFXC-FM

PO Box 603441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Charlotte                    NC      28260-3441    _____

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.461** Nonpriority creditor's name and mailing address     **$9,779.25**

**Radio One, Inc.**

**WQOK-FM**

**PO Box 603441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Charlotte**    **NC**    **28260-3441**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.462** Nonpriority creditor's name and mailing address     **$4,789.75**

**Radio Ranch LLC**

**KRNH-FM**

**3505 Fredricksburg Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Kerrville**    **TX**    **78028**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.463** Nonpriority creditor's name and mailing address     **$425.00**

**Rapid Broadcasting Co**

**KNBN-TV**

**P.O. Box 9549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Rapid City**    **SD**    **57709-9549**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.464** Nonpriority creditor's name and mailing address     **$4,224.50**

**Raycom Media**

**KOLD-TV**

**7831 N Business Park Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Tucson**    **AZ**    **85743**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.465** Nonpriority creditor's name and mailing address

Raycom Media Inc

KNIN-TV

1866 E Chisholm

Nampa                    ID        83687

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$229.50

---

**3.466** Nonpriority creditor's name and mailing address

Raycom Media Inc

KSLA TV

1812 Fairfield Ave

Shreveport              LA        71101

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$17,015.30

---

**3.467** Nonpriority creditor's name and mailing address

Raycom Media Inc

WDAM-ABC

2362 Highway 11

Moselle                 MS        39459

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,069.80

---

**3.468** Nonpriority creditor's name and mailing address

Raycom Media Inc

WTOC-TV

PO Box 11407 / Drawer 0244

Birmingham              AL        35246-0244

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,933.80

---

Debtor    **The Levenson Group, Inc.**                                    Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.469**  Nonpriority creditor's name and mailing address

**Raycom Media Inc.**

**WMBF-TV**

**PO Box 11407 / Drawer #1522**

**Birmingham**                **AL**      **35246-1522**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$812.60

---

**3.470**  Nonpriority creditor's name and mailing address

**Raycom Media Inc.**

**WWBT-TV**

**PO Box 11407 / Drawer 1498**

**Birmingham**                **IL**      **35246-1498**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,580.20

---

**3.471**  Nonpriority creditor's name and mailing address

**Raycom Media Inc.**

**WXIX-TV**

**635 W 7th Street**

**Cincinnati**                **OH**      **45203**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,237.70

---

**3.472**  Nonpriority creditor's name and mailing address

**Raycom Media, Inc.**

**WLOX-TV**

**Lockbx #1380 / PO Box 11407**

**Birmingham**                **AL**      **35246-1380**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$9,345.75

---

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.473**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:       **$1,914.20**
*Check all that apply.*

**Raycom Media, Inc.**

☐ Contingent

**WTNZ-TV**

☐ Unliquidated

**9000 Executive Park Dr, Bldg D Suite 300**

☐ Disputed

**Basis for the claim:**

**Knoxville**      **TN**    **37923**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.474**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:       **$16,633.22**
*Check all that apply.*

**Raycom TV Broadcasting Inc**

☐ Contingent

**KLTV-TV**

☐ Unliquidated

**Amsouth Bank-Lockbox #1355**

☐ Disputed

**P.O. Box 11407**

**Basis for the claim:**

**Birmingham**      **AL**    **35246-1355**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.475**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:       **$10,137.95**
*Check all that apply.*

**Raycom TV Broadcasting Inc**

☐ Contingent

**KPLC-TV**

☐ Unliquidated

**Lbox#1390**

☐ Disputed

**P.O. Box 11407**

**Basis for the claim:**

**Birmingham**      **AL**    **35246-1390**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**3.476**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:       **$9,045.70**
*Check all that apply.*

**Raycom TV Broadcasting Inc**

☐ Contingent

**WAFB-TV**

☐ Unliquidated

**Drawer 0340**

☐ Disputed

**P.O. Box 11407**

**Basis for the claim:**

**Birmingham**      **AL**    **35246-0340**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor  **The Levenson Group, Inc.**                                Case number (if known) _____

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.477**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

$19,497.30

**Raycom TV Broadcasting Inc**
**WBRC-TV**
**Dept. #1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 11407**

Basis for the claim:

**Birmingham**                    AL      35246-1577

_____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.478**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

$23,547.55

**Raycom TV Broadcasting Inc**
**WLBT-TV**
**Lockbx #1375 / PO Box 11407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Birmingham**                    AL      35246-1375

_____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.479**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

$28,503.90

**Raycom TV Broadcasting Inc**
**WMC-TV**
**P.O. Box 11407**
**Drawer 0422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Birmingham**                    AL      35246-0422

_____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.480**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

$17,399.50

**Raycom TV Broadcasting Inc**
**WSFA-TV**
**Amsouth Bank-Lckbx #1400**
**P.O. Box 11407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Birmingham**                    AL      35246-1400

_____

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.481**   Nonpriority creditor's name and mailing address

**RCG Media, LLC**

**WBFA-FM**

**PO Box 5294**

**Columbus**     **GA**    **31906**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,414.90**

---

**3.482**   Nonpriority creditor's name and mailing address

**Rentrak Corporation**

**NW 6135**

**PO Box 1450**

**Minneapolis**     **MN**    **55485-6135**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$20,255.25**

---

**3.483**   Nonpriority creditor's name and mailing address

**RNOT, LLC.**

**Retail Me Not inc.**

**301 Congress Suite 700**

**Austin**     **TX**    **78701**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,000.00**

---

**3.484**   Nonpriority creditor's name and mailing address

**Roberts Radio Broadcasting, LLC**

**WRBJ-FM**

**1408 N. Kingshighway Suite 300**

**St. Louis**     **MO**    **63113**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,511.30**

---

Debtor    __The Levenson Group, Inc.__            Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

     **Amount of claim**

**3.485**    Nonpriority creditor's name and mailing address

__Rocket Fuel Inc.__

__PO Box 734106__

_____

__Dallas__        **TX**    __75373-4106__

Date or dates debt was incurred    _____

Last 4 digits of account number    **2**   **5**   **3**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$79,643.28**

---

**3.486**    Nonpriority creditor's name and mailing address

__Sacramento Television Stations, Inc.__

__KOVR-TV__

__2713 KOVR Drive__

_____

__West Sacramento__     **CA**    __95605__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,300.00**

---

**3.487**    Nonpriority creditor's name and mailing address

__Sander Operating Co. II LLC__

__KTVK-TV__

__P.O. Box 101524__

_____

__Pasadena__     **CA**    __91189-1524__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,032.03**

---

**3.488**    Nonpriority creditor's name and mailing address

__Sander Operating Co. III LLC__

__KGW-TV__

__PO Box 101449__

_____

__Pasadena__     **CA**    __91189-1449__

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,099.50**

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.489** Nonpriority creditor's name and mailing address

Sangre De Cristo Communications Inc

KOAA-TV

2200 7th Ave

Pueblo                    CO      81003

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$7,824.25

**3.490** Nonpriority creditor's name and mailing address

Sarkes Tarzian Inc.

KTVN-TV

4925 Energy Way

Reno                      NV      89502

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,609.50

**3.491** Nonpriority creditor's name and mailing address

Scott Commuications Inc

WJAM-FM

P.O. Box 1150

Selma                     AL      36702-1150

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$969.00

**3.492** Nonpriority creditor's name and mailing address

Screenvision

245 Kenneth Drive, Ste. 400

Rochester                 NY      14623

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,808.00

Debtor **The Levenson Group, Inc.**　　　　　　　　Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.493**　Nonpriority creditor's name and mailing address

**Scripps Broadcasting Holdings, LLC**

**KTNV-TV Las Vegas**

**PO BOX 203584**

_____

**Dallas**　　　　　　　**TX**　　**75320-3584**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,657.50**

---

**3.494**　Nonpriority creditor's name and mailing address

**Scripps Media**

**WTMJ-TV**

**PO Box 203575**

_____

**Dallas**　　　　　　　**TX**　　**75320-3575**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,320.25**

---

**3.495**　Nonpriority creditor's name and mailing address

**Scripps Media Inc**

**KJRH-TV**

**1088 Momentum Place**

_____

**Chicago**　　　　　　　**IL**　　**60689-5310**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$10,541.36**

---

**3.496**　Nonpriority creditor's name and mailing address

**Scripps Media Inc**

**KSHB-TV**

**P.O. Box 204224**

_____

**Dallas**　　　　　　　**TX**　　**75320-4224**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$11,809.05**

---

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.497 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$45,113.75

**Scripps Media Inc.**

**KMGH-TV**

**P.O. Box 912582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Denver      CO      80291-2582**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.498 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$2,604.40

**Scripps Media, Inc.**

**KERO-TV**

**PO Box 844518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Los Angeles      CA      90084-4518**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.499 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$7,694.20

**Scripps Media, Inc.**

**KGTV-TV**

**PO Box 30580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Los Angeles      CA      90030-0580**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.500 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

$4,250.00

**Scripps Media, Inc.**

**KIVI-TV - Boise**

**PO BOX 203587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas      TX      75320-3587**

_____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor  __The Levenson Group, Inc._____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.501 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,020.00**

**Scripps Media, Inc.**

**KMTV-TV**

**PO Box 5380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cincinnati**          **OH**     **45201**

_____

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**     __ __ __ __

☑ No
☐ Yes

| 3.502 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$5,497.16**

**Scripps Media, Inc.**

**KNXV-TV**

**P.O. Box 204268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          **TX**     **75320-4268**

_____

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**     __ __ __ __

☑ No
☐ Yes

| 3.503 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$8,075.00**

**Scripps Media, Inc.**

**WCPO-TV**

**PO Box 204230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          **TX**     **75320-4230**

_____

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**     __ __ __ __

☑ No
☐ Yes

| 3.504 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:
*Check all that apply.*

**$11,156.25**

**Scripps Media, Inc.**

**WFTS-TV**

**PO Box 864913**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Orlando**          **FL**     **32886-4913**

_____

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**     __ __ __ __

☑ No
☐ Yes

Debtor    **The Levenson Group, Inc.**                           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.505 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:         **$2,029.80**
*Check all that apply.*

**Scripps Media, Inc.**

**WMAR-TV**                           ☐ Contingent
                                      ☐ Unliquidated
**PO Box 5380**                       ☐ Disputed

                                      **Basis for the claim:**

**Cincinnati**            **OH**    **45201**         _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.506 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:         **$3,100.80**
*Check all that apply.*

**Scripps Media, Inc.**

**WOWT-TV**                           ☐ Contingent
                                      ☐ Unliquidated
**P.O. Box 5380**                     ☐ Disputed

                                      **Basis for the claim:**

**Cincinnati**            **OH**    **45201**         _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.507 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:         **$1,232.50**
*Check all that apply.*

**Scripps Media, Inc.**

**WRTV-TV**                           ☐ Contingent
                                      ☐ Unliquidated
**PO Box 204252**                     ☐ Disputed

                                      **Basis for the claim:**

**Dallas**            **TX**    **75320-4252**         _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

| 3.508 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:         **$25,503.40**
*Check all that apply.*

**Scripps Media, Inc.**

**WXYZ-TV**                           ☐ Contingent
                                      ☐ Unliquidated
**PO Box 204263**                     ☐ Disputed

                                      **Basis for the claim:**

**Dallas**            **TX**    **75320-4263**         _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __      ☑ No
                                                  ☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.509 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$14,577.50

Sedza Broadcasting

WAOS-FM La Mejor

5815 Westside Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

Austell                GA      30106

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.510 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$1,299.00

Sewelltech, Inc.

2707 N Stemmons Frwy

Ste 175

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                TX      75207

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$4,675.00

SignAd, LTD.

PO Box 8626

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                TX      77249

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number 0 0 0 0

☑ No
☐ Yes

| 3.512 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$7,282.80

Sinclair Broadcast Gr.

KUTV-TV

PO Box 206270

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                TX      75320-6270

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

Debtor    The Levenson Group, Inc.          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.513**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$6,296.80**

Sinclair Broadcast Gr.

WBMA-TV

PO Box 206270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas      TX    75320-6270

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.514**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$669.80**

Sinclair Broadcast Group

EGXA-TV

PO Box 206270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas      TX    75320-6270

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.515**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,859.58**

Sinclair Broadcast Group

KABB-TV

PO Box 206270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas      TX    75320-6270

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

**3.516**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$4,931.70**

Sinclair Broadcast Group

KATV-TV

PO Box 206270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas      TX    75320-6270

_____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    <u>The Levenson Group, Inc.</u>      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.517**    **Nonpriority creditor's name and mailing address**

**Sinclair Broadcast Group**

**KBTV-TV**

**PO Box 206270**

**Dallas**      **TX**    **75320-6270**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,030.59

**3.518**    **Nonpriority creditor's name and mailing address**

**Sinclair Broadcast Group**

**KDBC-TV**

**PO Box 206270**

**Dallas**      **TX**    **75320-6270**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,600.65

**3.519**    **Nonpriority creditor's name and mailing address**

**Sinclair Broadcast Group**

**KFDM-TV**

**PO Box 206270**

**Dallas**      **TX**    **75320-6270**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,426.60

**3.520**    **Nonpriority creditor's name and mailing address**

**Sinclair Broadcast Group**

**KFOX-TV**

**PO Box 206270**

**Dallas**      **TX**    **75320-6270**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,505.90

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                        Amount of claim

**3.521**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:             **$13,974.00**

**Sinclair Broadcast Group**                                        Check all that apply.

**KGBT-TV**                                              ☐ Contingent

**PO Box 206270**                                          ☐ Unliquidated

                                                        ☐ Disputed

**Dallas**                   **TX**    **75320-6270**        Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __        Is the claim subject to offset?

                                                        ☑ No
                                                        ☐ Yes

**3.522**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:             **$4,136.10**

**Sinclair Broadcast Group**                                        Check all that apply.

**KIMA-TV**                                              ☐ Contingent

**PO Box 206270**                                          ☐ Unliquidated

                                                        ☐ Disputed

**Dallas**                   **TX**    **75320-6270**        Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __        Is the claim subject to offset?

                                                        ☑ No
                                                        ☐ Yes

**3.523**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:             **$600.10**

**Sinclair Broadcast Group**                                        Check all that apply.

**KOCB-TV**                                            ☐ Contingent

**PO Box 206270**                                          ☐ Unliquidated

                                                        ☐ Disputed

**Dallas**                   **TX**    **75320-6270**        Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __        Is the claim subject to offset?

                                                        ☑ No
                                                        ☐ Yes

**3.524**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:             **$1,108.40**

**Sinclair Broadcast Group**                                        Check all that apply.

**KOKH-TV**                                            ☐ Contingent

**PO Box 206270**                                          ☐ Unliquidated

                                                        ☐ Disputed

**Dallas**                   **TX**    **75320-6270**        Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __        Is the claim subject to offset?

                                                        ☑ No
                                                        ☐ Yes

Debtor  **The Levenson Group, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                    **Amount of claim**

**3.525**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:         **$15,151.25**
                                                                    *Check all that apply.*

**Sinclair Broadcast Group**                                        ☐ Contingent

**KSNV-TV**                                                         ☐ Unliquidated

**PO Box 206270**                                                  ☐ Disputed

_____                                    **Basis for the claim:**

**Dallas**                          **TX**    **75320-6270**        _____

Date or dates debt was incurred     _____                  **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                    ☑ No
                                                                    ☐ Yes

**3.526**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:         **$4,688.60**
                                                                    *Check all that apply.*

**Sinclair Broadcast Group**                                        ☐ Contingent

**KTUL-TV**                                                         ☐ Unliquidated

**PO Box 206270**                                                  ☐ Disputed

_____                                    **Basis for the claim:**

**Dallas**                          **TX**    **75320-6270**        _____

Date or dates debt was incurred     _____                  **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                    ☑ No
                                                                    ☐ Yes

**3.527**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:         **$1,547.00**
                                                                    *Check all that apply.*

**Sinclair Broadcast Group**                                        ☐ Contingent

**KTXS-TV**                                                         ☐ Unliquidated

**PO Box 206270**                                                  ☐ Disputed

_____                                    **Basis for the claim:**

**Dallas**                          **TX**    **75320-6270**        _____

Date or dates debt was incurred     _____                  **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                    ☑ No
                                                                    ☐ Yes

**3.528**  **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:         **$425.00**
                                                                    *Check all that apply.*

**Sinclair Broadcast Group**                                        ☐ Contingent

**WABM-TV**                                                         ☐ Unliquidated

**PO Box 206270**                                                  ☐ Disputed

_____                                    **Basis for the claim:**

**Dallas**                          **TX**    **75320-6270**        _____

Date or dates debt was incurred     _____                  **Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __                    ☑ No
                                                                    ☐ Yes

Debtor    __The Levenson Group, Inc.__      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.529**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      **$7,988.30**
*Check all that apply.*

__Sinclair Broadcast Group__

__c/o WEAR-TV__     ☐ Contingent

__PO Box 206270__     ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__     **TX**     __75320-6270__     _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __     ☐ Yes

---

**3.530**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      **$1,378.48**
*Check all that apply.*

__Sinclair Broadcast Group__

__WGXA-TV__     ☐ Contingent

__PO Box 206270__     ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__     **TX**     __75320-6270__     _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __     ☐ Yes

---

**3.531**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      **$472.60**
*Check all that apply.*

__Sinclair Broadcast Group__

__WJTC__     ☐ Contingent

__PO Box 206270__     ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__     **TX**     __75320-6270__     _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __     ☐ Yes

---

**3.532**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:      **$28,165.59**
*Check all that apply.*

__Sinclair Broadcast Group__

__WOAI-TV__     ☐ Contingent

__PO Box 206270__     ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__     **TX**     __75320-6270__     _____

Date or dates debt was incurred     _____     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    __ __ __ __     ☐ Yes

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.533**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$10,321.55**

**Sinclair Broadcast Group**

**c/o WPMI-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**      **TX**    **75320-6270**

**Basis for the claim:**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.534**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$972.40**

