James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| THE LEVENSON GROUP, INC. § | CASE NO. 18-34105-MVL-7 | |
| LEVENSON & HILL, LLC § | (SUBSTANTIVELY CONSOLIDATED) | |
| § | | |
| DEBTORS § | | |

## NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT
## UNCLAIMED FUNDS - CLAIM #LH 053,
## CUMULUS MEDIA INC. & SUBSIDARIES

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check has not been negotiated or returned.

Name of payee on unclaimed check:                                Amount

**Cumulus Media Inc. & Subsidaries**                         **$ 27,738.11**
**c/o Sallie Kimbrough**
**3280 Peachtree Rd NW, Suite 2200**
**Atlanta, GA 30305**

**2nd mailing attempt:**
**780 Johnson Ferry Rd NE**
**Suite 500**
**Atlanta, GA 30342**

*/s/ James W. Cunningham, Trustee*