James W. Cunningham  
Jim Cunningham & Associates, Inc.  
6412 Sondra Drive  
Dallas Texas 75214-3451  
(214) 827-9112  

Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| THE LEVENSON GROUP, INC. § | CASE NO. 18-34105-MVL-7 | |
| LEVENSON & HILL, LLC § | (SUBSTANTIVELY CONSOLIDATED) | |
| § | | |
| DEBTORS § | | |

## NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT
## UNCLAIMED FUNDS - CLAIM #LH 104,
## ENTRAVISION COMMUNICATIONS CORPORATION

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check has not been negotiated or returned.

Name of payee on unclaimed check:                                                          Amount

**Entravision Communications Corporation**                         **$ 25,697.76**
**DBA - Entravision Solutions**
**5700 Wilshire Blvd., Ste 250**
**Los Angeles, CA 90036**

_James W. Cunningham, Trustee_