James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| THE LEVENSON GROUP, INC. § | | CASE NO. 18-34105-MVL-7 |
| LEVENSON & HILL, LLC § | | (SUBSTANTIVELY CONSOLIDATED) |
| § | | |
| DEBTORS § | | |

## NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT
## UNCLAIMED FUNDS - CLAIM #LH 001, IHEART MEDIA, INC.

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check has not been negotiated or returned.

Name of payee on unclaimed check:                                Amount

**iHeart Media, Inc.**                                           **$ 64,326.98**
**20880 Stone Oak Parkway**
**San Antonio, TX 78258**


*James W. Cunningham, Trustee*