James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| THE LEVENSON GROUP, INC. § | CASE NO. 18-34105-MVL-7 | |
| LEVENSON & HILL, LLC § | (SUBSTANTIVELY CONSOLIDATED) | |
| § | | |
| DEBTORS § | | |

## NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT
## UNCLAIMED FUNDS - CLAIM #LH 125, CAJUN OPERATING COMPANY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check has not been negotiated or returned.

Name of payee on unclaimed check:                                                                 Amount

**Cajun Operating Company**                                                                  **$ 92,205.56**
**150 E. Ponce de Leon Ave., Suite 410**
**Decatur, GA 30030**

**2nd mailing attempt:**
**c/o Caiola & Rose, LLC**
**125 Clairemont Ave., Suite 240**
**Decatur, GA, 30030**

*James W. Cunningham, Trustee*