James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE LEVENSON GROUP, INC. | § | CASE NO. 18-34105-MVL-7 |
| LEVENSON & HILL, LLC | § | (SUBSTANTIVELY CONSOLIDATED) |
| | § | |
| DEBTORS | § | |

## NOTICE BY CHAPTER 7 TRUSTEE TO DEPOSIT
## UNCLAIMED FUNDS - CLAIM #LG 068,
## CAJUN OPERATING COMPANY dba CHURCHS CHICKEN

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 7 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check has not been negotiated or returned.

Name of payee on unclaimed check:                                              Amount

**Cajun Operating Company dba**                                               $ 2,552.89
**Churchs Chicken**
**c/o Caiola & Rose, LLC**
**150 E. Ponce de Leon Ave., Suite 410**
**Decatur, GA 30030**

**2nd mailing attempt:**
**c/o Caiola & Rose, LLC**
**125 Clairemont Ave., Suite 240**
**Decatur, GA, 30030**

_James W. Cunningham, Trustee_