BTXN 127 (rev. 1/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

SEP 2 0 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

THE LEVENSON GROUP, INC.
LEVENSON & HILL, LLC

Debtor(s)

Case No.:

CASE NO. 18-34105-MVL-7
(SUBSTANTIVELY CONSOLIDATED)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Cumulus Media Inc. |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | Richard Denning, Secretary |
| 3. | Current Mailing Address | 780 Johnson Ferry Road, NE, Suite #500, Atlanta, GA  30342 |
| 4. | Telephone Number | (404) 497-4700 |
| 5. | ~~SS# (last 4 digits only)~~ or EIN # | 82-5134717 |
| 6. | Amount Being Claimed | $27,738.11 |

I, Richard Denning, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 7/19/2023

_[signature]_ Claimant Signature

N/A
Co-Claimant Signature

Subscribed and Sworn to Before Me this 19th day of July.

_[signature]_ Notary Public
In and for the State of Georgia
My commission expires June 6, 2026

[Notary seal: MELISSA WEATHERLY, COBB COUNTY, GEORGIA, MY COMMISSION EXPIRES JUNE 06, 2026]

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 7/19/2023

_Richard S. Denney_
Claimant's Signature

Instructions for filing the Application for Payment of Unclaimed Funds

**The court will only disburse unclaimed funds to the rightful owner upon full proof of the right thereto. Therefore, the following forms and documentation are required:**

1. **An Application for Payment of Unclaimed Funds**, include the case name and number.
   a. If the funds were deposited for joint claimants, both claimants must sign the application.
   b. The applicant must have legal standing to make the claim. When the owner of record is not the claimant, the signer or claimant requesting release of funds must show proper authority.
2. **Notice of Service to the US Attorney.** (US Attorney's mailing address is on the form)
3. **Required supporting documentation:**

   1. A legible copy of a document with former address on it establishing proof of the address of record at the time of the bankruptcy case (a copy of proof of claim, correspondence from the court, tax forms, telephone or water bill, etc.).

   2. A photocopy of an official government identification card (i.e. Passport, Military ID, or valid and current driver's license) for each claimant.

   3. Form AO213 Vendor Information/TIN Certification.

The following **additional** documentation is required:

<u>If the claimant(s) is represented by an attorney or a funds locator:</u>

1. Proof of identity of the owner of record.
2. An original notarized Power of Attorney signed by the claimant on whose behalf the representative is acting.
3. Proof of identity of the representative; and
4. Documentation sufficient to establish the claimant's entitlement to the funds. (See above)

<u>If claiming on behalf of a deceased party:</u>

1. Copy of the death certificate.
2. Certified copies of probate documents establishing the representative's right to act on behalf of o the decedent's estate
3. Proof of personal identity of the estate administrator.

<u>If the Claimant is a Corporation/Partnership:</u>

1. Application must be signed by an agent for and on behalf of the Corporation/Partnership.
2. A statement of the signing agent's authority.
3. Documentation establishing chain of ownership of the original corporate claimant.
4. A photocopy of representative's identification credentials

<u>Purchased or assigned claims:</u>

1. Documentation evidencing the transfer of claim or proof of the purchase/sale of assets.

Mail the **original** application to the following address:

U.S. Bankruptcy Court
1100 Commerce St., Room 1254
Dallas, TX 75242

Applications received which do not comply with the above requirements may be denied by the court.

Claims could take up to 90 days to complete.

*Privacy note:* Because documents filed with the court are available through the Internet, the court is committed to the protection of personal identification information. The individual applicant's driver's license number should be blacked out for privacy considerations. Also, all but the last four digits of the Social Security number should be blacked out for the same privacy reasons. **Responsibility.** The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The bankruptcy clerk is not responsible for ensuring compliance.

## General Instructions

**Purpose of the AO 213P:** The Judiciary utilizes the AO 213P to collect information necessary to facilitate payment. For many payments, the Judiciary is required to file an information return (e.g., 1099-MISC; 1099-NEC; 1099-INT) with the IRS and, therefore, must obtain payees' correct names and associated TINs to do so. If a TIN is not provided, a payee may be subject to backup withholding – situations where the Judiciary must withhold a certain percentage to ensure the IRS receives any tax due on the payment.

Payments disbursed by the Treasury on the Judiciary's behalf must collect payee TINs to comply with the Treasury's TIN Policy.
Payee TINs, obtained through this form, may be used by the government to collect and report on any delinquent amounts arising out of the payee's relationship with the government.