**Sinclair Broadcast Group**

**WZTV-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**      **TX**    **75320-6270**

**Basis for the claim:**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.535**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$5,567.50**

**Sinclair Broadcast Group, Inc.**

**KATU-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**      **TX**    **75320-6270**

**Basis for the claim:**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.536**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$7,034.60**

**Sinclair Broadcast Group, Inc.**

**KRNV-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**      **TX**    **75320-6270**

**Basis for the claim:**

_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   __The Levenson Group, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$285.60** |

**Sinclair Broadcast Group, Inc.**

**KRXI-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX      75320-6270**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,678.00** |

**Sinclair Broadcast Group, Inc.**

**WKRC-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX      75320-6270**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,571.70** |

**Sinclair Broadcast Group, Inc.**

**WPDE-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX      75320-6270**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.00** |

**Sinclair Broadcast Group, Inc.**

**WSTR-TV**

**PO Box 206270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX      75320-6270**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   __The Levenson Group, Inc.__                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.541 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$1,773.95** |

**Sinclair Media**

**KECI-TV**

**PO Box 206270**

_____

**Dallas**                    **TX      75320-6270**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | | | **$340.00** |

**Sinclair Television Group, Inc.**

**WDKY-TV**

**PO Box 206270**

_____

**Dallas**                    **TX      75320-6270**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | | | **$1,266.50** |

**Sinclair Television Group, Inc.**

**WHP-TV**

**PO Box 206270**

_____

**Dallas**                    **TX      75320-6270**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | | | **$10,013.00** |

**Sinclair Television Group, Inc.**

**WLOS-TV**

**PO Box 206270**

_____

**Dallas**                    **TX      75320-6270**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

_____

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.545 | **Nonpriority creditor's name and mailing address** |
|---|---|

__Sinclair Television Group, Inc._____

__WMYA-TV_____

__10706 Beaver Dam Rd._____

__Hunt Valley_____ **MD**____ **21030**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$680.00**

| 3.546 | **Nonpriority creditor's name and mailing address** |
|---|---|

__Sinclair Television Group, Inc._____

__WRLH-TV_____

__PO Box 206270_____

__Dallas_____ **TX**____ **75320-6270**__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$85.00**

| 3.547 | **Nonpriority creditor's name and mailing address** |
|---|---|

__Sinclair Television Group, Inc._____

__WSYX-TV_____

__10706 Beaver Dam Rd_____

__Hunt Valley_____ **MD**____ **21030**____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,232.20**

| 3.548 | **Nonpriority creditor's name and mailing address** |
|---|---|

__Sinclair Television Group, Inc._____

__WTTE-TV_____

__PO Box 206270_____

__Dallas_____ **TX**____ **75320-6270**__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,698.30**

Debtor __The Levenson Group, Inc.__ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,381.25** |

__Sinclair Television Media, Inc.__

__KBOI-TV__

__PO Box 206270__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__                    __TX__    __75320__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☒ No
☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,190.00** |

__Sinclair Television Media, Inc.__

__KOMO-TV__

__PO Box 206270__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__                    __TX__    __75320-6270__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☒ No
☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,945.70** |

__Sinclair Television of Omaha, LLC__

__KHGI-TV__

__P.O. Box 206270__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas__                    __TX__    __75320-6270__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☒ No
☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$106,759.09** |

__Sizmek Technologies Inc.__

__PO Box 28246__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__New York__                    __NY__    __10087-8246__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number** __5__ __2__ __5__ __9__

☒ No
☐ Yes

---

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.553**   Nonpriority creditor's name and mailing address

**SJL of Pennsylvania, Inc.**

**WICU-TV**

**3514 State Street**

**Erie**      **PA**    **16508**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,819.90**

---

**3.554**   Nonpriority creditor's name and mailing address

**Slickdeals, LLC**

**6010 S. Durango Dr. Suite #200**

**Las Vegas**      **NV**    **89113**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,000.00**

---

**3.555**   Nonpriority creditor's name and mailing address

**Southern Radio, Inc.**

**XHEM-FM**

**2100 Trawood**

**El Paso**      **TX**    **79935**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,548.90**

---

**3.556**   Nonpriority creditor's name and mailing address

**Southwest Outdoor Advertising Inc**

**5206 McKinney Ave #204**

**Dallas**      **TX**    **75205**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,875.00**

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.557** Nonpriority creditor's name and mailing address

**Spanish Broadcasting System**

**KXOL-FM**

**7007 N.W. 77th Ave**

**Miami**           **FL**     **33166-2836**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$43,365.03**

---

**3.558** Nonpriority creditor's name and mailing address

**Spectrum Reach**

**Charter Communications Holdings, LLC**

**26683 Network Place**

**Chicago**           **IL**     **60673-1266**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,550.90**

---

**3.559** Nonpriority creditor's name and mailing address

**Spectrum Reach**

**Charter Communications Holdings, LLC**

**PO Box 26684**

**Tampa**           **FL**     **33623-6684**

Date or dates debt was incurred

Last 4 digits of account number    **3**   **0**   **7**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$51,969.85**

---

**3.560** Nonpriority creditor's name and mailing address

**Spectrum Reach - El Paso**

**Charter Communications Holdings, LLC**

**26683 Network Place**

**Chicago**           **IL**     **60673**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,506.45**

---

Debtor   **The Levenson Group, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.561**   Nonpriority creditor's name and mailing address

**Spectrum Reach - Erie**

**Charter Communications Holdings, LLC**

**PO Box 27908**

_____

**New York**                    **NY**   **10087**

Date or dates debt was incurred   _____

Last 4 digits of account number   **9   9   3   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,033.20**

---

**3.562**   Nonpriority creditor's name and mailing address

**Starchannel Communications LLC**

**XERV-TV**

**4909 N. McColl Road**

_____

**Mcallen**                    **TX**   **78504**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$13,560.05**

---

**3.563**   Nonpriority creditor's name and mailing address

**Station Venture Operations, LP**

**KNSD-TV**

**PO BOX 402971- CFS Lockbox**

_____

**Atlanta**                    **GA**   **30384-2971**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$8,840.00**

---

**3.564**   Nonpriority creditor's name and mailing address

**Stations Group, LLC**

**KVDF-TV**

**700 N Central Ave #300**

_____

**Glendale**                    **CA**   **91203**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,980.50**

---

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.565**   Nonpriority creditor's name and mailing address

**Strata Marketing, Inc.**

**23608 Network Place**

_____

**Chicago**      **IL**      **60673-1236**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,440.82**

---

**3.566**   Nonpriority creditor's name and mailing address

**Studio 205, Inc.**

**8 East Claiborne Street**

_____

**Monroeville**      **AL**      **36460**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

---

**3.567**   Nonpriority creditor's name and mailing address

**Swearingen Realty Services, L.L.C.**

**5950 Berkshire Lane, Suite 500**

**Att: Accounting Dept.**

**Dallas**      **TX**      **75225**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$950.83**

---

**3.568**   Nonpriority creditor's name and mailing address

**Tejas Broadcasting Ltd LLP**

**KMJR-FM**

**1227 W. Magnolia Ave. Suite 300**

**Fort Worth**      **TX**      **76104-4400**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,800.75**

Debtor __The Levenson Group, Inc.__      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$943.50** |

**Tejas Broadcasting, LTD.,LLP**

**KZIP-FM**

**1227 W. Magnolia Ave. Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Worth**      **TX**    **76014-4400**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,785.00** |

**Telefutura Television Group**

**KSTR-TV**

**2323 Bryan St. Ste 1900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75201**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.42** |

**Telefutura Television Group Inc**

**KNIC-TV**

**P.O. Box 460847**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**      **TX**    **77056**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,715.45** |

**Telesouth Communications**

**WTNM-FM**

**PO Box 1077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Oxford**      **MS**    **38655**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☒ No
☐ Yes

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.573** Nonpriority creditor's name and mailing address

TeleSouth Communications Inc.

WFMM-FM

6311 Ridgewood Road

Jackson                          MS      39211

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,750.00

---

**3.574** Nonpriority creditor's name and mailing address

TeleSouth Communications Inc.

WOSM-FM

P.O. Box 1919

Ocean Springs                    MS      39566

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$7,360.08

---

**3.575** Nonpriority creditor's name and mailing address

Television Wisconsin, Inc.

WISC-TV

7025 Raymond Road

Madison                          WI      53719

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,635.00

---

**3.576** Nonpriority creditor's name and mailing address

The Carrizo Springs

P.O. Box 1046

Carrizo Springs                  TX      78834

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.577** Nonpriority creditor's name and mailing address

**The Dart Group Inc.**

**Dart Outdoor Advertising***

**12730 Cranes Mill**

**San Antonio**      **TX**    **78230**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10.50**

---

**3.578** Nonpriority creditor's name and mailing address

**The Selma News**

**P.O. Box 611**

**Selma**      **AL**    **36702-0611**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,797.60**

---

**3.579** Nonpriority creditor's name and mailing address

**The Tennis Channel, Inc.**

**KBAK-TV**

**PO Box 206270**

**Dallas**      **TX**    **75320-6270**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$242.25**

---

**3.580** Nonpriority creditor's name and mailing address

**Thomas Broadcasting Co**

**WOAY-TV**

**P.O. Box 3001**

**Oak Hill**      **WV**    **25901**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$499.80**

---

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.581** Nonpriority creditor's name and mailing address

Ticket Spicket, LLC

7447 Grape Holly Lane

Roanoke      VA    24018

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,840.00**

**3.582** Nonpriority creditor's name and mailing address

Time Warner Cable

Time Warner Cable Mcallen

Rio Grand Valley

26683 Network Place

Chicago      IL    60673-1266

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$29,937.00**

**3.583** Nonpriority creditor's name and mailing address

Townsquare Media LLC

KQBR-FM

PO Box 301650

Dallas      TX    75303-1650

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,264.80**

**3.584** Nonpriority creditor's name and mailing address

Townsquare Media Odessa/Midland II, LLC

KNFM-FM

PO Box 731933-1933

Dallas      TX    75373

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,808.00**

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.585** Nonpriority creditor's name and mailing address

**Townsquare Media Odessa/Midland II,LLC**

**KZBT-FM**

**PO Box 731933-1933**

**Dallas**      **TX**    **75373-1933**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,193.10**

---

**3.586** Nonpriority creditor's name and mailing address

**Townsquare Media W Central Radio Brd LLC**

**KJMH-FM**

**P.O. Box 730984**

**Dallas**      **TX**    **75373-0984**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,741.75**

---

**3.587** Nonpriority creditor's name and mailing address

**Townsquare Media, LLC**

**KFMX-FM**

**P.O. Box 301650**

**Dallas**      **TX**    **75303-1650**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,026.80**

---

**3.588** Nonpriority creditor's name and mailing address

**Townsquare Media, LLC**

**KZII-FM**

**P.O. Box 301650**

**Dallas**      **TX**    **75303-1650**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,106.70**

---

Debtor  **The Levenson Group, Inc.**                         Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.589**  **Nonpriority creditor's name and mailing address**

**Tribune Broadcasting**

**KDAF-TV**

**P.O. Box 843987**

**Dallas**                          **TX**      **75284-3987**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,616.33

---

**3.590**  **Nonpriority creditor's name and mailing address**

**Tribune Broadcasting Company II, LLC**

**KSTU-TV**

**PO Box 59750**

**Los Angeles**                  **CA**      **90074-9750**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,981.40

---

**3.591**  **Nonpriority creditor's name and mailing address**

**Tribune Broadcasting Company, LLC**

**WTVR-TV**

**PO Box 417876**

**Boston**                          **MA**      **02241-7876**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$1,638.80

---

**3.592**  **Nonpriority creditor's name and mailing address**

**Tribune Broadcasting II, LLC**

**WNEP-TV**

**435 N. Michigan Ave**

**Chicago**                        **IL**      **60611**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,211.80

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.593** Nonpriority creditor's name and mailing address

__Tribune Broadcasting II, LLC__

__WREG-TV__

__32851 Collection Center Dr.__

__Chicago__ IL __60693-0328__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$18,100.75**

---

**3.594** Nonpriority creditor's name and mailing address

__Tribune Broadcasting Oklahoma City, LLC__

__KFOR-TV__

__PO Box 847369__

__Dallas__ TX __75284-7369__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,063.30**

---

**3.595** Nonpriority creditor's name and mailing address

__Tribune Company__

__KCPQ-TV__

__PO Box 742111__

__Los Angeles__ CA __90074-2111__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,847.00**

---

**3.596** Nonpriority creditor's name and mailing address

__Tribune Media Company__

__KSWB-TV__

__P.O. Box 749011__

__Los Angeles__ CA __90074-9011__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,461.70**

---

Debtor   **The Levenson Group, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.597**  Nonpriority creditor's name and mailing address

**Tribune Media Company**

**WPMT-TV**

**435 N. Michigan Ave.**

**Chicago**                    IL        60611

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$897.60

---

**3.598**  Nonpriority creditor's name and mailing address

**Tribune Media Company & Subsidaries**

**WITI-TV**

**32848 Collection Center Drive**

**Chicago**                    IL        60693-0328

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$9,222.50

---

**3.599**  Nonpriority creditor's name and mailing address

**Tribune Media Company & Subsidaries**

**WJW-TV**

**32849 Collection Center Drive**

**Chicago**                    IL        60693-0328

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$6,205.00

---

**3.600**  Nonpriority creditor's name and mailing address

**Tribune Media Company & Subsidaries**

**WQAD-TV**

**32850 Collection Center Drive**

**Chicago**                    IL        60693-3028

Date or dates debt was incurred         _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,365.10

---

Debtor  __The Levenson Group, Inc._____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.601**  Nonpriority creditor's name and mailing address

__Tribune Media Company & Subsidiaries__

__KTLA-TV__

__PO Box 11155__

_____

__Los Angeles_____ __CA___ __90074-1155__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$165,835.00**

---

**3.602**  Nonpriority creditor's name and mailing address

__Tribune Media Company & Subsidiaries__

__WXIN-TV__

__16779 Collections Center Drive__

_____

__Chicago_____ __IL___ __60693__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,360.00**

---

**3.603**  Nonpriority creditor's name and mailing address

__Tribune Real Estate Holdings LLC__

__KFSM-TV__

__P.O. Box 847296__

_____

__Dallas_____ __TX___ __75284-7296__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,785.50**

---

**3.604**  Nonpriority creditor's name and mailing address

__Tribune Television New Orleans Inc__

__WGNO-TV__

__P.O. Box 741053__

_____

__Atlanta_____ __GA___ __30374__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,934.60**

---

Debtor   **The Levenson Group, Inc.**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.605**   Nonpriority creditor's name and mailing address

**Tribune Television New Orleans Inc**

**WNOL-TV**

**P.O. Box 741053**

**Atlanta**                      **GA**      **30384**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$684.25

---

**3.606**   Nonpriority creditor's name and mailing address

**TTBG Houston Op Co LLC**

**KUBE-TV**

**2401 Fountain View Drive**

**Suite 300**

**Houston**                      **TX**      **77057**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$24,225.00

---

**3.607**   Nonpriority creditor's name and mailing address

**TTWN Media Networks LLC**

**Total Traffic**

**20880 Stone Oak Pkwy**

**San Antonio**                  **TX**      **78258**

Date or dates debt was incurred   _____

Last 4 digits of account number   __3__ __2__ __8__ __6__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$89,059.60

---

**3.608**   Nonpriority creditor's name and mailing address

**TubeMogul, Inc.**

**1250 53rd Street**

**Ste 1**

**Emeryville, CA**

Date or dates debt was incurred   _____

Last 4 digits of account number   __8__ __3__ __1__ __9__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$316,953.71

---

Debtor __The Levenson Group, Inc.__      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.609** Nonpriority creditor's name and mailing address

__Union Springs Herald LLC__

__324 Ellis Street__

_____

| __Union Springs__ | | __AL__ | __36089__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$721.00

---

**3.610** Nonpriority creditor's name and mailing address

__Uniradio Corp.__

__XHTY-FM__

__5030 Camino De La Siesta, Ste #403__

| __San Diego__ | | __CA__ | __92108__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$10,234.00

---

**3.611** Nonpriority creditor's name and mailing address

__United Communications Corporation__

__KEYC-TV__

__PO Box 128__

| __Mankato__ | | __MN__ | __56002__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$11,725.75

---

**3.612** Nonpriority creditor's name and mailing address

__Univision Communications Inc__

__PO Box 740719__

_____

| __Los Angeles__ | | __CA__ | __90074-0719__ |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$154,204.45

---

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,300.47 |

__Univision Radio Broadcasting Texas LP__

__KGBT-FM__

__200 S 10th St.#600__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Mcallen__ TX 78501 _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,649.00 |

__Univision Radio Broadcasting Texas LP__

__KLJA-FM__

__2233 W. North Loop Blvd.__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Austin__ TX 78756 _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,478.00 |

__Univision Radio Broadcasting Texas LP__

__KROM-FM__

__P.O. Box 460748__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Houston__ TX 77056 _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,946.50 |

__Univision Radio Broadcasting Texas, L.P.__

__KLQB-FM__

__PO Box 460588__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Houston__ TX 77056 _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|--------|--------------------------|------------------------|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.617** Nonpriority creditor's name and mailing address

Univision Radio Broadcasting Texas, LP

KLTN-FM

PO Box 460688

Houston                              TX      77056

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$46,993.95**

---

**3.618** Nonpriority creditor's name and mailing address

Univision Radio Broadcasting Texas, LP

KOVE-FM

PO Box 460688

Houston                              TX      77056

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,779.00**

---

**3.619** Nonpriority creditor's name and mailing address

Univision Radio Broadcasting Texas, LP

KXTN-FM

P.O. Box 460748

Houston                              TX      77056

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,996.80**

---

**3.620** Nonpriority creditor's name and mailing address

Univision Radio Florida, LLC

WRTO - FM

P.O. Box 228236

Miami                                FL      33222

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$21,025.30**

---

Debtor **The Levenson Group, Inc.**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.621**  Nonpriority creditor's name and mailing address