**\*\*Type of Payee:** Select the option from the Payee Type drop down menu that most accurately reflects current business operations or type of individual requesting payment from the Judiciary.
The following are the available choices for this drop down menu:

- Business Entity
- Other
- Refund Recipient
- Unclaimed Fund Claimant
- Unclaimed Funds Trustee

**\*\*Refund recipient only. Is the refund over $200? drop down menu:**

- Yes
- No

### Part 1, Line 1
Do not leave this line blank. Enter only one name for you or your entity. The name should match the name on your or your entity's U.S. tax return.

| Name or Entity | Instructions |
| --- | --- |
| Individual | Enter the name shown on your U.S. tax return. If you have changed your last name without informing the Social Security Administration of the name change, enter your first name, the last name as shown on your social security card, and your new last name. For Individual Taxpayer Identification Number (ITIN) applicants, enter your name as it was entered on your IRS Form W-7 application, line 1a. |
| Sole proprietor or Single member LLC | Enter the name shown on IRS 1040/1040A/1040EZ. You may enter your business name or "doing business as" (DBA) name in Part 2, as applicable. |
| Partnership, LLCs, or Corporations (except Single-member LLCs) | Enter entity name as shown on the entity's U.S. tax return in Part 1. You may enter your business name or "doing business as" (DBA) name in Part 2, as applicable. |
| Other entities (e.g., trusts, non-profit entities, government agencies) | Enter entity name in Part 1 as shown on required U.S. tax documents which matches the entity shown on the charter or legal document creating the entity, as applicable. |

### Part 1, Line 2
If this form is being completed so that a Treasury check may be issued payable to more than one person or entity, or if an EFT payment will be issued to an account owned jointly, enter in Part 1, Line 1 the name of the person or entity whose TIN you entered in Part 3. Additional names (e.g., "and" or "or") or additional information for U.S. Treasury check payments (e.g., "care of") must be entered in Part 1, Line 2.

| If payments is to be made by... | Then, enter the following... |
| --- | --- |
| EFT to Payee 1 AND Payee 2, co-owners of a joint account | Payee 1's name in Part 1, Line 1; Payee 2's name in Part 1, Line 2; Payee 1's TIN in Part 3. |
| A Treasury check made payable to Payee 1, Payee 2, AND Payee 3 | Payee 1's name in Part 1, Line 1; Payee 2's name AND Payee 3's name in Part 1, Line 2; Payee 1's TIN in Part 3. |
| A Treasury check made payable to Payee 1, Payee 2 OR Payee 3 | Payee 1's name in Part 1, Line 1; Payee 2's name OR Payee 3's name in Part 1, Line 2; Payee 1's TIN in Part 3. |
| A Treasury check made payable to Payee 1, CARE OF (c/o) Power of Attorney | Payee 1's name in Part 1, Line 1; C/O Power of Attorney name in Part 1, Line 2; Payee 1's TIN in Part 3. |

### Part 2
If you have a business or DBA name, you may enter it in Part 2.

### Part 3
Enter your or your entity's TIN in the appropriate box. The TIN must be the TIN associated with person or entity listed in Part 1, Line 1. If you are not a resident alien and do not have - and are not eligible to get - an SSN, your TIN is your ITIN. Enter it in the social security number box. If you are a sole proprietor and have an EIN, you may enter either your SSN or EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

## Part 4

**U.S Tax Classification:** Select the appropriate box in Part 4 for the U.S. tax classification of the person or the entity's whose name is entered in Part 1.
The following are the available choices for this drop down menu:

- Individual
- C Corporation
- S Corporation
- Single member LLC
- Government Entity (fed, state, local)
- LLC - C Corp
- LLC - S Corp
- LLC - Partnership
- Partnership
- Trust/Estate
- Non-Profit Organization
- Attorney or Law Firm (including LLCs and corporations)

## Part 5

Enter your address (number, street, and apartment or suite number). This is where your paper Treasury check and any information returns (e.g., 1099-MISC; 1099-NEC; 1099-INT), if applicable, will be mailed. A point-of-contact (POC), email, and phone number may be entered, if desired. A POC must be entered should the POC differ from the entity or individual in Part 1, Line 1.

## Part 6

The Routing Number must be nine digits. If you are unsure of your banking information, consult your financial institution.
**Account Type:** You must identify your account as either checking or savings to ensure our payment is accepted by your financial institution.
The following are the available choices for this drop down menu:

- Checking
- Savings

## Part 7

You must cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

For item 3, you are considered a U.S. person, for federal tax purposes, if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in, or under the laws of, the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in 26 CFR 301.7701-7).

For a joint account EFT payment or a joint payment by a Treasury check, only the person whose TIN is shown in Part 3 should sign.



# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 3/7/2023 3:33:17 PM

### BUSINESS INFORMATION
| | |
|---|---|
| CONTROL NUMBER | 19054926 |
| BUSINESS NAME | Cumulus Media Inc. |
| BUSINESS TYPE | Foreign Profit Corporation |
| EFFECTIVE DATE | 03/07/2023 |
| ANNUAL REGISTRATION PERIOD | 2023 |

### PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| ADDRESS | 780 Johnson Ferry Rd NE Suite 500, Suite 500, Atlanta, GA, 30342, USA |

### REGISTERED AGENT
| NAME | ADDRESS | COUNTY |
|---|---|---|
| C T Corporation System | 289 S. Culver St., Lawrenceville, GA, 30046-4805, USA | Gwinnett |

### OFFICERS INFORMATION
| NAME | TITLE | ADDRESS |
|---|---|---|
| Francisco Lopez-Balboa | CFO | 780 Johnson Ferry Rd NE Suite 500, Atlanta, GA, 30342, USA |
| Mary G. Berner | CEO | 780 Johnson Ferry Rd NE Suite 500, Atlanta, GA, 30342, USA |
| Richard S. Denning | SECRETARY | 780 Johnson Ferry Rd NE Suite 500, Atlanta, GA, 30342, USA |

### AUTHORIZER INFORMATION
| | |
|---|---|
| AUTHORIZER SIGNATURE | Richard Denning |
| AUTHORIZER TITLE | Officer |

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/18/2019 17:31:43

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : CUMULUS MEDIA INC. |
| **CONTROL NUMBER** | : K905707 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **JURISDICTION** | : Illinois |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 3280 Peachtree Road NW, Suite 2200, ATLANTA, GA, 30305, USA |
| **REGISTERED AGENT NAME** | : CT CORPORATION |
| **REGISTERED OFFICE ADDRESS** | : 1201 PEACHTREE ST., NE, ATLANTA, GA, 30361, USA |
| **REGISTERED OFFICE COUNTY** | : Fulton |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| John Abbot | CFO | 3280 Peachtree Road NW, SUITE 2200, ATLANTA, GA, 30305, USA |
| Mary Berner | CEO | 3280 Peachtree Rd NW, SUITE 2200, Atlanta, GA, 30305, USA |
| RICHARD DENNING | Secretary | 3280 Peachtree Road NW, SUITE 2200, ATLANTA, GA, 30305, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 3280 Peachtree Road NW, Suite 2200, ATLANTA, GA, 30305, USA |
| **REGISTERED AGENT NAME** | : CT CORPORATION |
| **REGISTERED OFFICE ADDRESS** | : 1201 PEACHTREE ST., NE, ATLANTA, GA, 30361, USA |
| **REGISTERED OFFICE COUNTY** | : Fulton |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| John Abbot | CFO | 3280 Peachtree Road NW, SUITE 2200, ATLANTA, GA, 30305, USA |
| Mary Berner | CEO | 3280 Peachtree Rd NW, SUITE 2200, Atlanta, GA, 30305, USA |
| RICHARD DENNING | Secretary | 3280 Peachtree Road NW, SUITE 2200, ATLANTA, GA, 30305, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Richard Denning |
| **AUTHORIZER TITLE** | : Officer |



July 19, 2023

Unclaimed Funds Application
United States Bankruptcy Court
1100 Commerce Street
Room: 1254
Dallas, TX 75242

RE: Unclaimed Funds
 Case No. 18-34105-MVL-7
 Debtor: The Levenson Group Inc., Levenson & Hill LLC

Dear United States Bankruptcy Court:

I am writing to the Court seeking payment of what I understand to be an unclaimed check payable to "**Cumulus Media Inc.**" from Court's Unclaimed Funds registry in the amount of **$27,738.11**.

From information and belief, a distribution check was issued to us by the United States Bankruptcy Court for the Northern District of Texas Dallas Division under the above-mentioned case and reported as unclaimed.

Enclosed for filing please find the following:

1. A completed Application for Payment of Unclaimed Funds and Certificate of Service.
2. A completed AO-213 form.
3. Copy of my valid photo identification (DMV driver's license or passport)
4. Documentation reflecting Cumulus Media Inc. currently located at 780 Johnson Ferry Rd., NE, Suite #500, Atlanta, GA 30342.
5. Documentation reflecting Cumulus Media Inc. formerly located at 3280 Peachtree Rd. NW, Suite #2200, Atlanta, GA 30305.

If all appears to be in order, please reissue this check in favor of "Cumulus Media Inc." to the address below. Thank You.

Sincerely,

*Richard S. Denning*
Richard Denning
EVP, General Counsel & Secretary
Cumulus Media Inc.
780 Johnson Ferry Road, NE, Suite #500
Atlanta, GA 30342