**Univision Radio LA, INC**

**KLVE-FM**

**P.O, Box 452148**

_____

**Los Angeles**           **CA**      **90048**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$81,770.85

---

**3.622**  Nonpriority creditor's name and mailing address

**Univision Radio LA, INC**

**KSCA-FM**

**P.O. Box 452148**

_____

**Los Angeles**           **CA**      **90045**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$48,875.00

---

**3.623**  Nonpriority creditor's name and mailing address

**Univision Radio TX LP**

**KBTQ-FM***

**P.O. Box 460708**

_____

**Houston**              **TX**      **77056**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$5,146.75

---

**3.624**  Nonpriority creditor's name and mailing address

**Univision Receivables Co.**

**KFTH-TV**

**P.O. Box 740719**

_____

**Los Angeles**           **CA**      **90074-0719**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$993.44

---

Debtor   **The Levenson Group, Inc.**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.625**   **Nonpriority creditor's name and mailing address**

**Univision Receivables Co.**

**KXLN-TV**

**P.O. Box 740719**

_____

**Los Angeles**              **CA**     **90074-0719**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$47,333.32

**3.626**   **Nonpriority creditor's name and mailing address**

**Univision Receivables Co. LLC**

**WAMR-FM**

**P.O. Box 740721**

_____

**Los Angeles**              **CA**     **90074-0721**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$31,560.50

**3.627**   **Nonpriority creditor's name and mailing address**

**Univision Receivables Company LLC**

**KLNO-FM**

**P.O. Box 460607**

_____

**Houston**                  **TX**     **77056**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$99,284.68

**3.628**   **Nonpriority creditor's name and mailing address**

**Urban Radio Broadcasting LLC**

**WACR-FM**

**608 Yellow Jacket Drive**

_____

**Starkville**               **MS**     **39759**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$1,810.50

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,434.00** |
|---|---|---|---|

Urban Radio of Mississippi LLC

WJMI-FM

731 S Pear Orchard Rd #27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Ridgeland MS 39157-4800

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,026.00** |
|---|---|---|---|

Urban Radio Of Mississippi LLC

WKXI-FM

731 S. Pear Orchard #27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Ridgeland MS 39157

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,761.25** |
|---|---|---|---|

USTN

United States Traffic Network LLC

P.O. Box 639181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Cincinnati OH 45263-9181

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$12,707.50** |
|---|---|---|---|

UVN Texas LP

KUVN-TV

2323 Bryan St.

Ste. 1900

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas TX 75201

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | The Levenson Group, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.633 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**UVN Texas LP**

**KWEX-TV**

**P.O. Box 460847**

| Houston | TX | 77056 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,233.38**

---

| 3.634 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Vail Daily**

**Colorado Mountain News Media**

**PO Box 1888**

| Carson City | NV | 89701-1888 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,878.64**

---

| 3.635 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**Valassis Direct Mail Inc**

**File 70179**

| Los Angeles | CA | 90074-0179 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  1  7  3  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,093,452.49**

---

| 3.636 | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

**ValuDirect, LLC**

**6 Way Road**

**Middlefield, CT 6455**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$75,256.17**

---

Debtor    __The Levenson Group, Inc.__            Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.637**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$488.75**

__Viamedia Inc.__

__7796 Solution Center__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Chicago__    IL    __60677-7007__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.638**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$6,927.50**

__VideoIndiana, Inc.__

__WTHR-TV__

__Dept. L-2380__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Columbus__    OH    __43260-2380__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.639**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$1,615.24**

__Viva Media LLC__

__KBEX-FM__

__500 S. Polk Suite 110__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Amarillo__    TX    __79101__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

**3.640**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$4,447.20**

__WBNS-TV__

__770 Twin Rivers Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Columbus__    OH    __43215__

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| Debtor | The Levenson Group, Inc. | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.641** Nonpriority creditor's name and mailing address

WCHK-AM

1176 Satellite Blvd., Ste. 200

Suwanee                     GA       30024

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$16,957.50

---

**3.642** Nonpriority creditor's name and mailing address

WDAF-TV *

32846 Collection Center Drive

Chicago                     IL       60693-0328

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$34,996.20

---

**3.643** Nonpriority creditor's name and mailing address

WDJT-TV Limited Partnership

WDJT-TV

26 N. Halsted

Chicago                     IL       60661

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$1,432.25

---

**3.644** Nonpriority creditor's name and mailing address

WEWS-TV

Scripps Media, Inc.

PO Box 5380

Cincinnati                  OH       45201

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$4,165.00

Debtor **The Levenson Group, Inc.** Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.645** Nonpriority creditor's name and mailing address

WFAA TV Inc

Dept 730045

P.O. Box 660919

_____

Dallas                          TX        75266-0919

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$201,229.43

---

**3.646** Nonpriority creditor's name and mailing address

WFTV, Inc.

WFTV-TV

PO Box 809615

_____

Chicago                          IL        60680-9615

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$10,837.50

---

**3.647** Nonpriority creditor's name and mailing address

WGAL Hearst Television, Inc.

WGAL-TV

PO Box 90030

_____

Prescott                          AZ        86304-9030

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$18,569.10

---

**3.648** Nonpriority creditor's name and mailing address

WGBC-TV, LLC

EGBC-TV (Fox 30)

1151 Crestview Circle

_____

Meridian                          MS        39301-8669

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$47.60

---

Debtor **The Levenson Group, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.649** Nonpriority creditor's name and mailing address

**WGBC-TV, LLC**

**1151 Crestview Circle**

_____

**Meridian                    MS        39301-8669**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,373.30**

---

**3.650** Nonpriority creditor's name and mailing address

**WGNL-FM**

**P.O.  Box 1801**

_____

**Greenwood                    MS        38935**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,650.40**

---

**3.651** Nonpriority creditor's name and mailing address

**WGTU-TV**

**10706 Beaver Dam Rd**

_____

**Cockeysville                    MD        21030**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$408.00**

---

**3.652** Nonpriority creditor's name and mailing address

**Wick Communications**

**Wick Communications**

**Attn: Missy Bosley**

**333 W. Wilcox Dr. #302**

**Sierra Vista                    AZ        85635**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,176.00**

---

Debtor   **The Levenson Group, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.653**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                     **$835.38**
                                                                    *Check all that apply.*
**Wilkerson Publishing Co., Inc.**                                  ☐ Contingent
**114 E Goodwin**                                                   ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    Basis for the claim:
**Pleasanton**                    **TX**      **78064**             _____

Date or dates debt was incurred   _____                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   __ __ __ __                       ☐ Yes

**3.654**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                     **$150.96**
                                                                    *Check all that apply.*
**Williams-Grand Canyon News**                                     ☐ Contingent
**Navajo-Hopi Observer**                                           ☐ Unliquidated
**8307 E. Hwy 69 Ste #B**                                          ☐ Disputed

                                                                    Basis for the claim:
**Prescott Valley**               **AZ**      **86314**            _____

Date or dates debt was incurred   _____                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   **0   8   7   9**                ☐ Yes

**3.655**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                     **$1,100.00**
                                                                    *Check all that apply.*
**WJZD Inc**                                                       ☐ Contingent
**WJZD-FM**                                                        ☐ Unliquidated
**P.O. Box 6216**                                                 ☐ Disputed

                                                                    Basis for the claim:
**Gulfport**                      **MS**      **39506**            _____

Date or dates debt was incurred   _____                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   __ __ __ __                       ☐ Yes

**3.656**   Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is:                     **$20,365.15**
                                                                    *Check all that apply.*
**WKRG - TV**                                                     ☐ Contingent
**P.O. Box 403911**                                               ☐ Unliquidated
                                                                    ☐ Disputed

                                                                    Basis for the claim:
**Atlanta**                       **GA**      **30384-3911**       _____

Date or dates debt was incurred   _____                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number   __ __ __ __                       ☐ Yes

Debtor  **The Levenson Group, Inc.**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.657**  Nonpriority creditor's name and mailing address

**WKYC-TV, LLC**

**WKYC-TV**

**PO Box 637386**

_____

**Cincinnati**            **OH**    **45263-7386**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$14,391.35**

---

**3.658**  Nonpriority creditor's name and mailing address

**WLEX Communications, LLC**

**WLEX-TV**

**PO Box 1457**

_____

**Lexington**             **KY**    **40588**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$8,514.45**

---

**3.659**  Nonpriority creditor's name and mailing address

**WLKQ-FM**

**1176 Satellite Blvd., Ste. 200**

_____

**Suwanee**               **GA**    **30024**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$17,552.50**

---

**3.660**  Nonpriority creditor's name and mailing address

**WLS Televsion Inc.**

**WLS-TV**

**PO Box 732384 / Attn: WLS-505**

_____

**Dallas**                **TX**    **75373-2384**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**$21,930.00**

---

Debtor __The Levenson Group, Inc.__ Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.661 | Nonpriority creditor's name and mailing address |
|---|---|

**WMYM-AM**

**Actualidad Media Group**

**2090 NW 79 Ave**

_____

__Doral__              __FL__    __33122__

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,778.50

| 3.662 | Nonpriority creditor's name and mailing address |
|---|---|

**Woods Communications Corp**

**WCOV-TV**

**P.O. Box 250045**

_____

__Montgomery__         __AL__   __36125-0045__

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$711.45

| 3.663 | Nonpriority creditor's name and mailing address |
|---|---|

**WQUE FM**

**WQUE FM**

**P.O. Box 402544**

_____

__Atlanta__            __GA__   __30349-2544__

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$15,461.50

| 3.664 | Nonpriority creditor's name and mailing address |
|---|---|

**WRAL-TV**

**PO Box 60904**

_____

__Charlotte__          __NC__   __28260__

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$6,120.00

Debtor __The Levenson Group, Inc._____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.665 | Nonpriority creditor's name and mailing address |
|---|---|

WRAZ-TV

WRAZ-TV - Accounting Department

PO Box 60928

Charlotte                NC     28260

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,027.25

---

| 3.666 | Nonpriority creditor's name and mailing address |
|---|---|

WRBO-FM

Cumulus - Memphis, TN

3644 Momentum Place

Chicago                IL     60689-5336

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$4,849.25

---

| 3.667 | Nonpriority creditor's name and mailing address |
|---|---|

WREX Television LLC

WREX-TV

PO Box 1001

Quincy                IL     62306

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$2,337.50

---

| 3.668 | Nonpriority creditor's name and mailing address |
|---|---|

WREY-FM

PO Box 25130

St. Paul                MN     55125

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$9,990.05

Debtor **The Levenson Group, Inc.**     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.00 |
|---|---|---|---|

**WSKQ-FM**

**Radio Soleil Inc.**

**1622 Nostrand Avenue**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Brooklyn**    **NY**    **11226**

Basis for the claim:

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,625.25 |
|---|---|---|---|

**WSMH, Inc.**

**WWMT-TV**

**10706 Beaver Dam Rd.**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Cockeysville**    **MD**    **21030**

Basis for the claim:

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,753.80 |
|---|---|---|---|

**WTVD Television, LLC**

**WTVD-TV**

**PO Box 732384 / Attn: WTVD-707**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**    **TX**    **75373-2384**

Basis for the claim:

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.50 |
|---|---|---|---|

**WTVQ-TV, LLC**

**WTVQ-TV**

**PO Box 55590**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lexington**    **KY**    **40555**

Basis for the claim:

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor **The Levenson Group, Inc.** Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.673 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,210.51

WURN-AM

Actualidad Media Group

2090 NW 79 Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Doral      FL    33122      _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$4,484.60

WUSA-TV, Inc.

WUSA-TV

PO Box 637386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Cincinnati      OH    45263-7386    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$8,572.25

WVTM Hearst Television Inc

WVTM-TV

P.O. Box 90012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Prescott      AZ    86304-9012    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,436.50

WVVA Television, Inc

WVVA-TV

PO Box 1001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Quincy      IL    62306-1001    _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor    **The Levenson Group, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.677**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$18,620.10**
                                                                  *Check all that apply.*

**WWL-TV Inc**                                                    ☐ Contingent

**Dept 730041**                                                   ☐ Unliquidated

**P.O. Box 660919**                                               ☐ Disputed

                                                                  **Basis for the claim:**

**Dallas**                        **TX**    **75266-0919**        _____

Date or dates debt was incurred   _____             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                 ☑ No
                                                              ☐ Yes

**3.678**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$2,516.00**
                                                                  *Check all that apply.*

**WWTV-TV**                                                       ☐ Contingent

**WWTV-TV**                                                       ☐ Unliquidated

**1 Broadcast Way**                                              ☐ Disputed

                                                                  **Basis for the claim:**

**Cadillac**                      **MI**    **49601**            _____

Date or dates debt was incurred   _____             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                 ☑ No
                                                              ☐ Yes

**3.679**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$3,633.75**
                                                                  *Check all that apply.*

**WYFF-TV/Hearst Television Inc**                                ☐ Contingent

**505 Rutherford Street**                                        ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**

**Greenville**                    **SC**    **29609**            _____

Date or dates debt was incurred   _____             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                 ☑ No
                                                              ☐ Yes

**3.680**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:        **$14,816.35**
                                                                  *Check all that apply.*

**WYLD FM**                                                      ☐ Contingent

**P.O. Box 402544**                                             ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**

**Atlanta**                       **GA**    **30349-2544**       _____

Date or dates debt was incurred   _____             **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                 ☑ No
                                                              ☐ Yes

Debtor __The Levenson Group, Inc._____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.681** Nonpriority creditor's name and mailing address

WZTU-FM

iHeartMedia Entertainment

PO Box 406372

Atlanta                    GA      30384-6372

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$41,842.50

**3.682** Nonpriority creditor's name and mailing address

xAd, Inc.

dba GroundTruth

Dept LA 23812

Pasadena                   CA      91185-3812

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$166,274.97

**3.683** Nonpriority creditor's name and mailing address

XEWT-TV

TV de Los Mochis, S.A. de C.V.

P.O. Box 434537

San Diego                  CA      92143-4537

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,307.00

**3.684** Nonpriority creditor's name and mailing address

XHRR-FM

Dept. 204

P.O. Box 4458

Houston                    TX      77210-4458

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,382.45

Debtor **The Levenson Group, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.685 | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,578.49** |
|---|---|---|---|---|

**Yelp, Inc.**

**P.O. Box 204393**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75320-4393** |

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| 3.686 | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64,477.74** |
|---|---|---|---|---|

**YuMe, Inc.**

**Dept CH 16422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Palatine** | **IL** | **60055-6422** |

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

Debtor   **The Levenson Group, Inc.**                                      Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

                                                                    **Total of claim amounts**

5a.   **Total claims from Part 1**                    5a.    _____ **$0.00**

5b.   **Total claims from Part 2**                    5b. **+** _____ **$11,438,700.95**

5c.   **Total of Parts 1 and 2**                      5c.    **$11,438,700.95**
      Lines 5a + 5b = 5c.

---

**Fill in this information to identify the case:**

Debtor name     **The Levenson Group, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____     Chapter ___**7**___

☐ Check if this is an
amended filing

---

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Janitorial Service**<br>**Contract to be REJECTED** | **ABM Janitorial Services**<br>**PO Box 419860** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boston**          **MA**     **02241** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Software**<br>**Contract to be REJECTED** | **Adobe Systems**<br>**345 Park Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Jose**          **CA**     **95110** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Software**<br>**Contract to be REJECTED** | **Advantage Software Co.**<br>**119 Backstretch Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mooresville**          **NC**     **28117** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone service**<br>**Contract to be REJECTED** | **Birch Communications**<br>**Box 51341** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Los Angeles**          **CA**     **90051** |

Debtor **The Levenson Group, Inc.** _____ Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Copy Equipment Contract to be REJECTED | Canon Financial Service |
|---|---|---|---|
| | | | 14904 Collection Center |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago    IL    60693 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Coke Despenser Contract to be REJECTED | Coca Cola Southwest Beverages, LLC |
|---|---|---|---|
| | | | PO Box 744010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Atlanta    GA    30384 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Business Lease Contract to be REJECTED | Dallas 2100 Ross, LP |
|---|---|---|---|
| | | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Laser Printer Equipment Contract to be REJECTED | Datamax Inc. |
|---|---|---|---|
| | | | PO Box 2235 |
| | State the term remaining | | |
| | List the contract number of any government contract | | St. Louis    MO    63109 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Work Flow Software Contract to be REJECTED | Extreme Reach Inc. |
|---|---|---|---|
| | | | 28540 Network Place |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago    IL    60673 |

Debtor **The Levenson Group, Inc.** _____ Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Insurance Finance Corp<br>Contract to be REJECTED | **IPFS Corporations**<br>PO Box 730223 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas — TX — 75373 |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | File Secure Storage<br>Contract to be REJECTED | **Iron Mountain Info Management**<br>PO Box 915004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas — TX — 75391 |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services<br>Contract to be REJECTED | **It's Plein Air Agency, LLC**<br>2540 El Cerrito Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas — TX — 75228 |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Media Resource<br>Contract to be REJECTED | **Kantar Media - Competitive Media Report**<br>PO Box 7247-9301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Philadelphia — PA — 19170 |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Social Media<br>Contract to be REJECTED | **Linkedin Corporation**<br>62228 Collection Center Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago — IL — 60693 |

Debtor    **The Levenson Group, Inc.**      Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **Public Relation Software Contract to be REJECTED** | **Meltwater News US, Inc.** |
| | | | **Dept LA 23721** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pasadena**    **CA**    **91185** |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **Email Storage Services Contract to be REJECTED** | **Microsoft Subscription** |
| | | | **One Microsoft Way** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Redmond**    **WA**    **98052** |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **Telephone Services Contract to be REJECTED** | **Momentum Telecom, Inc.** |
| | | | **29361 Network Place** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**    **IL**    **60673** |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **Rating Services Contract to be REJECTED** | **Nielsen Audio, Inc.** |
| | | | **PO Box 3228** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carol Stream**    **IL**    **60132** |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **Coffee Despenser Contract to be REJECTED** | **Parks Coffee** |
| | | | **PO Box 110209** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carrolton**    **TX**    **75011** |

Debtor **The Levenson Group, Inc.**      Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Digital Storage<br>Contract to be REJECTED | **Pelco Prints - Digital Media Services**<br>**c/o Accord Financial, Inc.**<br>**PO Box 6704** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Greenville**    **SC**    **29606** | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Postage Machine<br>Contract to be REJECTED | **Pitney Bowes, Inc.**<br>**PO Box 371874** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Pittsburgh**    **PA**    **15250** | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Plant Services<br>Contract to be REJECTED | **Plant Interscapes**<br>**6436 Babcock Road** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **San Antonio**    **TX**    **78249** | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Office Supplies<br>Contract to be REJECTED | **Preferred Business Solutions**<br>**1701 W. Walnut Hill** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Irving**    **TX**    **75038** | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Data Storeage<br>Contract to be REJECTED | **Rackspace**<br>**1 Financial Place**<br>**City of Windcrest** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **San Antonio**    **TX**    **78218** | |

Debtor **The Levenson Group, Inc.**                     Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25**

| State what the contract or lease is for and the nature of the debtor's interest | **Media Rating Service**<br>**Contract to be ASSUMED** | **Rentrak** |
|---|---|---|
| | | **NW 6135** |
| | | **PO Box 1450** |
| State the term remaining | | |
| List the contract number of any government contract | | **Minneapolis**     **MN**     **55485** |

**2.26**

| State what the contract or lease is for and the nature of the debtor's interest | **Computer Consulting Services**<br>**Contract to be REJECTED** | **Sewelltech, Inc.** |
|---|---|---|
| | | **2707 N. Stemmons Fwy., Suite 175** |
| State the term remaining | | |
| List the contract number of any government contract | | **Dallas**     **TX**     **75207** |

**2.27**

| State what the contract or lease is for and the nature of the debtor's interest | **Secondary Research Service**<br>**Contract to be REJECTED** | **Simmons Research, LLC** |
|---|---|---|
| | | **PO Box 392180** |
| State the term remaining | | |
| List the contract number of any government contract | | **Pittsburgh**     **PA**     **15251** |

**2.28**

| State what the contract or lease is for and the nature of the debtor's interest | **Media Research**<br>**Contract to be REJECTED** | **SQAD Media Tools** |
|---|---|---|
| | | **303 S. Broadway, Suite 130** |
| State the term remaining | | |
| List the contract number of any government contract | | **Tarrytown**     **NY**     **10591** |

**2.29**

| State what the contract or lease is for and the nature of the debtor's interest | **Media Accounting Software**<br>**Contract to be REJECTED** | **Strata Marketing, Inc.** |
|---|---|---|
| | | **23608 Network Place** |
| State the term remaining | | |
| List the contract number of any government contract | | **Chicago**     **IL**     **60673** |

Debtor **The Levenson Group, Inc.**_____ Case number (if known) _____

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.30** | **State what the contract or lease is for and the nature of the debtor's interest** | **Media Planning Tool**<br>**Contract to be REJECTED** |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Telmar USA Corp**
**711 Third Ave.**

**New York**          **NY**    **10017**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>The Levenson Group, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206H</u>

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

---

**Fill in this information to identify the case:**

Debtor Name  **The Levenson Group, Inc.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an
amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B....................................................................    **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................    **$1,800,175.32**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B..................................................................    **$1,800,175.32**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................    **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F...........................................    **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...............................    **+ $11,438,700.95**

4.  **Total liabilities**
    Lines 2 + 3a + 3b....................................................................................    **$11,438,700.95**

**Fill in this information to identify the case and this filing:**

Debtor Name    **The Levenson Group, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/06/2018**     **X** /s/ Faithe Nicholson
     MM / DD / YYYY        Signature of individual signing on behalf of debtor

                          **Faithe Nicholson**
                          Printed name

                          **Executive Vice President and CFO**
                          Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>The Levenson Group, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2018** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$4,060,255.00** |
| For prior year: | From **01/01/2017** to **12/31/2017**<br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$5,260,175.00** |
| For the year before that: | From **01/01/2016** to **12/31/2016**<br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$5,378,015.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attachment #2**<br>Creditor's name<br><br>Street<br><br><br>City                State    ZIP Code | | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor __The Levenson Group, Inc._____ Case number (if known) _____
       Name

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Andrew Harmon**<br>Insider's name<br>**7005 Wester Way**<br>Street | **Within the last year** | **$328,581.51** | **Wages** |
| | **Dallas**    **TX**  **75248**<br>City    State  ZIP Code | | | |
| | Relationship to debtor<br>**CEO** | | | |
| 4.2. | **Faithe Nicholson**<br>Insider's name<br>**509 Katie Court**<br>Street | **Within the last year** | **$210,087.21** | **Wages** |
| | **Seagoville**  **TX**  **75159**<br>City    State  ZIP Code | | | |
| | Relationship to debtor<br>**CFO** | | | |
| 4.3. | **Tracye Nelson**<br>Insider's name<br>Street | **Within the last year** | **$62,176.25** | **Wages** |
| | City    State  ZIP Code | | | |
| | Relationship to debtor<br>**Daughter to CFO** | | | |
| 4.4. | **Shelia Gillaspie**<br>Insider's name<br>Street | **Within the last year** | **$30,524.47** | **Wages** |
| | City    State  ZIP Code | | | |
| | Relationship to debtor<br>**Sister to CFO** | | | |

Debtor    **The Levenson Group, Inc.**        Case number (if known) _____
Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Susan Clarke** | **Within the last year** | **$99,800.76** | **Wages** |
| Insider's name | | | |

Street

_____

_____

City           State    ZIP Code

**Relationship to debtor**

**SVP - Former Shareholder**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Cajun Operating Company dba Church's Chicken vs. The Levenson Group, LLC** | **Breach of the Master Agency Agreement** | **U.S. District Court Norhtern District G**<br>Name<br>**2211 United State Courthouse**<br>Street<br>**75 Ted Turner Drive, SW** | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| **Case number** | | | |
| **1:18-cv-5360** | | **Atlanta**    **GA**   **30303-3309**<br>City       State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **The Levenson Group, Inc.** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Areya Holder, P.C.** | | **11/2/2018** | **$7,165.00** |

**Address**

**800 W Airport Freeway, Suite 540**
Street

_____

**Irving**               **TX**      **75062**
City                      State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **The Levenson Group, Inc.**                        Case number (if known) _____
_____
              Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.   **See Attachment #3**                                    _____   _____
        _____

        **Address**

        _____
        Street

        _____

        _____
        City                     State    ZIP Code

        **Relationship to debtor**

        _____

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained  _____

        Does the debtor have a privacy policy about that information?
        ☐  No.
        ☐  Yes.

Debtor   **The Levenson Group, Inc.**                    Case number (if known) _____
        <u>Name</u>

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?
        ☑ No. Go to Part 10.
        ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Iron Mountain** <br> <u>Name</u> <br><br> <u>Street</u> <br><br><br> **Dallas**   **TX** <br> <u>City</u>   <u>State   ZIP Code</u> | **Address** | **Document Storage** | ☐ No <br> ☑ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

Debtor __The Levenson Group, Inc._____  Case number (if known) _____
      Name

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Levenson & Hill, LLC** | **Advertising** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **2100 Ross Avenue** | | EIN: **0  4 – 3  7  8  9  0  4  2** |
| | Street | | |
| | | | **Dates business existed** |
| | **Dallas        TX   75201** | | From  **April 1984**   To   **Present** |
| | City        State   ZIP Code | | |
| 25.2. | **Levenson & Brinker Public Relations** | **Public Relations** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **2100 Ross Avenue** | | EIN: **0  2 – 0  7  1  9  8  9  1** |
| | Street | | |
| | | | **Dates business existed** |
| | **Dallas        TX   75201** | | From  **March 2014**   To   **Present** |
| | City        State   ZIP Code | | |

Debtor   **The Levenson Group, Inc.**        Case number (if known) _____
        Name

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26a.1.  **Faithe Nicholson** | | | From _____ To _____ |
|     Name | | | |
|     **509 Katie Court** | | | |
|     Street | | | |
|     **Seagoville** | **TX** | **75195** | |
|     City | State | ZIP Code | |

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26a.2.  **Frank Burns** | | | From _____ To _____ |
|     Name | | | |
|     **Carr Riggs & Ingram CPA** | | | |
|     Street | | | |
|     **12801 N Central Expy, Ste 1500** | | | |
|     **Dallas** | **TX** | **75243** | |
|     City | State | ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26b.1.  **Texas Comptroller** | | | From _____ To _____ |
|     Name | | | |
|     **Justin Thompson, Sales Tax Auditor** | | | |
|     Street | | | |
|     **9221 Lyndon B. Johnson, Suite 200** | | | |
|     **Dallas** | **TX** | **75243** | |
|     City | State | ZIP Code | |

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26b.2.  **Carr, Riggs & Ingram CPA** | | | From _____ To _____ |
|     Name | | | |
|     **12801 N Central Expy, Ste 1500** | | | |
|     Street | | | |
|     **Dallas** | **TX** | **75243** | |
|     City | State | ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☑ None

Debtor   **The Levenson Group, Inc.**            Case number (if known) _____
      Name

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Harmon** | **7005 Wester Way**<br>**Dallas, TX 75248** | **President and CEO** | **48.8113%** |
| **Faithe Nicholson** | **509 Katie Court**<br>**Seagoville, TX 75159** | **Executive Vice President and CFO** | **48.8113%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Susan Clarke** | | **SVP** | From **4/1984** To **10/2018** |
| **Alison Bell** | | **Vice President** | From **2014** To **8/2018** |
| **Melissa Renner** | | **Vice President** | From **2014** To **10/2018** |
| **Twyna Scott** | | **Vice President** | From **2014** To **10/2018** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.   **See #4 listed above**
       Name

       Street

       City      State    ZIP Code

       **Relationship to debtor**

Debtor    **The Levenson Group, Inc.**          Case number (if known) _____
        Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

---

**Part 14:**    **Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/06/2018** _____
         MM / DD / YYYY

**X** **/s/ Faithe Nicholson** _____      Printed name   **Faithe Nicholson** _____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor   **Executive Vice President and CFO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

ATTACHMENT #2

| Creditor Name | Date of Payment | Total Paid | Amount Still Owing |
|---|---|---|---|
| 5280 Publishing, Inc. | 08-Nov-18 | $ 7,153.00 | $ 2,100.00 |
| Ashley Hess | 29-Oct-18 | $ 7,278.07 | $ - |
| Clear Channel Outdoor | 06-Nov-18 | $ 86,675.00 | $ 528,051.00 |
| Comcast Spotlight*-Colorado | 08-Nov-18 | $ 59,511.17 | $ 87,383.36 |
| Dallas 2100 Ross, LP | 13-Nov-18 | $ 82,836.00 | $ 1.00 |
| Delaney Smith | 29-Oct-18 | $ 8,863.85 | $ - |
| Facebook Inc. | 06-Nov-18 | $ 40,118.21 | $ 439,814.32 |
| Grandesign Advertising Firm, I | 25-Sep-18 | $ 6,750.30 | $ 100.00 |
| Holder Law | 14-Nov-18 | $ 10,000.00 | $ - |
| Hulu, LLC | 08-Nov-18 | $ 40,417.91 | $ 36,035.19 |
| It's Plein Air Agency LLC | 02-Nov-18 | $ 31,970.00 | $ 1.00 |
| John R. Ames | 13-Nov-18 | $ 7,511.14 | $ - |
| KCNC-TV** | 08-Nov-18 | $ 15,682.50 | $ 19,779.50 |
| KDFW-TV* | 09-Nov-18 | $ 14,535.00 | $ 36,975.00 |
| KDVR-TV | 08-Nov-18 | $ 9,758.00 | $ 17,573.75 |
| Kline & Kline | 14-Nov-18 | $ 24,862.50 | $ - |
| KMGH-TV | 08-Nov-18 | $ 33,584.35 | $ 45,113.75 |
| KMJK-FM | 02-Oct-18 | $ 9,962.00 | $ 16,898.00 |
| KOB-TV** | 02-Oct-18 | $ 6,737.95 | $ 26,498.75 |
| KTVD-TV | 08-Nov-18 | $ 10,181.30 | $ 4,866.25 |
| KUSA-TV**** | 08-Nov-18 | $ 20,527.50 | $ 14,832.50 |
| KWGN-TV | 08-Nov-18 | $ 7,199.50 | $ 19,210.00 |
| Lamar Companies | 23-Oct-18 | $ 100,906.00 | $ 261,545.57 |
| Legion Adverting LLC | 25-Oct-18 | $ 194,886.53 | $ - |
| MSpark | 25-Sep-18 | $ 140,629.82 | $ 420,478.99 |
| National Media Delivery | 09-Nov-18 | $ 35,018.11 | $ 60,823.52 |
| Orchestrate HR, Inc. | 15-Nov-18 | $ 94,190.44 | $ - |
| Principal Financial Group | 03-Dec-18 | $ 33,217.59 | $ - |
| Rentrak Corporation | 21-Sep-18 | $ 6,751.98 | $ 1.00 |
| Simmons Research LLC | 21-Sep-18 | $ 8,701.23 | $ - |
| Spectrum Reach | 04-Oct-18 | $ 61,379.35 | $ 51,969.85 |
| Susan Jacobs Inc | 12-Oct-18 | $ 17,342.04 | $ - |
| Triadex Services | 07-Nov-18 | $ 7,332.94 | $ - |
| Valassis | 11-Oct-18 | $ 408,641.69 | $ 1,093,452.49 |
| ValuDirect, LLC | 09-Nov-18 | $ 23,717.10 | $ 75,256.17 |
| WEDR-FM | 15-Oct-18 | $ 6,766.00 | $ 13,778.50 |

ATTACHMENT #3

| Tranferee | Date | Property Description | Value |
|---|---|---|---|
| Jeffery Mallace | 11/17/2018 | 2 Chairs & Ottoman Danish Modern | $450.00 |
| Andrew Harmon | 11/20/2018 | Office Executive Chair | $45.99 |
| Andrew Harmon | 11/20/2018 | Apple MacBook Pro 15" Mid 2012 | $299.17 |
| Susan Clarke | 10/25/2018 | Humanscale Freedom Chair | $340.29 |
| Tiffany Blankenship | 11/16/2018 | Dell Latitude 8 GM RAM 500GB HDD | $91.00 |
| Tiffany Blankenship | 11/16/2018 | Dell Latitude E6440 14" Laptop | $85.00 |
| Tiffany Blankenship | 11/16/2018 | Dell E2013H 20 LED LCD Monitor | $34.99 |
| Tracye Nelson | 11/20/2018 | Dell Latitude E6440 14" Laptop | $85.00 |
| Esther Lafuente | 11/20/2018 | GE Profile Refrigerator | $365.00 |
| Esther Lafuente | 11/20/2018 | GE Microwave Oven | $74.99 |
| Esther Lafuente | 11/20/2018 | Antique Dining Table Distressed | $217.95 |
| Esther Lafuente | 11/20/2018 | 2 Drw File Cabinet | $25.00 |
| Faithe Nicholson | 11/20/2018 | Dell Precision M3800 Core i7-4712HQ | $121.00 |

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **The Levenson Group, Inc.**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept.................................................................. | **$7,165.00** |
| Prior to the filing of this statement I have received......................................................... | **$7,165.00** |
| Balance Due.............................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/06/2018** | **/s/ Areya Holder Aurzada** |
| *Date* | *Areya Holder Aurzada*   Bar No. 24002303 |
| | Law Office of Areya Holder, P.C. |
| | 901 Main Street, Suite 5320 |
| | Dallas, TX 75202 |
| | Phone: (972) 438-8800 |

---

**/s/ Faithe Nicholson**

*Faithe Nicholson*
*Executive Vice President and CFO*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **The Levenson Group, Inc.**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/6/2018

Signature   _/s/ Faithe Nicholson_
**Faithe Nicholson**
**Executive Vice President and CFO**

Date

Signature

21st Century Fox America, Inc.
KTTV-TV
16440 Collection Center Drive
Chicago, IL 60693


5280 Publishing, Inc.
1515 Wazee Street, Suite 400
Denver, CO 80202


A&G Advertising, LLC.
P.O. Box 2533
Douglas, AZ 85608


ABC Inc.
WPVI-TV
PO Box 732384  Attn: WPVI-606
Dallas, TX 75373-2384


ABM Janitorial Services
PO Box 419860
Boston, MA 02241


ABM Janitorial Services - South Central
ABM
PO Box 419860
Boston, MA 02241-9860


Adobe Systems
345 Park Avenue
San Jose, CA 95110


Advantage Software Co.
119 Backstretch Lane
Mooresville, NC 28117


AGM - Nevada LLC
KKSS-FM
8009 Marble Avenue NE
Albuquerque, NM 87110

AGM - Nevada, LLC
KLVO-FM
8009 Marble Avenue NE
Albuquerque, NM 87110


Alabama Media Group
2201 4th Ave
Birmingham, AL 35203


Alabama Telecaster Inc.
WAKA-TV
100 Interstate Park Drive, Ste 120
Montgomery, AL 36109


Alpha Media LLC
KBTE-FM
#33 Briercroft Office Park
Lubbock, TX 79412-3020


Alpha Media LLC
KSAH-FM
4050 Eisenhauer Rd
San Antonio, TX 78218


Alpha Media LLC
WIIL-FM
8500 Green Bay Road
Pleasant Praire, WI 53158


Alpha Media, LLC
KLLL-FM
#33 Briercroft Office Park
Lubbock, TX 79412-3020


American Spirit Media LLC
WDBD-TV
715 South Jefferson Street
Jackson, MS 39201


Apple Valley Broadcasting
KAPP-TV
PO Box 749907
Los Angeles, CA 90074-9907

Arkansas Hearst Television Inc
KHBS-TV
2809 Ajax Ave, Suite 200
Rogers, AR 72758


Arkansas Televison Company
KTHV-TV
Dep P.O. Box 637386
Cincinnati, OH 45263-7386


Attorney General of Texas
Collections Division Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548


Beasley FM Acquisition
Beasley FM Acquisition
9721 Executive Center Drive #200
St. Petersburg, FL 33702


Belo TV Inc.
WUPL-TV    Dept 730041
P.O. Box 660919
Dallas, TX 75266-0919


Big Ten Network, LLC
BTN
14743 Collection Center Dr
Chicago, IL 60693


Birch Communications
Box 51341
Los Angeles, CA 90051


Bonneville International Corporation
KSL-TV
PO Box 26245
Salt Lake City, UT 84126-0245


Brazos Valley Communications Ltd
KBXT-FM
P.O. Box 3069
Bryan, TX 77805

Brazos Valley Communications Ltd
KORA-FM
P O Box 3069
Bryan, TX 77805


Bryan Broadcasting Corporation
KNDE-FM
P.O. Box 3248
Bryan, TX 77805


Cable One Inc
Greenwood MS
1635 Popps Ferry Rd
Biloxi, MS 39532


Cable One-Biloxi MS
1635 Popps Ferry Rd
Biloxi, MS 39532


Cablemas Telecomunicaciones, S.A. De C.V
511 E. San Ysidro Blvd  #1732
San Ysidro, CA 92173


Cajun Operating Company dba
Church's Chicken
c/o Caiola & Rose, LLC
150 E. Ponce de Leon Ave., Suite 410
Decatur, GA 30030


CALA Broadcast
WNBD-TV
837 Washington Avenue
Greenville, MS 38701


Canon Financial Service
14904 Collection Center
Chicago, IL 60693


Capstar Operating Company
WHLH-FM
P.O. Box 847572
Dallas, TX 75284-7572

Capstar Radio Operating Co
KTEX-FM
P.O. Box 847572
Dallas, TX 75284-7572


Capstar Radio Operating Co.
KKMY-FM
PO Box 847489
Dallas, TX 75284-7489


Capstar Radio Operating Co.
WCJM-FM
PO Box 406372
Atlanta, GA 30384-6372


Capstar Radio Operating Company
KBFM-FM
P.O. Box 847572
Dallas, TX 75284-7572


Capstar Radio Operating Company
KQBT-FM
PO Box 847572
Dallas, TX 75284-7572


Caribbean Media Group, Inc.
WVIP-FM
1 Cross Island Plaza, Ste 224
Rosedale, NY 11422


Carter Broadcast Group Inc
KPRS-FM
11131 Colorado Ave
Kansas City, MO 64137


CBS Broadcasting Inc.
KCBS-TV
PO Box 100729
Pasadena, CA 91189-0729


CBS Broadcasting, Inc.
KPIX-TV
PO Box 33091
Newark, NJ 07188-0091

CBS Corporation
WJZ-TV
PO Box 33091
Newark, NJ 07188-0091


CBS Inc
KCNC-TV
21249 Network Place
Chicago, IL 60673-1249


CBS Inc
KTVT-TV
P.O. Box 730457
Dallas, TX 75373-0457


CBS Inc
KTXA-TV
P.O. Box 730206
Dallas, TX 75373-0206


CBS Radio Media Corp
WCCO-AM
625 Second Avenue South, Suite 200
Minneapolis, MN 55402


CBS Radio Stations Inc.
KLOL-FM
P.O. Box 730844
Dallas, TX 75373-0844


CBS Radio Texas Inc
KMVK-FM
P.O. Box 730224
Dallas, TX 75373-0224


CBS Television Stations Group
WCCO-TV
21253 Network Place
Chicago, IL 60673-1253


Cebridge Acquisition LP
Suddenlink Media
P.O. Box 951391
Dallas, TX 75395

Centex Television Ltd Partnership
KXXV-TV
Dept# 2664
P.O. Box 11407
Birmingham, AL 35246-2664

Charter Communications Holdings, LLC
Spectrum Reach-Buffalo
PO Box 27908
New York, NY 10087

Charter Communications Holdings, LLC
Spectrum Reach - St Louis
PO Box 957926
St. Louis, MO 63195-7926

Charter Communications Holdings, LLC
Spectrum Reach
PO Box 101366
Pasadena, CA 91189-0005

Charter Communications-St. Louis
P.O. Box 957926
St. Louis, MO 63195

Chesapeake Media I, LLC
WPBN-TV
10706 Beaver Dam Rd
Cockeysville, MD 21030

Circle Graphics Inc
P.O. Box 561047
Denver, CO 80256-1047

Citadel Broadcasting Co
KQXL-FM
631 Main Street
Baton Rouge, LA 70801

Citadel Broadcasting Co
WEMX-FM
631 Main Street
Baton Rouge, LA 70801

Citadel Broadcasting Company
KIPR-FM
3643 Momentum Place
Chicago, IL 60689-5336


Citadel Broadcasting Company
KKND-FM
3648 Momentum Place
Chicago, IL 60689-5336


Citadel Broadcasting Company
KLAL-FM
P.O. Box 645133
Cincinnati, OH 45264-5133


Citadel Broadcasting Company
KMEZ-FM
3648 Momentum Place
Chicago, IL 60689-5336


Citadel Communications LLC
KLKN-TV
3240 South 10th Street
Lincoln, NE 68502


Citicasters Co
WBZY-FM
20880 Stone Oak Parkway
San Antonio, TX 78258


Citicasters Co.
KATZ-FM
3964 Collection Center Dr.
Chicago, IL 60693-0039


Citicasters Co.
KTBZ-FM
P. O. Box 847572
Dallas, TX 75284-7572


Citicasters Co.
WRUB-FM
PO Box 406372
Atlanta, GA 3384-6372

```
Clear Channel
Seattle
P.O. Box 742025
Los Angeles, CA 90074-2025


Clear Channel Broadcasting
KPEZ-FM
P.O. Box 847117
Dallas, TX 75284


Clear Channel Broadcasting Inc
KJMS-FM
P.O. Box 406372
Atlanta, GA 30384-6372


Clear Channel Broadcasting Inc
WHRK-FM
P.O. Box 406372
Atlanta, GA 30384-6372


Clear Channel Broadcasting Inc
WOWI-FM
P.O. Box 402650
Atlanta, GA 30384-2650


Clear Channel Outdoor
3700 E Randoll Mill Road
Arlington, TX 76011


Clear Channel Outdoor
P.O. Box 402379
Atlanta, GA 30384-2379


Clear Channel Outdoor
P.O. Box 847247
Dallas, TX 75284-7247


Clear Channel Outdoor Inc
P.O. Box 847247
Dallas, TX 75284-7247
```

CMP KC Corp
KMJK-FM
3671 Momentum Place
Chicago, IL 60689-5336


Coca Cola Southwest Beverages, LLC
PO Box 744010
Atlanta, GA 30384


Comcast Holdings Corporation
Comcast Spotlight-Baltimore
P.O. Box 415949
Boston, MA 02241-5949


Comcast Holdings Corporation
Comcast Spotlight-San Francisco
P.O. Box 742637
Los Angeles, CA 90074


Comcast Spotlight
Colorado
P.O. Box 742637
Los Angeles, CA 90074-2637


Comcast Spotlight
P.O. Box 100447
Laurel/Hattiesburg
Atlanta, GA 30384-0447


Comcast Spotlight
Panama City
1720 Windward Concourse Suite 400
Alpharetta, GA 30005


Comcast Spotlight
Washington
P.O. Box 415949
Boston, MA 02241-5949


Comcast Spotlight-Indianapolis
12964 Collection Center Dr
Chicago, IL 60693

Comcorp of Louisiana Inc
KADN-TV
1500 Eraste Landry Rd
Lafayette, LA 70506


Comcorp of Louisiana, Inc.
KLAF-TV
PO Box 60205
Lafayette, LA 70596-0205


Commonwealth Broadcasting Group Inc.
EABG-TV
P.O. Box 1243
Greenville, MS 38702


Commonwealth Broadcasting Group Inc.
WABG-TV
P.O. Box 1243
Greenville, MS 38702


Community Television of Colorado LLC
KDVR-TV
PO Box 59743
Los Angeles, CA 90074


Competitive Media Report
Kantar Media Intelligence
P.O. Box 7247-9301
Philadelphia, PA 19170-9301


Corridor Television LLP
KCWX-TV
4414 Centerview Dr #264
San Antonio, TX 78228


Cowles Montana Media Company
KTMF-TV
PO Box 600
Spokane, WA 99210


Cowles Montana Media Company
KULR-TV
PO Box 600
Spokane, WA 99210

Cox Media Group Northeast, LLC
WHBQ-TV
PO Box 83293
Chicago, IL 60691-0293


Cox Radio, Inc.
WCFB-FM
PO Box 83197
Chicago, IL 60691-0197


Cox Radio, Inc.
WEDR-FM
PO Box 83196
Chicago, IL 60691-0196


Cox Radio, Inc.
WHQT-FM
PO Box 83196
Chicago, IL 60691-0196


Cox Radio, Inc.
WPUP-FM
PO Box 83190
Chicago, IL 60691-0190


Cumulus Broadcasting
WMXU-FM
Cumulus Columbus-Starkville
3596 Momentum Place
Chicago, IL 60689-5336

Cumulus Broadcasting LLC
WNBM-FM
2 Pennsylvania Plaza - 17th Floor
New York, NY 10121


Cumulus Media Inc.
KQXY-FM
3591 Momentum Place
Chicago, IL 60689-5335


Cumulus Media Inc. & Subsidaries
KTCX-FM
3591 Momentum Place
Chicago, IL 60689-5335

Cumulus Radio Corp
KYKZ-FM
3609 Momentum Place
Chicago, IL 60689-5336


Cumulus Radio Corp
WCTO-FM
3630 Momentum Place
Chicago, IL 60689-5336


Cumulus Radio Corporation
KDRF-FM
3629 Momentum Place
Chicago, IL 60689-5336


Cumulus Radio Corporation
KKOB-FM
3629 Momentum Place
Chicago, IL 60689-5336


Cumulus Radio Corporation
KRST-FM
3629 Momentum Place
Chicago, IL 60689-5336


D&B Signs LLC
P.O. BOX 909
Tri State Outdoor Adv.
Dewey, AZ 86327


Dallas 2100 Ross, LP




Datamax Inc.
PO Box 2235
St. Louis, MO 63109


Davis & Gilbert Inc*
1740 Broadway
3rd Fl.
New York, NY 10019

Davis Broadcasting Inc.
WFXE-FM
P.O. Box 1998
Columbus, GA 31902


Delta Democrat Times
P.O. Box 1618
Greenville, MS 38701


Denver Hotel Magazine LLC
104 Broadway, Ste 200
Denver, CO 80203


Denver Metro Convention &Visitors Bureau
Visit Denver
1555 California Street, Suite 300
Denver, CO 80202


Dowdy & Dowdy Partnership
WZKX-FM
PO Box 2639
Gulfport, MS 39505


Durden Outdoor Displays, Inc.
Dept #5245 PO Box 2153
Birmingham, AL 35287-5245


El Rey Publishing
Zavala County Sentinel
202E Nueces St.
Crystal City, TX 78839


Elite Media Group LLC
Lindmark Outdoor Media
2700 Technology Place
Norman, OK 73071


Emmis Austin Radio
KBPA-FM
P.O. Box 731488
Dallas, TX 75373-1488

Emmis Austin Radio
KLBJ-FM
P.O. Box 731488
Dallas, TX 75373-1488


Emmis Austin Radio Broadcasting
KGSR-FM
P.O. Box 731488
Dallas, TX 75373-1488


Emmis Austin Radio Broadcasting Co, LP
KLZT-FM
P.O. Box 731488
Dallas, TX 75373-1488


Emmis Austin Radio Broadcasting Co, LP
KROX-FM
8309 North IH 35
Austin, TX 78753


EMX Digital, LLC
229 W 43rd St.
New York, NY 10036


Entercom Communications Corp
KAMX-FM
4301 Westbank Dr B-300
Austin, TX 78746


Entercom Communications Corp
KKMJ-FM
4301 Westbank Dr B-300
Austin, TX 78746


Entercom Communications Corp
WQMG-FM
7819 National Service Road Suite 401
Greensboro, NC 27409


Entercom Norfolk LLC
WVKL-FM
236 Clearfield Ave. Ste. 206
Virginia Beach, VA 23462

Entravision Communications Corp
KBNT-TV
P.O. Box 51868
Los Angeles, CA 90051-6168


Entravision Communications Corp Texas LP
KORO-TV
P.O. Box 2667
Corpus Christi, TX 78403


Entravision Communications Corporation
DBA / Entravision Solutions
5700 Wilshire Blvd., Ste 250
Los Angeles, CA 90036


Entravision Communications Corporation
KCBA-TV
PO Box 39000 - Dept 34872
San Francisco, CA 94139


Entravision Communications Corporation
KDTF-TV
5770 Ruffin Road
San Diego, CA 92123


Entravision Communications Corporation
KJMN-FM
PO Box 911919
Denver, CO 95-4783236


Entravision Communications Corporation
KMIR-TV
PO Box 843564
Los Angeles, CA 90084-3564


Entravision Communications Corporation
KXPK-FM
PO Box 911919
Denver, CO 80291-1919


Entravision Communications Corporation
WNUE-FM
PO Box 864765
Orlando, FL 32886

Entravision Communications Corporation
XHAS-TV
5770 Ruffin Road
San Diego, CA 92123


Entravision Communications Inc
KLUZ-TV
P.O. Box 53058
Phoenix, AZ 85072-3058


Entravision Communications Inc.
KTFQ-TV
P.O. Box 53058
Phoenix, AZ 85072-3058


Entravision Texas
KINT-FM
P.O. Box 201976
Dallas, TX 75320-1976


Entravision Texas
KYSE-FM
El Paso
P.O. Box 201976
Dallas, TX 75320-1976

Entravision Texas Limited Partnership
KLDO-TV
P.O. Box 203535
Dallas, TX 75320-3535


Entravision Texas Ltd
KFRQ-FM
P.O. Box 203541
Dallas, TX 75320


Entravision Texas Ltd
KFXV-TV
P.O. Box 203541
Dallas, TX 75320


Entravision Texas Ltd
KKPS-FM
P.O. Box 203541
Dallas, TX 75320

Entravision Texas Ltd
KNVO-TV
P.O. Box 203541
Dallas, TX 75320


Entravision Texas Ltd
KVLY-FM
P.O. Box 203541
Dallas, TX 75320


Entravison Texas
KINT-TV
P.O. Box 201976
Dallas, TX 75320-1976


Entravsion Texas Limited Partnership
KXOF-TV
P.O. Box 203535
Dallas, TX 75320-3535


Environics Analytics Inc.
Dept 3761
PO Box 123761
Dallas, TX 75312-3761


eTargetMedia.com, LLC
6810 Lyons Technology Circle
Ste 160
Coconut Creek, FL 33073


Extreme Reach Inc.
28540 Network Place
Chicago, IL 60673


Extreme Reach, Inc.
28540 Network Place
Chicago, IL 60673-1285


Facebook Inc.
15161 Collection Center Dr
ATTN: Accounts Receivable
Chicago, IL 60693

Fairway Outdoor Funding LLC
Fairway Outdoor Funding
P.O. Box 60125
Charlotte, NC 28260


Federal Express Corporation
P.O. Box 660481
Dallas, TX 75266-0481


Fox Television Stations Inc
KRIV-TV
3733 Collection Center Dr
Chicago, IL 60693


Fredricksburg Publishing Co Inc
Fredricksburg Standard
P.O. Box 1639
Fredricksburg, TX 78624


Freedom Newspapers Southwesterrn AZ Inc
Yuma Shopper (Freedom)
P.O. Box 271
Yuma, AZ 85366-0271


Gallup Independent
P.O. Box 1210
Acct #248 Churchs
Gallup, NM 87305


Gannett Company, Inc
KCEN-TV
P.O. Box 660919
Dept 730056
Dallas, TX 75266-0919


Gannett MHC Media, Inc.
Pensacola News Journal
P.O.Box 677590
Dallas, TX 75267-7590


Gannett Pacific LLC
WBIR-TV
PO BOX 637386
Cincinnati, OH 45263-7386

Gas Buddy
77 N Washington Street
4th Floor
Boston, MA 2114

Georgia Television Inc
WSB-TV
P O Box 809036
Chicago, IL 60680-9036

Google Inc.
Dept. 33654
PO Box 39000
San Francisco, CA 94139

Graham Media Group Michigan, Inc.
WDIV-TV
PO Box 788355
Philadelphia, PA 19178-8355

Graham Media Group, Orlando, Inc.
WKMG-TV
PO Box 864255
Orlando, Fl 32886-4255

Grandesign Advertising Firm, Inc.
Grandesign Media Servies
PO Box 840331
Dallas, TX 75284-0331

Gray Television Group Inc
KKTV-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

Gray Television Group Inc
KOLN-TV
4370 Peachtree Rd., NE, Ste. 400
Atlanta, GA 30319

Gray Television Group Inc
KSPR-TV
4370 Peachtree Rd., NE, Ste 400
Atlanta, GA 30319

Gray Television Group Inc
KWTX-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
KEVN-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
KFYR-TV
4370 Peachtree Rd. NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
KGNS-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
KGWN-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
KOLO-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
KOSA-TV
4370 Peachtree Rd, NE, Ste. 400
Atlanta, GA 30319


Gray Television Group, Inc.
KOTA-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
KSCW-TV
P.O. Box 14200
Tallahassee, FL 32317-4200

Gray Television Group, Inc.
KWCH-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
KYLX-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
KYTV-TV
4370 Peachtree Rd., NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
NGNS-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
OGNS-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
WCAX-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
WDTV-TV
4370 Peachtree Rd., NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
WECP-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

Gray Television Group, Inc.
WIFR-TV
PO Box 14200
Tallahassee, FL 32317-4200

```
Gray Television Group, Inc.
WJHG-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
WKYT-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
WMTV-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
WTOK-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Gray Television Group, Inc.
WVLT-TV
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319


Griffin Television OKC LLC
KWTV-TV
P.O.  Box 960042
Oklahoma City, OK 73196-0042


Griffin Television Tulsa II LLC
KQCW-TV
303 North Boston
Tulsa, OK 74103


Griffin Television Tulsa LLC
KOTV-TV
303 North Boston
Tulsa, OK 74103


H Code Media, Inc.
PO Box 203823
Dallas, TX 75320-3823
```

HBC Solutions Inc div of Gores Broadcast
Imagine Communications
P.O. Box 732107
Dallas, TX 75373-2107


Headrick Outdoor Media Inc
One Freedom Square
Laurel, MS 39440-3367


Hearst Properties Inc
KETV-TV
1001 So. 10th Street
Omaha, NE 68108


Hearst Stations, Inc.
KSBW-TV
PO Box 90022
Prescott, AZ 86304-9022


Hearst Stations, Inc.
WISN-TV
PO Box 90031
Prescott, AZ 86304-9031


Hearst Stations, Inc.
WPTZ-TV
5 Televison Drive
Plattsburgh, NY 12901


Hearst Television
KCRA-TV
3 Television Circle
Sacramento, CA 95814


Hearst Television Inc
KOAT-TV
P.O. Box 90020
Prescott, AZ 86304-9020


Hearst Television Inc.
WAPT-TV
P.O. Box 90023
Prescott, AZ 86304-9023

Hill Country Savings Magazine
Lynda Oatman
226 Outland Drive
Harper, TX 78631


Hispanic Indoor Media, Inc.
5547 Main Street
Williamsville, NY 14221


Holladay Broadcasting
KRVV-FM
P.O. Box 4808
Monroe, LA 71211-4808


Houston Chronicle-Church's
801 Texas Ave
Houston, TX 77002


Hubbard Broadcasting, Inc.
KOB-TV
P.O. Box 840422
Dallas, TX 75284-0422


Hubbard Broadcasting, Inc.
KSTP-TV
3415 University Ave.
Saint Paul, MN 55114


Hubbard Broadcasting, Inc.
KUPD-FM
PO Box 511553
Los Angeles, CA 90051-8108


Hulu, LLC
15059 Collections Center Drive
Chicago, IL 60693


ICA Radio LTD
KCRS-FM
1330 E. 8th Street Suite 207
Odessa, TX 79761

ICA Radio, LTD
KMRK-FM
PO Box 610062
Dallas, TX 75261-0062


iHeart Media
KSAB-FM
P.O, Box 847572
Dallas, TX 75284-7572


iHeart Media
WSRZ-FM
PO Box 406372
Atlanta, GA 30384-6372


iHeartMeadia, Inc.
WACO-FM
P.O. Box 847572
Dallas, TX 75284-7572


iHeartMedia
KBRQ-FM
P.O. Box 847572
Dallas, TX 75284-7572


iHeartMedia
KNFX-FM
P.O. Box 847572
Dallas, TX 75284-7572


iHeartMedia
KWTX-FM
P.O. Box 847572
Dallas, TX 75284-7572


iHeartMedia
WFMF-FM
PO Box 847572
Dallas, TX 75284-7572


iHeartMedia
WHBT-FM
PO Box 419499
Boston, MA 02241-9499

IHeartMedia
WIBB-FM
7080 Industial Hwy
Macon, GA 31216


IHeartMedia
WRBV-FM
7080 Industrial Hwy
Macon, GA 31216


iHeartMedia
WRUM-FM
PO Box 406372
Atlanta, GA 30384-6372


iHeartMedia + Entertainment Inc
KBQI-FM
20880 Stone Oak Parkway
San Antonio, TX 78258


IHeartMedia + Entertainment Inc
KXTC-FM
20880 Stone Oak Parkway
San Antonio, TX 78258


iHeartMedia + Entertainment Inc
KZRR-FM
20880 Stone Oak Parkway
San Antonio, TX 78258


IHeartMedia + Entertainment Inc
WMIB-FM
POB 402535
Atlanta, GA 30384-6404


iHeartMedia + Entertainment, Inc.
WAGH-FM
P.O. Box 406253
Atlanta, GA 30384-6253


iHeartMedia, Inc.
KAGG-FM
P.O.  Box 847572
Dallas, TX 75284-7572

iHeartMedia, Inc.
KBGO-FM
PO Box 847450
Dallas, TX 75284-7450


iHeartMedia, Inc.
KKYS-FM
PO Box 847572
Dallas, TX 75284-7572


Imagen Group Inc.
XLTN-FM
2403 Hoover Avenue
National City, CA 91950


IMG College, LLC
PO Box 16533
Palatine, IL 60055


Internal Revenue Service
Special Procedures, Room 9A20
1100 Commerce St., 5024-DAL
Dallas, TX 75242


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114-7346


IPFS Corporations
PO Box 730223
Dallas, TX 75373


Iron Mountain Info Management
PO Box 915004
Dallas, TX 75391


It's Plein Air Agency, LLC
2540 El Cerrito Drive
Dallas, TX 75228

JRT Delivery Systems
Zip Delivery
10610 Newkirk Suite 206
Dallas, TX 75220


KABC
KABC-TV
PO Box 732384
Dallas, TX 75373-2384


Kantar Media - Competitive Media Report
PO Box 7247-9301
Philadelphia, PA 19170


KASA-TV
Ramar Communications
P.O. Box 3757
Lubbock, TX 79452


KATC Communications Inc
KATC-TV
1103 Eraste Landry Rd.
Lafayette, LA 70506


KATC Communications LLC
NATC-TV
1103 Eraste Landry Road
Lafayette, LA 70506


KBFB-FM
Radio One of TX LP
PO Box 603441
Charlotte, NC 28260-3441


KBNA-FM*
P.O.  Box 460627
Univision Receivables Co
Houston, TX 77056


KBPC Broadcasting LLC
KBPC-FM
1000 N Church St
Palestine, TX 75801

KBXX-FM
Radio One of Texas II LLC
P.O. Box 847339
Dallas, TX 75284


KCWE-TV*
P.O. Box 26867
Lehigh Valley, PA 18002-6867


KDCG-TV
Delta Media
PO Box 159
Carencro, LA 70520


Keleher Outdoor Advertising, Inc.
523 S Virginia Ave
Bartlesville, OK 74003


KENS-TV Inc
Dept 730042
P.O. Box 660919
Dallas, TX 75266-0919


Kerrville Daily Times
429 Jefferson
Kerrville, TX 78028


KESN Operating Ltd.
KESN-FM
400 E. Las Colinas Blvd Ste 1033
Irving, TX 75039


KETK-TV
Nexstar Broadcasting, Inc.
PO Box 840185
Dallas, TX 75284-0185


KFMB TV- LLC
KFMB-TV
7677 Engineer Rd
San Diego, CA 92111

KFSN-TV, LLC
KFSN-TV
PO Box 732384
Dallas, TX 75373-2384


KFTA-TV
4624 Kelley Hwy
Fort Smith, AR 72904


KFXK-TV
Nexstar Broadcasting, Inc.
PO Box 840185
Dallas, TX 75284-8401


KGO Television, Inc.
KGO-TV 202
PO Box 732384
Dallas, TX 75373-2384


KGRB-FM
Lazer Broadcasting Corporation
PO BOX 6940
Oxnard, CA 93031


KGUN-TV
312 Walnut Street, Ste 2800
Cincinnati, OH 45202


KHOU-TV*
Dept 730044
P.O. Box 660919
Dallas, TX 75266-0919


KHQ, Incorporated
KHQ-TV
PO Box 600
Spokane, WA 99210


KHQ, Incorporated
KNDO-TV
PO Box 600
Spokane, WA 99210

KIAH Inc.
KIAH-TV
P.O. Box 843744
Dallas, TX 75284-3744


KIII Operating Company LLC
KIII-TV
Dept. 730054
P.O. Box 660919
Dallas, TX 75266-0919


KING Broadcasting Company
KING-TV  - Dept. 710017
PO Box 514670
Los Angeles, CA 90051-4670


King Broadcasting Company
KTVB-TV - Dept 710015
PO Box 514670
Los Angeles, CA 90051-4670


KIRO-TV, Inc.
KIRO-TV
P.O. Box 809148
Chicago, IL 60680-9148


KJMG-FM / Mapleton of Monroe, LLC
Lagniappe Broadcasting of Monroe
1200 N 18th Street, Ste. D
Monroe, LA 71201


KLAX-FM
Spanish Broadcasting System, Inc.
7007 NW 77th Avenue
Miami, FL 33166


KLNV-FM /Univision Radio San Diego, Inc.
Univision Receivables CO LLC
P.O. Box 452538
Los Angeles, CA 90045


KLQV-FM /Univision Radio San Diego, Inc.
Univision Receivables CO LLC
P.O. Box 452538
Los Angeles, CA 90045

KLWB TV
Delta Media Corporation
3501 NW Evangeline Thruway
Carencro, LA 70520

KMBC-TV*
P.O. Box 90018
Prescott, AZ 86304-9018

KMJE-FM
1442 Ethan Way, Ste 101
Sacramento, CA 95825

KMNV-FM
3003 27th Avenue South #400
Minneapolis, MN 55406

KMSP-TV
Fox/UTV Holdings, LLC
11358 Viking Drive
Eden Prairie, MN 55344-7258

KMVX-FM
Holladay Broadcasting
1109 Hudson Lane
Monroe, LA 71201

Knight Broadcasting of Baton Rouge Inc.
WVLA-TV
10000 Perkins Rd.
Baton Rouge, LA 70810

KNNW-FM / Mapleton of Monroe, LLC
Lagniappe Broadcasting of Monroe
1200 N 18th Street, Ste. D
Monroe, LA 71201

Knoxville TV LLC
KAKE-TV
3914 Winstar Rd
Richmond, VA 23228

KNZA, Inc.
KLZA-FM
PO Box 104
Hiawatha, KS 66434


KOCO-TV
P.O. Box 90021
Prescott, AZ 86304-9021


KOKI-TV
Cox Media Group, Inc.
P.O. Box 809171
Chicago, IL 60680-9171


KOLL-FM
La Zeta 957 Inc
9500 Interstate 30
Little Rock, AR 72209


KPAX Communications, LLC.
KPAX-TV
P.O. Box 4827
Missoula, MT 59806


KPSP-TV
% KESQ TV
PO Box 873808
Kansas City, MO 64187-3808


KPTV-TV
PO Box 100143
Pasadena, CA 91189-0143


KRBE-FM
Cumulus - Houston
3665 Momentum Place
Chicago, IL 60689-5336


KRCD-FM
P.O. Box 452148
Los Angeles, CA 90045-9716

KRCX-FM
1436 Auburn Blvd
Sacramento, CA 95815


KRQE-TV
Nexstar Broadcasting, Inc
P.O. Box 844304
Dallas, TX 75284-4304


KSNB-TV
4370 Peachtree Rd., NE, Ste. 400
Atlanta, GA 30319


KSWO Television Inc.
KSWO-TV
P.O. Box 11407
Dept# 2677
Birmingham, AL 35246-2677

KTBS LLC
KPXJ-TV
P.O.  Box 44227
Shreveport, LA 71134-4227


KTBS LLC
KTBS-TV
P.O. Box 44227
Shreveport, LA 71104


KTDO- TV
10033 Carnegie Ave
El Paso, TX 79925


KTNN-AM
P.O. Box 2569
Window Rock, AZ 86515


KTRA-FM
P.O. Box 847383
Dallas, TX 75284-7383

KTRK-TV
KTRK-TV
P.O. Box 732384
Dallas, TX 75373-2384

KTSM-TV*
Nexstar Broadcasting, Inc.
3801 D Constitution Dr
El Paso, TX 79922

KTSR-FM
Townsquare Media, LLC
P.O. Box 730984
Dallas, TX 75373-0984

KTTR - KZNN Inc.
KDAA-FM
PO Box 727
Rolla, MO 65402

KTUV-AM
KTUV-AM
8211 Gayer Springs Rd. Ste # P6
Little Rock, AR 72209

KTVQ Communications, LLC
KTVQ-TV
PO Box 2557
Billings, MT 59103

KTVU Inc.
KMYT-TV
P.O. Box 809171
Chicago, IL 60680-9171

KTXH-TV**
3733 Collection Center Dr
Chicago, IL 60693

KVEO-TV
c/o Nexstar Broadcasting Group, Inc
PO Box 840185
Dallas, TX 75284-8401

KVMX-AM
1442 Ethan Way, Ste 101
Sacramento, CA 95825


KVOA Communications
KRIS-TV
301 Artesian St
Corpus Christi, TX 78401


KVOA Communications
KZTV-TV
P.O. Box 840
Corpus Christi, TX 78403


KVOA Communications, LLC
KVOA-TV
PO Box 5188
Tucson, AZ 85703


KVUE Televison Inc
KVUE-TV -  Dept 730043
P.O. Box 660919
Dallas, TX 75266-0919


KVVU Broadcasting Corporation
KVVU-TV
PO Box 100084
Pasadena, CA 91189-0084


KWBT-FM
Edwards Media LLC
PO Box 20521
Waco, TX 76710


KWGN-TV
PO Box 59743
Los Angeles, CA 90074


KWQC-TV
Gray Television Group Inc.
4370 Peachtree Rd, NE, Suite 400
Atlanta, GA 30319

KXHT-FM
6080 Mt. Moriah
Memphis, TN 38115


KXRR-FM / Mapleton of Monroe, LLC
Lagniappe Broadcasting of Monroe
1200 N. 18TH Street, Ste. D
Monroe, LA 71201


KXSE-FM
1436 Auburn Blvd
Sacramento, CA 95815


KXTV-TV
400 Broadway
Sacramento, CA 95818


KZEP-FM
P.O. Box 847327
Clear Channel Radio
Dallas, TX 75284-7327


KZRZ-FM / Mapleton of Monroe, LLC
Lagniappe Broadcasting of Monroe
1200 N 18th Street, Ste. D
Monroe, LA 71201


KZZA-FM
Liberman Broadcasting of Dallas LLC
2410 Gateway Drive
Irving, TX 75063


Lamar Texas Limited Partnership
Lamar Companies
P.O.  Box 96030
Baton Rouge, LA 70896


Landmark Media Enterprises LLC
WTVF-TV
PO Box 204444
Dallas, TX 75320-4444

Last Bastion Station Trust, LLC
KOKY-FM
700 Wellington Hills Rd
Little Rock, AR 72211


Liberman Broadcasting Inc
KZJL-TV
3000 Bering
Houston, TX 77057


Liberman Broadcasting of Dallas LLC
KMPX-TV
2410 Gateway Drive
Irving, TX 75063


Liberman Broadcasting of Dallas LLC
KNOR-FM
2410 Gateway Drive
Irving, TX 76063


Liberman Broadcasting-CA, LLC
KBUE-FM
1845 Empire Ave.
Burbank, CA 91501


Lieberman Broadcasting, Inc.
KQQK-FM
3000 Bering Dr
Houston, TX 77057


Lieberman Broadcasting, Inc.
KTJM-FM
3000 Bering Dr
Houston, TX 77057


Lin Television Corporation
KNVA-TV
P.O. Box 844304
Dallas, TX 75284-4304


Lin Television Corporation
KXAN-TV
P.O. Box 844304
Dallas, TX 75284-4304

Lin Television Corporation: WIAT-TV
P.O. Box 403911
Atlanta, GA 30384-3911


Linebarger Goggan Blair Sampson LLP
2777 N. Stemmons Fwy, Suite 1000
Dallas, TX 75207


Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622


Linkedin Corporation
62228 Collection Center Drive
Chicago, IL 60693


London Broadcasting Company Inc
KBMT-TV
PO Box 660919
Dallas, TX 75266-0919


London Broadcasting Company Inc
KJAC-TV
PO Box 660919
Dept 730055
Dallas, TX 75266-0919

Louisiana Media Company LLC
WVUE-TV
Dept. 2310
P.O. Box 11407
Birmingham, AL 35246-2310

Louisiana Television Broadcasting LLC
WBRZ-TV
P.O. Box 2906
Baton Rouge, LA 70821


LSB Broadcasting, Inc.
KYTX-TV - Dept 730057
PO Box 660919
Dallas, TX 75266-0919

Majestic Communications, LLC
KBCQ-FM
P.O. Box 670
Roswell, NM 88202


Malkan Interactive Communications
KZFM-FM
P.O. Box 9757
Corpus Christi, TX 78469


Maranatha Broadcasting Co Inc
WFMZ-TV
300 East Rock Road
Allentown, PA 18103


Marketing Informatics, LLC
5629 Professional Circle
Indianapolis, IN 46241



McKinnon Broadcasting Company, Inc.
KUSI-TV
PO Box 719051
San Diego, CA 92171


Media General
KLFY-TV
P.O. Box 743299
Atlanta, GA 30384


Media General Operations Inc
WJTV-TV
33096 Collection Center Drive
Chicago, IL 60693


Media General Operations Inc.
WSAV-TV
P.O.  Box 743299
Atlanta, GA 30384


Meltwater News US, Inc.
Dept LA 23721
Pasadena, CA 91185

Meredith Corporation
KCTV-TV**
21241 Network Place
Chicago, IL 60673-1212


Meredith Corporation
KPHO-TV
Box 100067
Pasadena, CA 91189-0067


Meredith Corporation
WALA
29763 Network Place
Chicago, IL 60673-1297


Meredith Corporation
WHNS-TV
29903 Network Place
Chicago, IL 60673-1299


Meredith Corporation
WSMV-TV
29824 Network Place
Chicago, IL 60673-1298


Meridian Media, LLC
WMDN-TV
1151 Crestview Circle
Meridian, MS 39301-8669


Microsoft Subscription
One Microsoft Way
Redmond, WA 98052


Microsoft/Bing
555 110th Ave NE
Bellevue, WA 98004


Mid Missouri Media, Inc.
KLPW-FM
1051 Kingshighway, Suite #6
Rolla, MO 65401

Midessa Broadcasting LP
KTXC-FM
Dept# 2658
P.O. Box 11407
Birmingham, AL 35246-2658

Midessa Television LP
KWES-TV
P.O. Box 11407 - Dept #2647
Birmingham, AL 35246-2647

Mission Broadcasting Inc
KRBC-TV
PO Box 840185
Dallas, TX 75284-0185

Mission Broadcasting, Inc.
KOLR-TV
PO Box 744201
Atlanta, GA 30374-4201

Mobile Video Tapes Inc
KRGV-TV
P.O. Box 5
Weslaco, TX 78599-0005

Momentum Telecom, Inc.
29361 Network Place
Chicago, IL 60673

Morris Network Inc
WMGT-TV
P.O. Box 4328
Macon, GA 31208-4328

Moshe Mike Isreal Hasson
About Faces Entertainment
5092 Dorsey Hall Dr.
Ste 202
Ellicorr City, MD 21042

Mountain Broadcasting LLC
KCYU-TV
4600 S Regal Street
Spokane, WA 99223

MSpark
Mspark Dallas Lockbox
P.O. Box 848469
Dallas, TX 75284-8469


Multimedia Holdings Corp
KPNX-TV
P.O. Box 637375
Cincinnati, OH 45263-7375


Multimedia Holdings Corp
KTVD-TV
P.O. Box 637367
Dab Gannett Co Brdcst Inc
Cincinnati, OH 45263-7367

Multimedia Holdings Corp
KUSA-TV
P.O. Box 637367
Cincinnati, OH 45263-7367


Multimedia Holdings Corporation
KARE-TV
PO Box 637386
Cincinnati, OH 45263-7386


National Media Delivery
6345 Garth Road
110-104
Baytown, TX 77521


Navajo Times Publishing Co Inc
P.O. Box 310
Attn:Jonathan Harrison
Window Rock, AZ 86515


NBC Universal, LLC
KNBC-TV
PO Box 402971 - CFS Lockbox
Atlanta, GA 30384-2971


NBC Universal, LLC
KNTV-TV
PO BOX 402971 - CFS Lockbox
Atlanta, GA 30384-2971

NBC Universal, LLC
KTMD-TV
PO BOX 419306
Boston, MA 02241-9306


NBC Universal, LLC
KVDA-TV
PO BOX 419306
Boston, MA 02241-9306


NBC Universal, LLC
KXAS-TV
CFS Lockbox - PO BOX 402971
Atlanta, GA 30384-2971


NBC Universal, LLC
KXTX
PO BOX 419306
Boston, MA 02241-9306


NBC Universal, LLC
WMAQ-TV
PO Box 402971 - CFS Lockbox
Atlanta, GA 30384-2971


NBC Universal, LLC
WRC-TV
PO Box 402971 - CFS Lockbox
Atlanta, GA 30384-2971


NBCUniversal, LLC
KTLM-TV
PO BOX 419306
Boston, MA 02241-9306


Nebraska Rural Radio Association
KTMX-FM
1309 Road 11
York, NE 68467


Nestar Broadcasting Inc
KTAB-TV
PO Box 840185
Dallas, TX 75284-0185

New Orleans Hearst TV Inc
WDSU-TV
P.O. Box 90027
Prescott, AZ 86304-9027


New South Radio, Inc.
WJKK-FM
265 Highpoint Drive
Ridgeland, MS 39157


New South Radio, Inc.
WUSJ-FM
265 Highpoint Drive
Ridgeland, MS 39157


New World Communications of Atlanta Inc.
WAGA-TV
PO Box 100610
Atlanta, GA 30384-0610


New World Communications of Detroit, Inc
WJBK-TV
PO Box 100624
Atlanta, GA 30384-0624


Nexstar Broadcasting
WISH-TV
90359 Collections Center Drive
Chicago, IL 60693


Nexstar Broadcasting Group
KXMC-TV
2650 E. Division
Springfield, MO 65803


Nexstar Broadcasting Group, Inc.
KGPE-TV
PO Box 748604
Los Angeles, CA 90074-8604


Nexstar Broadcasting Group, Inc.
KSEE-TV
PO Box 748604
Los Angeles, CA 90074-8604

Nexstar Broadcasting Inc
KFDX-TV
PO Box 840185
Dallas, TX 75284-0185


Nexstar Broadcasting Inc
KLST-TV
PO Box 840185
Dallas, TX 75284-0185


Nexstar Broadcasting Inc
KMID-TV
7403 University Ave.
Lubbock, TX 79423


Nexstar Broadcasting Inc
KNWA-TV
1401 W. Capitol Ave #104
Little Rock, AR 72201


Nexstar Broadcasting Inc
KSAN-TV
PO Box 840185
Dallas, TX 75284-0185


Nexstar Broadcasting Inc.
KGET-TV
PO Box 748604
Los Angeles, CA 90074-8604


Nexstar Broadcasting Inc.
KLAS-TV
PO Box 748604
Los Angeles, CA 90074-8604


Nexstar Broadcasting Inc.
KSVI-TV
PO Box 748604
Los Angeles, CA 90074-8604


Nexstar Broadcasting Inc.
WATN-TV
PO Box 840148
Dallas, TX 75284-8401

Nexstar Broadcasting Inc.
WBOY-TV
P.O. Box 419779
Boston, MA 2241


Nexstar Broadcasting Inc.
WBRE-TV
PO Box 419779
Boston, MA 2241


Nexstar Broadcasting Inc.
WVNS-TV
PO Box 419779
Boston, MA 2241


Nexstar Broadcasting Inc.
WYOU-TV
PO Box 419779
Boston, MA 2241


Nexstar Broadcasting, Inc.
KAMR-TV
PO Box 840185
Dallas, TX 75284


Nexstar Broadcasting, Inc.
KARK-TV
PO Box 840148
Dallas, TX 75284-8401


Nexstar Broadcasting, Inc.
KCLO-TV
P.O. Box 743299
Atlanta, GA 30384


Nexstar Broadcasting, Inc.
KLRT-TV
PO Box 840148
Dallas, TX 75284-8401


Nexstar Broadcasting, Inc.
KOIN-TV
PO Box 844304
Dallas, TX 75284

Nexstar Broadcasting, Inc.
KSNW-TV
P.O. Box 844304
Dallas, TX 75284


Nexstar Broadcasting, Inc.
KTAL-TV
PO Box 840148
Dallas, TX 75284-0148


Nexstar Broadcasting, Inc.
KTVX-TV
PO Box 748604
Los Angeles, CA 90074-8604


Nexstar Broadcasting, Inc.
KXRM-TV
33096 Collection Center Drive
Chicago, IL 60693


Nexstar Broadcasting, Inc.
WATE-TV
545 E. John Carpenter Freeway, Suite 700
Irving, TX 75062


Nexstar Broadcasting, Inc.
WBTW-TV
PO Box 743299
Atlanta, GA 30384


Nexstar Broadcasting, Inc.
WCMH-TV
545 East John Carpenter Freeway,Ste 700
Irving, TX 75062


Nexstar Broadcasting, Inc.
WDHN-TV
PO Box 744201
Atlanta, GA 30374-4201


Nexstar Broadcasting, Inc.
WGMB-TV FOX 45
PO Box 840148
Dallas, TX 75284-8401

Nexstar Broadcasting, Inc.
WHTM-TV
PO Box 743299
Atlanta, GA 30384


Nexstar Broadcasting, Inc.
WKRN-TV
PO Box 743299
Atlanta, GA 30384


Nexstar Broadcasting, Inc.
WMBB-TV
PO Box 744201
Atlanta, GA 30374-4201


Nexstar Broadcasting, Inc.
WNCN-TV
33096 Collections Center Drive
Chicago, IL 60693


Nexstar Broadcasting, Inc.
WOOD-TV
90359 Collection Center Dr
Chicago, IL 60693


Nexstar Broadcasting, Inc.
WSPA-TV
33096 Collection Center Drive
Chicago, IL 60693


Nexstar Broadcasting, Inc.
WTVO-TV
PO Box 74008722
Chicago, IL 60674-8722


Nexstar Broadcasting, Inc.
WYCW-TV
545 E. John Carpenter Freeway, Suite 700
Irving, TX 75062


Nielsen Audio, Inc.
PO Box 3228
Carol Stream, IL 60132

Noalmark Broadcasting Corp.
KIXN-FM
619 N. Turner
Hobbs, NM 88240


Noalmark Broadcasting Corp.
KZOR-FM
P.O. Box 5629
Hobbs, NM 88241


NPG Broadcast / Gulf Cal. Broadcast Co.
KESQ-TV
PO Box 873808
Kansas City, MO 64187-3808


NPG of Monterey-Salinas CA, LLC
KION-TV
PO Box 873808
Kansas City, MO 64187-3808


NPG Of Texas L.P. KVIA-TV
KVIA-TV
PO Box 873808
Kansas City, MO 64187-3808


NRG Radio LLC
KBBK-FM
4343 ""O"" Street
Lincoln, NE 68510


NRQE-TV
Nexstar Broadcasting, Inc.
PO Box 844304
Dallas, TX 75284-4304


NW Commuications of Texas Inc
KDFI-TV*
P.O. Box 844824
Dallas, TX 75284-4824


NW Communcations Of Texas Inc
KDFW-TV
P.O. Box 844824
Dallas, TX 75284-4824

NW Communications of Austin Inc
KTBC-TV
P.O. Box 844832
Dallas, TX 75284-4832


NW Communications of Phoenix, Inc. dba
511 West Adams street
Phoenix, AZ 85003


Ohio/Oklahoma Hearst Television, Inc.
WLWT-TV
PO Box 90033
Prescott, AZ 86304-9033


Outfront Media Inc.
Outfront Media LLC
P.O. Box 33074
Newark, NJ 07188-0074


Pac-12 Enterprises, LLC
Pac-Conference
360 3rd Street, 3rd Floor
San Francisco, CA 9417


Pacific & Southern Co Inc
WMAZ-TV
Gannett Co. Inc.
P.O. Box 637386
Cincinnati, OH 45263-7386


Pacific and Southern, LLC
WTSP-TV
PO Box 637386
Cincinnati, OH 45263-7386


Pandora Media Inc
25601 Network Place
Chicago, IL 60673-1256


Parks Coffee
PO Box 110209
Carrolton, TX 75011

Pelco Prints
Digital Media Services
c/o Accord Financial, Inc PO Box 6704
Greenville, SC 29606


Pelco Prints - Digital Media Services
c/o Accord Financial, Inc.
PO Box 6704
Greenville, SC 29606


Permian Basin Radio, LLC
KQLM-FM
1537 S Crane Ave
Odessa, TX 79763


Phoenix Newspapers Inc
Arizona Republic
P.O. Box 677595
Dallas, TX 75267-7595


Pikes Peak Television Inc
KRDO-TV
P.O. Box 873808
Kansas City, MO 64187


Pitney Bowes, Inc.
PO Box 371874
Pittsburgh, PA 15250


Plant Interscapes
6436 Babcock Road
San Antonio, TX 78249


Post Asylum
5642 Dyer St
Dallas, TX 75206


Post Newsweek Stataions-San Antonio Inc
KSAT-TV
P.O.  Box 951519
Dallas, TX 75395-1519

Post-Newsweek Stations Houston GP Inc.
KPRC-TV
P.O. Box 934721
Atlanta, GA 31193-4721


Preferred Business Solutions
1701 W. Walnut Hill
Irving, TX 75038


Preferred Office Products, Inc
Preferred Business Solutions
1701 W. Walnut Hill
Irving, TX 75038


Premier Printing of Dallas
8607 Ambassador Ste.#190
Dallas, TX 75247


Q-Broadcasting Corporation
WAMA-AM
1355 East Altamonte Drive
Altamonte Springs, FL 32701


Rackspace
1 Financial Place
City of Windcrest
San Antonio, TX 78218


Radio One Inc.
WFUN-FM
P.O. Box 603441
Charlotte, NC 28260-3441


Radio One Inc.
WHHL-FM
P.O. Box 603441
Charlotte, NC 28260-3441


Radio One of Texas II, LLC
KZMJ-FM
13760 Noel Road, Suite 1100
Dallas, TX 75240

Radio One, Inc.
WFXC-FM
PO Box 603441
Charlotte, NC 28260-3441


Radio One, Inc.
WQOK-FM
PO Box 603441
Charlotte, NC 28260-3441


Radio Ranch LLC
KRNH-FM
3505 Fredricksburg Rd
Kerrville, TX 78028


Rapid Broadcasting Co
KNBN-TV
P.O. Box 9549
Rapid City, SD 57709-9549


Raycom Media
KOLD-TV
7831 N Business Park Dr
Tucson, AZ 85743


Raycom Media Inc
KNIN-TV
1866 E Chisholm
Nampa, ID 83687


Raycom Media Inc
KSLA TV
1812 Fairfield Ave
Shreveport, LA 71101


Raycom Media Inc
WDAM-ABC
2362 HIghway 11
Moselle, MS 39459


Raycom Media Inc
WTOC-TV
PO Box 11407 / Drawer 0244
Birmingham, AL 35246-0244

Raycom Media Inc.
WMBF-TV
PO Box 11407 / Drawer #1522
Birmingham, AL 35246-1522


Raycom Media Inc.
WWBT-TV
PO Box 11407 / Drawer 1498
Birmingham, IL 35246-1498


Raycom Media Inc.
WXIX-TV
635 W 7th Street
Cincinnati, OH 45203


Raycom Media, Inc.
WLOX-TV
Lockbx #1380 / PO Box 11407
Birmingham, AL 35246-1380


Raycom Media, Inc.
WTNZ-TV
9000 Executive Park Dr, Bldg D Suite 300
Knoxville, TN 37923


Raycom TV Broadcasting Inc
KLTV-TV
Amsouth Bank-Lockbox #1355
P.O. Box 11407
Birmingham, AL 35246-1355


Raycom TV Broadcasting Inc
KPLC-TV
Lbox#1390
P.O. Box 11407
Birmingham, AL 35246-1390


Raycom TV Broadcasting Inc
WAFB-TV
Drawer 0340
P.O. Box 11407
Birmingham, AL 35246-0340


Raycom TV Broadcasting Inc
WBRC-TV
Dept. #1577
P.O. Box 11407
Birmingham, AL 35246-1577

Raycom TV Broadcasting Inc
WLBT-TV
Lockbx #1375 / PO Box 11407
Birmingham, AL 35246-1375


Raycom TV Broadcasting Inc
WMC-TV
P.O. Box 11407
Drawer 0422
Birmingham, AL 35246-0422

Raycom TV Broadcasting Inc
WSFA-TV
Amsouth Bank-Lckbx #1400
P.O. Box 11407
Birmingham, AL 35246-1400

RCG Media, LLC
WBFA-FM
PO Box 5294
Columbus, GA 31906


Rentrak
NW 6135
PO Box 1450
Minneapolis, MN 55485


Rentrak Corporation
NW 6135
PO Box 1450
Minneapolis, MN 55485-6135


RNOT, LLC.
Retail Me Not inc.
301 Congress Suite 700
Austin, TX 78701


Roberts Radio Broadcasting, LLC
WRBJ-FM
1408 N. Kingshighway Suite 300
St. Louis, MO 63113


Rocket Fuel Inc.
PO Box 734106
Dallas, TX 75373-4106

Sacramento Television Stations, Inc.
KOVR-TV
2713 KOVR Drive
West Sacramento, CA 95605


Sander Operating Co. II LLC
KTVK-TV
P.O. Box 101524
Pasadena, CA 91189-1524


Sander Operating Co. III LLC
KGW-TV
PO Box 101449
Pasadena, CA 91189-1449


Sangre De Cristo Communications Inc
KOAA-TV
2200 7th Ave
Pueblo, CO 81003


Sarkes Tarzian Inc.
KTVN-TV
4925 Energy Way
Reno, NV 89502


Scott Commuications Inc
WJAM-FM
P.O. Box 1150
Selma, AL 36702-1150


Screenvision
245 Kenneth Drive, Ste. 400
Rochester, NY 14623


Scripps Broadcasting Holdings, LLC
KTNV-TV Las Vegas
PO BOX 203584
Dallas, TX 75320-3584


Scripps Media
WTMJ-TV
PO Box 203575
Dallas, TX 75320-3575

Scripps Media Inc
KJRH-TV
1088 Momentum Place
Chicago, IL 60689-5310


Scripps Media Inc
KSHB-TV
P.O. Box 204224
Dallas, TX 75320-4224


Scripps Media Inc.
KMGH-TV
P.O. Box 912582
Denver, CO 80291-2582


Scripps Media, Inc.
KERO-TV
PO Box 844518
Los Angeles, CA 90084-4518


Scripps Media, Inc.
KGTV-TV
PO Box 30580
Los Angeles, CA 90030-0580


Scripps Media, Inc.
KIVI-TV - Boise
PO BOX 203587
Dallas, TX 75320-3587


Scripps Media, Inc.
KMTV-TV
PO Box 5380
Cincinnati, OH 45201


Scripps Media, Inc.
KNXV-TV
P.O. Box 204268
Dallas, TX 75320-4268


Scripps Media, Inc.
WCPO-TV
PO Box 204230
Dallas, TX 75320-4230

Scripps Media, Inc.
WFTS-TV
PO Box 864913
Orlando, FL 32886-4913


Scripps Media, Inc.
WMAR-TV
PO Box 5380
Cincinnati, OH 45201


Scripps Media, Inc.
WOWT-TV
P.O. Box 5380
Cincinnati, OH 45201


Scripps Media, Inc.
WRTV-TV
PO Box 204252
Dallas, TX 75320-4252


Scripps Media, Inc.
WXYZ-TV
PO Box 204263
Dallas, TX 75320-4263


Sedza Broadcasting
WAOS-FM La Mejor
5815 Westside Rd
Austell, GA 30106


Sewelltech, Inc.
2707 N Stemmons Frwy
Ste 175
Dallas, TX 75207


Sewelltech, Inc.
2707 N. Stemmons Fwy., Suite 175
Dallas, TX 75207


SignAd, LTD.
PO Box 8626
Houston, TX 77249

Simmons Research, LLC
PO Box 392180
Pittsburgh, PA 15251


Sinclair Broadcast Gr.
KUTV-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Gr.
WBMA-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
EGXA-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KABB-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KATV-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KBTV-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KDBC-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KFDM-TV
PO Box 206270
Dallas, TX 75320-6270

Sinclair Broadcast Group
KFOX-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KGBT-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KIMA-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KOCB-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KOKH-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KSNV-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KTUL-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
KTXS-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
WABM-TV
PO Box 206270
Dallas, TX 75320-6270

```
Sinclair Broadcast Group
c/o WEAR-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
WGXA-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
WJTC
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
WOAI-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
c/o WPMI-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group
WZTV-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group, Inc.
KATU-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group, Inc.
KRNV-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group, Inc.
KRXI-TV
PO Box 206270
Dallas, TX 75320-6270
```

Sinclair Broadcast Group, Inc.
WKRC-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group, Inc.
WPDE-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Broadcast Group, Inc.
WSTR-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Media
KECI-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Television Group, Inc.
WDKY-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Television Group, Inc.
WHP-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Television Group, Inc.
WLOS-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Television Group, Inc.
WMYA-TV
10706 Beaver Dam Rd.
Hunt Valley, MD 21030


Sinclair Television Group, Inc.
WRLH-TV
PO Box 206270
Dallas, TX 75320-6270

Sinclair Television Group, Inc.
WSYX-TV
10706 Beaver Dam Rd
Hunt Valley, MD 21030


Sinclair Television Group, Inc.
WTTE-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Television Media, Inc.
KBOI-TV
PO Box 206270
Dallas, TX 75320


Sinclair Television Media, Inc.
KOMO-TV
PO Box 206270
Dallas, TX 75320-6270


Sinclair Television of Omaha, LLC
KHGI-TV
P.O. Box 206270
Dallas, TX 75320-6270


Sizmek Technologies Inc.
PO Box 28246
New York, NY 10087-8246


SJL of Pennsylvania, Inc.
WICU-TV
3514 State Street
Erie, PA 16508


Slickdeals, LLC
6010 S. Durango Dr. Suite #200
Las Vegas, NV 89113


Southern Radio, Inc.
XHEM-FM
2100 Trawood
El Paso, TX 79935

Southwest Outdoor Advertising Inc
5206 McKinney Ave #204
Dallas, TX 75205


Spanish Broadcasting System
KXOL-FM
7007 N.W. 77th Ave
Miami, FL 33166-2836


Spectrum Reach
Charter Communications Holdings, LLC
26683 Network Place
Chicago, IL 60673-1266


Spectrum Reach
Charter Communications Holdings, LLC
PO Box 26684
Tampa, FL 33623-6684


Spectrum Reach - El Paso
Charter Communications Holdings, LLC
26683 Network Place
Chicago, IL 60673


Spectrum Reach - Erie
Charter Communications Holdings, LLC
PO Box 27908
New York, NY 10087


SQAD Media Tools
303 S. Broadway, Suite 130
Tarrytown, NY 10591


Starchannel Communications LLC
XERV-TV
4909 N. McColl Road
Mcallen, TX 78504


Station Venture Operations, LP
KNSD-TV
PO BOX 402971- CFS Lockbox
Atlanta, GA 30384-2971

Stations Group, LLC
KVDF-TV
700 N Central Ave #300
Glendale, CA 91203


Strata Marketing, Inc.
23608 Network Place
Chicago, IL 60673-1236



Strata Marketing, Inc.
23608 Network Place
Chicago, IL 60673



Studio 205, Inc.
8 East Claiborne Street
Monroeville, AL 36460



Swearingen Realty Services, L.L.C.
5950 Berkshire Lane, Suite 500
Att: Accounting Dept.
Dallas, TX 75225


Tejas Broadcasting Ltd LLP
KMJR-FM
1227 W. Magnolia Ave. Suite 300
Fort Worth, TX 76104-4400


Tejas Broadcasting, LTD.,LLP
KZIP-FM
1227 W. Magnolia Ave. Suite 300
Fort Worth, TX 76014-4400


Telefutura Television Group
KSTR-TV
2323 Bryan St. Ste 1900
Dallas, TX 75201


Telefutura Television Group Inc
KNIC-TV
P.O.  Box 460847
Houston, TX 77056

Telesouth Communications
WTNM-FM
PO Box 1077
Oxford, MS 38655


TeleSouth Communications Inc.
WFMM-FM
6311 Ridgewood Road
Jackson, MS 39211


TeleSouth Communications Inc.
WOSM-FM
P.O. Box 1919
Ocean Springs, MS 39566


Television Wisconsin, Inc.
WISC-TV
7025 Raymond Road
Madison, WI 53719


Telmar USA Corp
711 Third Ave.
New York, NY 10017


Texas Alcoholic Beverage Commission
License and Permits Division
PO Box 13127
Austin, TX 78711-3127


Texas Comptroller of Public Accounts
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78714-9080


The Carrizo Springs
P.O. Box 1046
Carrizo Springs, TX 78834

The Dart Group Inc.
Dart Outdoor Advertising*
12730 Cranes Mill
San Antonio, TX 78230


The Selma News
P.O. Box 611
Selma, AL 36702-0611


The Tennis Channel, Inc.
KBAK-TV
PO Box 206270
Dallas, TX 75320-6270


Thomas Broadcasting Co
WOAY-TV
P.O. Box 3001
Oak Hill, WV 25901


Ticket Spicket, LLC
7447 Grape Holly Lane
Roanoke, VA 24018


Time Warner Cable
Time Warner Cable Mcallen
Rio Grand Valley
26683 Network Place
Chicago, IL 60673-1266


Townsquare Media LLC
KQBR-FM
PO Box 301650
Dallas, TX 75303-1650


Townsquare Media Odessa/Midland II, LLC
KNFM-FM
PO Box 731933-1933
Dallas, TX 75373


Townsquare Media Odessa/Midland II,LLC
KZBT-FM
PO Box 731933-1933
Dallas, TX 75373-1933

Townsquare Media W Central Radio Brd LLC
KJMH-FM
P.O. Box 730984
Dallas, TX 75373-0984


Townsquare Media, LLC
KFMX-FM
P.O. Box 301650
Dallas, TX 75303-1650


Townsquare Media, LLC
KZII-FM
P.O. Box 301650
Dallas, TX 75303-1650


Tribune Broadcasting
KDAF-TV
P.O. Box 843987
Dallas, TX 75284-3987


Tribune Broadcasting Company II, LLC
KSTU-TV
PO Box 59750
Los Angeles, CA 90074-9750


Tribune Broadcasting Company, LLC
WTVR-TV
PO Box 417876
Boston, MA 02241-7876


Tribune Broadcasting II, LLC
WNEP-TV
435 N. Michigan Ave
Chicago, IL 60611


Tribune Broadcasting II, LLC
WREG-TV
32851 Collection Center Dr.
Chicago, IL 60693-0328


Tribune Broadcasting Oklahoma City, LLC
KFOR-TV
PO Box 847369
Dallas, TX 75284-7369

Tribune Company
KCPQ-TV
PO Box 742111
Los Angeles, CA 90074-2111


Tribune Media Company
KSWB-TV
P.O. Box 749011
Los Angeles, CA 90074-9011


Tribune Media Company
WPMT-TV
435 N. Michigan Ave.
Chicago, IL 60611


Tribune Media Company & Subsidaries
WITI-TV
32848 Collection Center Drive
Chicago, IL 60693-0328


Tribune Media Company & Subsidaries
WJW-TV
32849 Collection Center Drive
Chicago, IL 60693-0328


Tribune Media Company & Subsidaries
WQAD-TV
32850 Collection Center Drive
Chicago, IL 60693-3028


Tribune Media Company & Subsidiaries
KTLA-TV
PO Box 11155
Los Angeles, CA 90074-1155


Tribune Media Company & Subsidiaries
WXIN-TV
16779 Collections Center Drive
Chicago, IL 60693


Tribune Real Estate Holdings LLC
KFSM-TV
P.O. Box 847296
Dallas, TX 75284-7296

Tribune Television New Orleans Inc
WGNO-TV
P.O. Box 741053
Atlanta, GA 30374


Tribune Television New Orleans Inc
WNOL-TV
P.O. Box 741053
Atlanta, GA 30384


TTBG Houston Op Co LLC
KUBE-TV
2401 Fountain View Drive
Suite 300
Houston, TX 77057

TTWN Media Networks LLC
Total Traffic
20880 Stone Oak Pkwy
San Antonio, TX 78258


TubeMogul, Inc.
1250 53rd Street
Ste 1
Emeryville, CA


U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074


U.S. Attorney General
Department of Justice
Washington, DC 20001


U.S. Department of
Housing and Urban Development
801 Cherry Street, Unit #45
Suite 2500
Ft. Worth, TX 76102

Union Springs Herald LLC
324 Ellis Street
Union Springs, AL 36089

Uniradio Corp.
XHTY-FM
5030 Camino De La Siesta, Ste #403
San Diego, CA 92108


United Communications Corporation
KEYC-TV
PO Box 128
Mankato, MN 56002


United States Attorney
1100 Commerce St.
Room 16G28
Dallas, TX 75242-1049


Univision Communications Inc
PO Box 740719
Los Angeles, CA 90074-0719


Univision Radio Broadcasting Texas LP
KGBT-FM
200 S 10th St.#600
Mcallen, TX 78501


Univision Radio Broadcasting Texas LP
KLJA-FM
2233 W. North Loop Blvd.
Austin, TX 78756


Univision Radio Broadcasting Texas LP
KROM-FM
P.O. Box 460748
Houston, TX 77056


Univision Radio Broadcasting Texas, L.P.
KLQB-FM
PO Box 460588
Houston, TX 77056


Univision Radio Broadcasting Texas, LP
KLTN-FM
PO Box 460688
Houston, TX 77056

Univision Radio Broadcasting Texas, LP
KOVE-FM
PO Box 460688
Houston, TX 77056


Univision Radio Broadcasting Texas, LP
KXTN-FM
P.O. Box 460748
Houston, TX 77056


Univision Radio Florida, LLC
WRTO - FM
P.O. Box 228236
Miami, FL 33222


Univision Radio LA, INC
KLVE-FM
P.O, Box 452148
Los Angeles, CA 90048


Univision Radio LA, INC
KSCA-FM
P.O. Box 452148
Los Angeles, CA 90045


Univision Radio TX LP
KBTQ-FM*
P.O. Box 460708
Houston, TX 77056


Univision Receivables Co.
KFTH-TV
P.O. Box 740719
Los Angeles, CA 90074-0719


Univision Receivables Co.
KXLN-TV
P.O. Box 740719
Los Angeles, CA 90074-0719


Univision Receivables Co. LLC
WAMR-FM
P.O. Box 740721
Los Angeles, CA 90074-0721

Univision Receivables Company LLC
KLNO-FM
P.O. Box 460607
Houston, TX 77056

Urban Radio Broadcasting LLC
WACR-FM
608 Yellow Jacket Drive
Starkville, MS 39759

Urban Radio of Mississippi LLC
WJMI-FM
731 S Pear Orchard Rd #27
Ridgeland, MS 39157-4800

Urban Radio Of Mississippi LLC
WKXI-FM
731 S. Pear Orchard #27
Ridgeland, MS 39157

USTN
United States Traffic Network LLC
P.O. Box 639181
Cincinnati, OH 45263-9181

UVN Texas LP
KUVN-TV
2323 Bryan St.
Ste. 1900
Dallas, TX 75201

UVN Texas LP
KWEX-TV
P.O. Box 460847
Houston, TX 77056

Vail Daily
Colorado Mountain News Media
PO Box 1888
Carson City, NV 89701-1888

Valassis Direct Mail Inc
File 70179
Los Angeles, CA 90074-0179

ValuDirect, LLC
6 Way Road
Middlefield, CT 6455


Viamedia Inc.
7796 Solution Center
Chicago, IL 60677-7007


VideoIndiana, Inc.
WTHR-TV
Dept. L-2380
Columbus, OH 43260-2380


Viva Media LLC
KBEX-FM
500 S. Polk Suite 110
Amarillo, TX 79101


WBNS-TV
770 Twin Rivers Drive
Columbus, OH 43215


WCHK-AM
1176 Satellite Blvd., Ste. 200
Suwanee, GA 30024


WDAF-TV *
32846 Collection Center Drive
Chicago, IL 60693-0328


WDJT-TV Limited Partnership
WDJT-TV
26 N. Halsted
Chicago, IL 60661


WEWS-TV
Scripps Media, Inc.
PO Box 5380
Cincinnati, OH 45201

```
WFAA TV Inc
Dept 730045
P.O. Box 660919
Dallas, TX 75266-0919


WFTV, Inc.
WFTV-TV
PO Box 809615
Chicago, IL 60680-9615


WGAL Hearst Television, Inc.
WGAL-TV
PO Box 90030
Prescott, AZ 86304-9030


WGBC-TV, LLC
EGBC-TV (Fox 30)
1151 Crestview Circle
Meridian, MS 39301-8669


WGBC-TV, LLC
1151 Crestview Circle
Meridian, MS 39301-8669



WGNL-FM
P.O.  Box 1801
Greenwood, MS 38935



WGTU-TV
10706 Beaver Dam Rd
Cockeysville, MD 21030



Wick Communications
Wick Communications
Attn: Missy Bosley
333 W. Wilcox Dr. #302
Sierra Vista, AZ 85635


Wilkerson Publishing Co., Inc.
114 E Goodwin
Pleasanton, TX 78064
```

Williams-Grand Canyon News
Navajo-Hopi Observer
8307 E. Hwy 69 Ste #B
Prescott Valley, AZ 86314


WJZD Inc
WJZD-FM
P.O. Box 6216
Gulfport, MS 39506


WKRG - TV
P.O. Box 403911
Atlanta, GA 30384-3911


WKYC-TV, LLC
WKYC-TV
PO Box 637386
Cincinnati, OH 45263-7386


WLEX Communications, LLC
WLEX-TV
PO Box 1457
Lexington, KY 40588


WLKQ-FM
1176 Satellite Blvd., Ste. 200
Suwanee, GA 30024


WLS Televsion Inc.
WLS-TV
PO Box 732384 / Attn: WLS-505
Dallas, TX 75373-2384


WMYM-AM
Actualidad Media Group
2090 NW 79 Ave
Doral, FL 33122


Woods Communications Corp
WCOV-TV
P.O. Box 250045
Montgomery, AL 36125-0045

WQUE FM
WQUE FM
P.O. Box 402544
Atlanta, GA 30349-2544

WRAL-TV
PO Box 60904
Charlotte, NC 28260

WRAZ-TV
WRAZ-TV - Accounting Department
PO Box 60928
Charlotte, NC 28260

WRBO-FM
Cumulus - Memphis, TN
3644 Momentum Place
Chicago, IL 60689-5336

WREX Television LLC
WREX-TV
PO Box 1001
Quincy, IL 62306

WREY-FM
PO Box 25130
St. Paul, MN 55125

WSKQ-FM
Radio Soleil Inc.
1622 Nostrand Avenue
Brooklyn, NY 11226

WSMH, Inc.
WWMT-TV
10706 Beaver Dam Rd.
Cockeysville, MD 21030

WTVD Television, LLC
WTVD-TV
PO Box 732384 / Attn: WTVD-707
Dallas, TX 75373-2384

WTVQ-TV, LLC
WTVQ-TV
PO Box 55590
Lexington, KY 40555


WURN-AM
Actualidad Media Group
2090 NW 79 Ave
Doral, FL 33122


WUSA-TV, Inc.
WUSA-TV
PO Box 637386
Cincinnati, OH 45263-7386


WVTM Hearst Television Inc
WVTM-TV
P.O. Box 90012
Prescott, AZ 86304-9012


WVVA Television, Inc
WVVA-TV
PO Box 1001
Quincy, IL 62306-1001


WWL-TV Inc
Dept 730041
P.O. Box 660919
Dallas, TX 75266-0919


WWTV-TV
WWTV-TV
1 Broadcast Way
Cadillac, MI 49601


WYFF-TV/Hearst Television Inc
505 Rutherford Street
Greenville, SC 29609


WYLD FM
P.O. Box 402544
Atlanta, GA 30349-2544

WZTU-FM
iHeartMedia Entertainment
PO Box 406372
Atlanta, GA 30384-6372


xAd, Inc.
dba GroundTruth
Dept LA 23812
Pasadena, CA 91185-3812


XEWT-TV
TV de Los Mochis, S.A. de C.V.
P.O. Box 434537
San Diego, CA 92143-4537


XHRR-FM
Dept. 204
P.O. Box 4458
Houston, TX 77210-4458


Yelp, Inc.
P.O. Box 204393
Dallas, Texas 75320-4393



YuMe, Inc.
Dept CH 16422
Palatine, IL 60055-6422